AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Samsung Electronics America, Inc. et al. | ) |
| *Defendant* | ) |

Case No.   2:23-cv-00641-JRG-RSP

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                           .

Date:      01/03/2024

/s/ James S. Tsuei
*Attorney's signature*

James S. Tsuei CA Bar No. 285530
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

jtsuei@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

| Print | Save As... | Reset |