| Attorney or Party without Attorney:<br>Marc Fenster (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>　Telephone No: 310-826-7474<br><br>　Attorney For:　Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4608-003 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| Plaintiff:　Headwater Research LLC,<br>Defendant:　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00641 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Notice Of Designation Of Lead Counsel; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3.   *a.  Party served:*     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.
    *b.  Person served:*  Tierica Williams, Authorized to Accept Service for CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4.   *Address where the party was served:*   1999 Bryan Street, Suite 900, Dallas, TX 75201

5.   *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 02 2024 (2) at: 02:30 PM

6. **Person Who Served Papers:**
  a. Kim Shaw                          **d.** *The Fee for Service was:* $510.49
  **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
  c. (213) 250-1111

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



| 01/03/2024 | |
|---|---|
| (Date) | (Signature) |



**PROOF OF SERVICE**

*10169584*
*(5564370)*