**IN THE UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF TEXAS  
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:23-cv-00641 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On December 29, 2023, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.

2. On January 2, 2024, Defendant Samsung Electronics America, Inc. was served with Plaintiff's Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants have agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time for all defendants to answer or otherwise plead by April 22, 2024.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including April 22, 2024.

Dated: January 8, 2024                                        Respectfully submitted,

                                                              */s/ Melissa R. Smith*
                                                              Melissa R. Smith
                                                              State Bar No. 24001351
                                                              GILLAM & SMITH, LLP
                                                              303 South Washington Avenue
                                                              Marshall, Texas 75670
                                                              Telephone: (903) 934-8450
                                                              Facsimile: (903) 934-9257
                                                              Email:  melissa@gillamsmithlaw.com

                                                              *Attorney for Defendants*
                                                              *Samsung Electronics America, Inc. and*
                                                              *Samsung Electronics Company, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2024.

                                         */s/ Melissa R. Smith*
                                         Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                         */s/ Melissa R. Smith*
                                         Melissa R. Smith