# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants | Civil Action No. 2:23-cv-00641 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>

Before the Court is Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering same, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that the deadline for Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including April 22, 2024.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Co. Ltd. has been waived.