IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond filed by Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. **Dkt. No. 21**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff Headwater Research LLC's complaint is extended to April 22, 2024. The Court notes that service of process for Samsung Electronics Co. Ltd. has been waived.

**SIGNED this 15th day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE