# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc., ("SEA") (collectively, "Samsung"), by and through its counsel hereby certify that:

(1) SEC has no parent corporation, and no other publicly held corporation owns 10% or more of SEC's stock;

(2) SEA is a wholly owned subsidiary of SEC, and no other publicly held corporation owns 10% or more of SEA's stock.

Dated: April 22, 2024

Respectfully submitted,

By: */s/ Thad C. Kodish*
Ruffin B. Cordell
TX Bar No. 04820550
rbc@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, SW, Ste 1000

Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
Fish & Richardson P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
Gillam & Smith, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 22, 2024.

*/s/ Thad C. Kodish*
Thad C. Kodish