# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:22-CV-00641-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Sara C. Fish, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated: April 22, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Sara C. Fish*
    Sara C. Fish
    GA Bar No. 873853
    FISH & RICHARDSON P.C.
    1180 Peachtree St NE, 21st Floor
    Atlanta, GA 30309
    Phone: (404) 724-2846
    Fax: (404)892-5002
    Email: sfish@fr.com

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 22, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Sara C. Fish*
Sara C. Fish