## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Ruffin B. Cordell, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  April 22, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Ruffin B. Cordell*
    Ruffin B. Cordell
    Texas Bar No. 04820550
    FISH & RICHARDSON P.C.
    1000 Maine Ave SW, Suite 1000
    Washington, DC 20024
    Phone: (202) 783-5070
    Fax: (202) 783-2331
    Email: cordell@fr.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 22, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                         */s/Ruffin B. Cordell*
                                                         Ruffin B. Cordell