THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

  Notice is hereby given that Christopher O. Green, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  April 22, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Christopher O. Green*
  Christopher O. Green
  GA Bar No. 037617
  FISH & RICHARDSON P.C.
  1180 Peachtree St NE, 21st Floor
  Atlanta, GA 30309
  Phone: (404) 892-5005
  Fax: (404)892-5002
  Email: cgreen@fr.com

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 22, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Christopher O. Green*
                                                  Christopher O. Green