THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jared Hartzman, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  April 22, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jared Hartzman*
    Jared Hartzman
    DC Bar No. 1034255
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW, Ste 1000
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331
    hartzman@fr.com

    *Attorneys for Defendants*
    *Samsung Electronics Co., LTD and*
    *Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 22, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jared Hartzman*
Jared Hartzman