# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order filed by Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 35.** After consideration, and noting its joint nature, the Motion is **GRANTED.** It is

**ORDERED** that the Parties' deadline to file their proposed docket control order and discovery order is June 19, 2024.

**SIGNED this 12th day of June, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE