# GUNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Civil Action No. 2:23-cv-00641-JRG-RSP |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | **JURY DEMANDED** |
| *Defendants.* | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") file this Joint Motion for Extension of Time to File Proposed Docket Control Order, Discovery Order, and Protective Order.

The current deadline for the Parties to file their proposed docket control order and discovery order is June 19, 2024, and the deadline to file the protective order is June 20, 2024. June 19, 2024 is a federal holiday.  The Parties have also continued to cooperate to diligently prepare these materials, working to reach agreement, and respectfully request a brief extension of time to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their proposed docket control order, discovery order, and protective order by about one week to June 26, 2024.

Dated: June 19, 2024                                          Respectfully submitted,

By:     */s/ Jason Wietholter*                      By:     */s/ Sara C. Fish*
        Jason Wietholter                                      Sara C. Fish

        Marc Fenster                                          Ruffin B. Cordell
        CA State Bar No. 181067                               TX Bar No. 04820550
        Reza Mirzaie                                          Michael J. McKeon
        CA State Bar No. 246953                               DC Bar No. 459780
        Brian Ledahl                                          mckeon@fr.com
        CA State Bar No. 186579                               **FISH & RICHARDSON P.C.**
        Ben Wang                                              1000 Maine Avenue, SW, Ste 1000
        CA State Bar No. 228712                               Washington, D.C. 20024
        Paul Kroeger                                          Telephone: (202) 783-5070
        CA State Bar No. 229074                               Facsimile: (202) 783-2331
        Neil A. Rubin
        CA State Bar No. 250761                               Thad C. Kodish
        Kristopher Davis                                      GA Bar No. 427603
        CA State Bar No. 329627                               tkodish@fr.com
        James S. Tsuei                                        Christopher O. Green
        CA State Bar No. 285530                               GA Bar No. 037617
        Philip Wang                                           cgreen@fr.com
        CA State Bar No. 262239                               Sara C. Fish
        Amy Hayden                                            sfish@fr.com
        CA State Bar No. 287026                               GA Bar No. 873853
        James Milkey                                          **FISH & RICHARDSON P.C.**
        CA State Bar No. 281283                               1180 Peachtree St. NE, Fl. 21
        Jason M. Wietholter                                   Atlanta, GA 30309
        CA State Bar No. 337139                               Telephone: (404) 892-5005
        RUSS AUGUST & KABAT                                   Facsimile: (404) 892-5002
        12424 Wilshire Blvd. 12th Floor
        Los Angeles, CA 90025                                 Melissa R. Smith
        Telephone: 310-826-7474                               State Bar No. 24001351
        rak_headwater@raklaw.com                              Melissa@gillamsmithlaw.com
                                                              Harry L. Gillam, Jr.
                                                              State Bar No. 07921800
        **ATTORNEYS FOR**                                     gil@gillamsmithlaw.com
        **PLAINTIFF,**                                        **GILLAM & SMITH, LLP**
        **Headwater Research LLC**                            303 South Washington Avenue
                                                              Marshall, Texas 75670
                                                              Telephone: (903) 934-8450
                                                              Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA,
INC.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of June 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Sara C. Fish*

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Sara C. Fish*