UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00641-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order setting a deadline to file a proposed Protective Order (D.I. 24) and extension thereto (D.I. 38), Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby jointly request that the Court enter the proposed Protective Order, attached hereto as Exhibit A.

Dated: June 26, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Sara C. Fish*<br>Ruffin B. Cordell<br>TX Bar No. 04820550<br>Michael J. McKeon<br>DC Bar No. 459780<br>mckeon@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW, Ste 1000<br>Washington, D.C. 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Thad C. Kodish<br>GA Bar No. 427603<br>tkodish@fr.com<br>Christopher O. Green<br>GA Bar No. 037617 | */s/ Marc Fenster*<br>Marc Fenster<br>CA State Bar No. 181067<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Brian Ledahl<br>CA State Bar No. 186579<br>Ben Wang<br>CA State Bar No. 228712<br>Paul Kroeger<br>CA State Bar No. 229074<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Kristopher Davis<br>CA State Bar No. 329627<br>James S. Tsuei<br>CA State Bar No. 285530 |

| | |
|---|---|
| cgreen@fr.com <br> Sara C. Fish <br> GA Bar No. 873853 <br> FISH & RICHARDSON P.C. <br> 1180 Peachtree St. NE, Fl. 21 <br> Atlanta, GA 30309 <br> Telephone: (404) 892-5005 <br> Facsimile: (404) 892-5002 <br><br> Melissa R. Smith <br> State Bar No. 24001351 <br> Melissa@gillamsmithlaw.com <br> GILLAM & SMITH, LLP <br> 303 South Washington Avenue <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br><br> Andrew Thompson ("Tom") Gorham <br> State Bar No. 24012715 <br> tom@gillamsmithlaw.com <br> GILLAM & SMITH, LLP <br> 102 N. College, Ste. 800 <br> Tyler, Texas 75702 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br><br> ***Attorneys for Defendants,*** <br> ***Samsung Electronics Co., Ltd. and*** <br> ***Samsung Electronics America, Inc.*** | Philip Wang <br> CA State Bar No. 262239 <br> Amy Hayden <br> CA State Bar No. 287026 <br> James Milkey <br> CA State Bar No. 281283 <br> Jason M. Wietholter <br> CA State Bar No. 337139 <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Blvd. 12th Floor <br> Los Angeles, CA 90025 <br> Telephone: 310-826-7474 <br> rak_headwater@raklaw.com <br><br> Robert Christopher Bunt <br> Parker, Bunt & Ainsworth, P.C. <br> Texas State Bar No. 00787165 <br> 100 E. Ferguson Suite 418 <br> Tyler, Texas 75702 <br> Tel.: (903) 531-3535 <br> rcbunt@pbatyler.com <br><br> ***Attorneys For Plaintiff,*** <br> ***Headwater Research LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of June 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster
