IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.,<br><br>　　　　*Defendants*. | Civil Action No. 2:23-cv-00641-JRG-RSP<br><br>**JURY DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Headwater Research LLC moves for Robert Christopher Bunt and Parker Bunt & Ainsworth, PC, to be permitted to withdraw as counsel for Plaintiff in this case. Plaintiff will continue to be represented by the law firm of Russ August & Kabat. The withdrawal of Robert Christopher Bunt will not prejudice any party. Defendants do not oppose this Motion.

Plaintiff further requests the Clerk terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

Dated: July 15, 2024.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**PARKER, BUNT & AINSWORTH, P.C.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　　100 E. Ferguson Suite 418
　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　Tel. (903) 531-3535
　　　　　　　　　　　　　　　　　　　　　rcbunt@pbatyler.com

　　　　　　　　　　　　　　　　　　　　　Marc Fenster
　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 181067
　　　　　　　　　　　　　　　　　　　　　Email: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　　　　Reza Mirzaie

1

CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on July 15, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Robert C. Bunt*
ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

On July 15, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

*/s/ Robert C. Bunt*
ROBERT CHRISTOPHER BUNT