# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00641-JRG-RSP<br><br>**JURY DEMANDED** |

### PLAINTIFF HEADWATER RESEARCH LLC'S REPLY IN SUPPORT OF ITS MOTION TO AMEND INFRINGEMENT CONTENTIONS

Samsung's response "does not oppose the present motion." Dkt. 51 at 1. Thus, Headwater's motion should be granted.

Headwater disagrees with any assertion that its amended contentions are deficient. *See, e.g.,* Dkt. 50 at 5-10 (addressing adequacy of amendments in its contentions); 10-14 (addressing purported deficiencies raised in Samsung's correspondence after meeting and conferring about Headwater's amendments). Nonetheless, Headwater remains open to discussing any questions or issues Samsung has regarding Headwater's amended contentions.

Accordingly, Headwater respectfully requests that the Court grant the instant motion for leave to amend Headwater's infringement contentions (Dkt. 50). While Samsung's response purports to reserve substantive objections, Samsung does not oppose the motion.

Dated: November 25, 2024

Respectfully submitted,

<u>/s/ Marc Fenster</u>
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Adam Hoffman
CA State Bar No. 218740
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via ECF.

/s/ *Marc Fenster*
Marc Fenster