IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

### ORDER

Before the Court is the Motion for Leave to Amend Infringement Contentions filed by Plaintiff Headwater Research LLC. **Dkt. No. 50.** The Samsung Defendants filed a response indicating that they do not oppose the request for leave to amend. Dkt. No. 51 at 1. Accordingly, the Motion is **GRANTED**.

It is **ORDERED** that Headwater has leave to amend their infringement contentions as described in its Motion.

**SIGNED this 5th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE