# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD. § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Samsung's Unopposed Motion to Amend the Docket Control Order. **Dkt. No. 55.** Samsung requests an extension of the P.R. 4-2 exchange deadline. After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that the deadline to comply with P.R. 4-2 is extended to December 23, 2024.

**SIGNED this 23rd day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE