## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 41), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc's. ("Samsung") (collectively, "Parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

### I.  AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(1))

The Parties have not agreed to any claim constructions.

### II.  DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(2))

The Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely. The extrinsic evidence on which Samsung may rely is attached as **Exhibit B.**

A.     U.S. Patent No. 8,588,110

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 1 | low-level policy agents<br><br>(Claims 12, 13) | Not indefinite; plain and ordinary meaning | Indefinite |
| 2 | low-level policy rule<br><br>(Claim 12) | Not indefinite; plain and ordinary meaning | Indefinite |
| 3 | first service activity is non-critical<br><br>(Claim 9) | Not indefinite; plain and ordinary meaning | Indefinite |
| 4 | means for obtaining, through a user interface of the wireless device, a user input specifying at least an aspect of a first service policy<br><br>(Claim 26) | Plain and ordinary meaning | *Pursuant to § 112(6):*<br><br>Function: obtaining, through a user interface of the wireless device, a user input specifying at least an aspect of a first service policy<br><br>Structure: a user interface and a processor configured to perform the algorithm steps of providing the user with information and accepting user choices or preferences on, e.g., service plan selection or change, and/or other service related information, settings, and/or options |
| 5 | means for identifying that the wireless device is connected to the first wireless network<br><br>(Claim 26) | Plain and ordinary meaning | *Pursuant to § 112(6):*<br><br>Function: identifying that the wireless device is connected to the first wireless network |

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| | | | Structure: a processor configured to perform the algorithm steps of recognizing the type of network to which the device is currently connecting, e.g., by looking up the information in a local or network table |
| 6 | means for identifying an intended, attempted, or successful data communication over the first wireless network, the intended, attempted, or successful data communication being associated with the first service activity<br><br>(Claim 26) | Plain and ordinary meaning | *Pursuant to § 112(6):*<br><br>Function: identifying an intended, attempted, or successful data communication over the first wireless network, the intended, attempted, or successful data communication being associated with the first service activity<br><br>Structure: a processor configured to perform the algorithm steps of implementing traffic inspection points between the applications and the networking stack application interface using a T-buffer at socket connections and feeding the side traffic into a traffic flow analyzer |
| 7 | means for applying the first service policy<br><br>(Claim 26) | Plain and ordinary meaning | *Pursuant to § 112(6):*<br><br>Function: applying the first service policy<br><br>Structure: a processor configured to perform the |

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| | | | algorithm steps of performing a service control that reduces traffic speed for all applications and traffic types successively until the service usage projections are within service usage limits for the present service billing period |

### B.    U.S. Patent No. 9,647,918

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 8 | the calling device application (Claims 1, 14) | Not indefinite; plain and ordinary meaning | Indefinite |

### III.    ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(3))

The parties estimate that two hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV.    PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(4))

No party proposes to call witnesses at the claim construction hearing.

### V.    OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(5))

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: January 10, 2025

_/s/ Marc Fenster_                                    _/s/ Sara C. Fish_

Marc Fenster                                          Ruffin B. Cordell
CA State Bar No. 181067                               TX Bar No. 04820550
Email: mfenster@raklaw.com                            Michael J. McKeon
Reza Mirzaie                                          DC Bar No. 459780
CA State Bar No. 246953                               mckeon@fr.com
Email: rmirzaie@raklaw.com                            Jared Hartzman (_pro hac vice_)
Brian Ledahl                                          DC Bar No. 1034255
CA State Bar No. 186579                               hartzman@fr.com
Email: bledahl@raklaw.com                             **FISH & RICHARDSON P.C.**
Ben Wang                                              1000 Maine Avenue, SW, Ste 1000
CA State Bar No. 228712                               Washington, D.C. 20024
Email: bwang@raklaw.com                               Telephone: (202) 783-5070
Adam Hoffman
CA State Bar No. 218740                               Thad C. Kodish
Email: ahoffman@raklaw.com                            GA Bar No. 427603
Dale Chang                                            tkodish@fr.com
CA State Bar No. 248657                               Sara C. Fish
Email: dchang@raklaw.com                              GA Bar No. 873853
Paul Kroeger                                          Christopher O. Green
CA State Bar No. 229074                               GA Bar No. 037617
Email: pkroeger@raklaw.com                            Benjamin K. Thompson
Neil A. Rubin                                         GA Bar No. 633211
CA State Bar No. 250761                               bthompson@fr.com
Email: nrubin@raklaw.com                              **FISH & RICHARDSON P.C.**
Kristopher Davis                                      1180 Peachtree St. NE, Fl. 21
CA State Bar No. 329627                               Atlanta, GA 30309
Email: kdavis@raklaw.com                              Telephone: (404) 892-5005
James S. Tsuei
CA State Bar No. 285530                               Melissa R. Smith
Email: jtsuei@raklaw.com                              State Bar No. 24001351
Philip Wang                                           Melissa@gillamsmithlaw.com
CA State Bar No. 262239                               **GILLAM & SMITH, LLP**
Email: pwang@raklaw.com                               303 South Washington Avenue
Amy Hayden                                            Marshall, Texas 75670
CA State Bar No. 287026                               Telephone: (903) 934-8450
Email: ahayden@raklaw.com

5

Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

Harry L. Gillam, Jr.
State Bar No. 07921800
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

6

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service

are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster
*Attorney for Plaintiff*
*Headwater Research LLC*

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas

Local Rule CV-7(h). The parties agree on filing this joint statement.

*/s/ Marc Fenster*
Marc Fenster
*Attorney for Plaintiff*
*Headwater Research LLC*