# EXHIBIT B

TSRB

# For Reference

## Not to be taken from this room

# Telecom Dictionary

REF
384.03
T2357

Published By:
Althos Publishing

DISCARDED FROM THE
BOB JONES UNIVERSITY LIBRARY,



**ALTHOS**
SIMPLIFYING KNOWLEDGE™

404 Wake Chapel Road
Fuquay-Varina, NC 27526 USA
Telephone: 1-800-227-9681
1-919-557-2260
Fax: 1-919-557-2261
email: Success@Althos.com
web: www.Althos.com

J.S. Mack Library
Bob Jones University


86114261

MACK LIBRARY
BOB JONES UNIVERSITY
GREENVILLE, SC

# Althos

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying recording or by any information storage and retrieval system without written permission from the authors and publisher, except for the inclusion of brief quotations in a review.

Copyright © 2007 By Althos Publishing
First Printing

Printed and Bound by Lightning Source Printing, La Vergne, TN USA

Althos has made substantial effort to make this manual as complete and as accurate as possible.  However, there may be mistakes both typographical and in content.  Therefore, this text should be used only as a general guide and not as the ultimate source of information. Furthermore, this manual contains information on telecommunications accurate only up to the printing date. The purpose of this manual to educate.  The authors and Althos Publishing shall have neither liability nor responsibility to any person or entity with respect to any loss or damage caused, or alleged to be caused, directly or indirectly by the information contained in this book.

**International Standard Book Number: 1-932813-16-0**

Loudspeaker

tion, or a consignment of finished products to be sent out for service.

**Loudspeaker**-A transducer (converter) that transforms audio electrical signal into sound waves (audible signals).

**Loudspeaker Baffle**-An assembly that is mounted on a loudspeaker to help focus the sound waves in a particular direction (such as to the front or side of the speaker).

**Loudspeaker Paging**-A feature on a communication system (such as a PBX) that permits a user to transmit their voice over one or several loudspeaker systems. Loudspeaker paging systems were commonly used to alert people in a geographic area (such as on a retail sales area) that they are receiving a call or they are needed at a specific location.

**Louver**-The slots or holes on the front of a loudspeaker that permit sound to pass, but provide mechanical projection to the device.

**Low Earth Orbit (LEO)**-A satellite system where the satellites are located approximately 500-1,000 miles above the Earth. LEO systems typically provide mobile satellite services (MSS) to handheld or mobile satellite telephones.

This figure shows an LEO satellite system. In this diagram, a portable satellite telephone is communicating with a landline telephone. The satellite telephone communicates with the closest LEO satellite. Because LEO satellites fly very close to the surface of the earth, they go across the visible horizon in approximately 10 minutes in reference to a mobile satellite customer's location. When the first satellite moves out to the horizon, another LEO satellite becomes available to continue the call. However, robust network communications need to be in place to maintain calls (especially data transmission) within this period. Some systems will use satellite diversity to allow talking through more than one satellite at a time, avoiding call "dropouts" from signal blockage.



Low Earth Orbit (LEO) Operation

**Low Level-(1-MPEG)** Low level media formats is a low complexity, low bit rate version of the media. (2-

Programming) Low level programming is the creation of programs using commands or instructions that are at or near the level of instructions that are used by the machine or microprocessor (e.g. assembly language).

**Low Level Diplexing**-Low level diplexing is the process of combining multiple signals (such as video and audio) at a point prior to the final transmission stage.

**Low Level Language**-A programming language that reflects the structure of a computer or that of a given class of computers. A low level language consists of instructions that are converted directly into machine code.

**Low Noise Amplifier (LNA)**-A sensitive pre-amplifier used at a focal point (the feedhorn) of a satellite antenna to strengthen the weak satellite signal. The most important parameter of the LNA is its noise temperature, as described in degrees Kelvin. In general, the lower the noise temperature, the better the signal quality. There is a generally a tradeoff between noise temperature of the LNA and the size of the satellite receive antenna. A higher noise temperature rating for an LNA requires a larger diameter antenna to maintain the same level of performance.

**Low Noise Block Converter (LNB Converter)**-A device that shifts a band of received frequencies to a different (usually lower) frequency band with a small amount of added (unwanted) signal noise. A common application of a LNB converter is the conversion of extremely high-frequency satellite receiver signals (such as the KU frequency band) to a lower frequency (e.g. C frequency band). The LNB converter is often located on or near the satellite receiver antenna to allow the transfer of lower frequency received signals (instead of extremely high frequency signals) for transfer from the satellite antenna (satellite dish) to a nearby head-end building using coax cable or other types of transmission line.

**Low Noise Converter (LNC)**-A low noise converter is a pre-amplification stage in a receiver that is used to increase the signal level to a necessary level for another electronic circuit without the minimal addition of noise signals.

**Low Pass Filter (LPF)**-A filter that passes frequencies below a frequency cutoff point. Lowpass filters are often used in telephone networks to pass audio frequencies below 4 kHz and block (attenuate) high frequencies.

**Low Power FM (LPFM)**-Low power FM radio staions is the ability of broadcasters (e.g. school campuses) to offer FM radio services in small geographic areas. Regulations for lower power FM radio stations were created in 2000. The rules limit the transmission power to 100 Watts that can provide a range of approximately 3.5 miles.

**Lower Sideband (LSB)**-The sideband of an amplitude-modulated signal containing all frequencies below the carrier frequency.

**Low-Tier**-A wireless system which uses low-power levels intended for pedestrians and other slow moving traffic.

**LPA**-Linear Power Amplifier

**L-Pad**-A volume control that presents to the source

www.AlthosBooks.Com