**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S**
**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

Before the Court is Plaintiff Headwater Research, LLC's ("Headwater") Unopposed Motion to Extend Response Deadline ("Motion"). The Court has considered the Motion and is of the opinion that should the Motion be GRANTED. Accordingly, Headwater's Motion is hereby GRANTED.