# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Extend Response Deadline filed by Plaintiff Headwater Research LLC. **Dkt. No. 62.** Having considered the Motion, and noting that it is unopposed, the Court **GRANTS** the Motion.

It is **ORDERED** that Headwater's deadline to respond to Samsung's Motion for sanctions is extended to February 18, 2025.

**SIGNED this 12th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE