# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Steffen C. Lake, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated: February 12, 2025

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Steffen C. Lake*
Steffen C. Lake
GA Bar No. 512272
FISH & RICHARDSON P.C.
1180 Peachtree St NE, 21st Floor
Atlanta, GA 30309
Phone: (404) 724-2820
Fax: (404)892-5002
Email: lake@fr.com

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Steffen C. Lake*
Steffen C. Lake
