# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") respectfully requests to extend the deadline for its Reply in support of its Motion for Sanctions Under Fed. R. Civ. P. 37(E)(1) (Dkt. 59) (the "Motion") by 7 days from February 25, 2025 to March 4, 2025.

The Motion was filed on January 28, 2025 and served at 5:02 p.m. Central Time. Headwater's response to the Motion was due on February 12, 2025. On February 10, 2025, Headwater filed an unopposed motion to extend its response deadline (the "Motion to Extend") by 6 days, from February 12, 2025 to February 18, 2025. *See* Dkt. 62. On February 12, 2025, the Court granted Headwater's Motion to Extend, "noting that it is unopposed." *See* Dkt. 64.

As noted in Samsung's response to Headwater's Motion to Extend (Dkt. 63), because Samsung did not believe that Headwater had good cause for the requested extension, Samsung's non-opposition was expressly conditioned on two things, which Headwater failed to note to the Court:

- *First*, Samsung would "receive a reciprocal one week extension for its Reply (from February 25th to March 4th)." Dkt. 63-1 at 1.
- *Second*, Headwater's Opposition will not discuss or cite to any events that arise, at

deposition or otherwise (e.g., by declarations), after February 11.  *Id.* Headwater agreed to file its "unopposed motion with that understanding." *Id.*

Thus, Plaintiffs do not oppose Samsung's requested extension.  Moreover, the requested extension is not sought for the purpose of delay and will not require extension of any other deadlines.  Finally, good cause supports granting Samsung's request, which would allow Samsung sufficient time to address any issues raised in Headwater's response.

Dated: February 12, 2025                     Respectfully submitted,

                    By:  */s/ Jared Hartzman*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Sara C. Fish
GA Bar No. 873853
Christopher O. Green
GA Bar No. 037617
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005

2

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion.

*/s/ Jared Hartzman*
Jared Hartzman

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 12, 2025.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jared Hartzman*
Jared Hartzman
