**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
<u>MOTION TO EXTEND DEADLINE</u>**

Before the Court is Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.'s Unopposed Motion to Extend Deadline. Having considered the matter, and for good cause shown, the Court GRANTS the motion.

IT IS SO ORDERED.