# EXHIBIT 10

Bernie Murphy - August 13, 2024

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION

 3

 4      _____)
        HEADWATER RESEARCH,     )
 5      LLC,                     )
                                )
 6            Plaintiff,         )
                                )  Case No.
 7         vs.                   )  2:23-cv-00103-JRG-
                                )  RSP
 8      SAMSUNG ELECTRONIC       )
        CO., LTD, et al.,        )
 9                               )
              Defendants.        )
10      _____)

11

12

13

14

15

16      VIDEO RECORDED DEPOSITION UNDER ORAL EXAMINATION OF

17                      BERNIE MURPHY

18                 DATE: August 13, 2024

19

20

21

22

23

24          REPORTED BY:  MICHAEL FRIEDMAN, CCR

25
```

Bernie Murphy – August 13, 2024

Page 14

```
 1        Q    And this is the July 19th, 2024

 2   subpoena response from ItsOn ABC LLC.

 3             And let me know when you have it

 4   up, Mr. Murphy.

 5        A    That document is dated July 19th,

 6   you said?

 7        Q    Correct.

 8        A    Yes, I do have this up.

 9        Q    Okay.  And those are ItsOn ABC's

10   Objections and Responses to Samsung's

11   subpoena.

12             Is that right?

13        A    Yes.

14        Q    You're appearing today as a

15   representative of ItsOn ABC.  Correct?

16        A    Yes.

17        Q    What is ItsOn ABC LLC?

18        A    It's an assignment for benefits of

19   creditors entity, special purposes entity set

20   up by Sherwood Partners.

21        Q    And why did Sherwood Partners set

22   up this entity?

23             MS. YOUNG:  Objection.  Misstates

24   the evidence.  Lacks foundation.

25        A    It's an entity that's set up to
```

Bernie Murphy – August 13, 2024

Page 15

```
 1     undertake the assignment for benefit of
 2     creditors for a specific entity, specifically
 3     here, ItsOn.
 4          Q    That's ItsOn Inc.
 5               Is that right?
 6          A    Correct.
 7          Q    And can you explain, just at a high
 8     level, what an assignment for benefit of
 9     creditors is?
10          A    Sure.
11               It is a state insolvency proceeding
12     for a company.
13          Q    Are you an employee of ItsOn ABC
14     LLC?
15          A    No, I'm not.
16          Q    Were you ever an employee of ItsOn
17     ABC LLC?
18          A    No.
19          Q    Did ItsOn ABC LLC have employees?
20          A    It may have had temporary employees
21     at the initiation of the process.
22          Q    Does it have any employees today?
23          A    No.
24          Q    Do you know who the temporary
25     employees were of ItsOn ABC?
```

Bernie Murphy - August 13, 2024

Page 16

```
 1          A    I don't recall.
 2          Q    Over the course of the day, I will
 3   refer to ItsOn ABC as a short name today,
 4   I'll refer to ItsOn ABC LLC as ItsOn ABC.
 5               Does that make sense to you?
 6          A    Sure.
 7          Q    Okay.  And then I will try to be
 8   consistent in referring to the separate
 9   company ItsOn Inc. as ItsOn Inc.  All right?
10          A    Sure.
11          Q    And did you ever have any role in
12   connection to ItsOn ABC?
13          A    Yes.
14          Q    What was your role?
15          A    Managing that project.
16          Q    What was the project?
17          A    The statutory insolvency process
18   for ItsOn Inc.
19          Q    Can you generally describe for me
20   the work you did in that capacity?
21          A    Sure.
22               So the assignee was appointed by
23   the company to wind down the company, that
24   being ItsOn Inc., to sell its assets, to
25   distribute the proceeds to the creditors and
```

Bernie Murphy - August 13, 2024

Page 17

1       to wind down the company.

2           Q    What was the goal of obtaining the

3       proceeds for the sale of the assets; what

4       were you going to do with those proceeds?

5           A    To provide a distribution to the

6       creditors of the company.  The company being

7       ItsOn Inc.

8           Q    Thank you.

9               Does ItsOn ABC exist any longer?

10              MS. YOUNG:  Can you read that back,

11          please.

12              (Whereupon the record was read back

13          by the reporter.)

14          A    I don't know if it does or not.

15          Q    Separate and apart from responding

16      to this subpoena, is ItsOn ABC doing work

17      consistent with its initial formation

18      purpose?

19          A    Not actively today.

20          Q    When did it stop doing active work

21      in that regard?

22          A    A number of years ago.

23          Q    Before 2020?

24          A    I would say substantially most of

25      the work was completed prior to 2020.

Bernie Murphy – August 13, 2024

Page 23

1    informal, concerning computer software or

2    networking technology?

3        A    I do not.

4        Q    Did you attend graduate school?

5        A    I did not.

6        Q    Now, how long have you been at

7    Sherwood Partners?

8        A    Going on 23 years.

9        Q    So is it fair to say that ItsOn ABC

10   is one of several projects you've worked on

11   of its type over the years?

12       A    Yes.

13       Q    And would you help me –– give me ––

14   would you provide me your best description of

15   the relationship between Sherwood Partners

16   and ItsOn ABC?

17       A    ItsOn ABC is a special purpose

18   entity that was set up by Sherwood Partners

19   to be the assignee for the benefit of the

20   creditors of ItsOn Inc.  It is the entity

21   that kind of manages the processing.

22       Q    All right.  And do you know when

23   ItsOn ABC was formed?

24       A    I believe it was sometime just

25   prior to the commencement of the ABC itself.

Bernie Murphy - August 13, 2024

Page 31

```
 1        A    Yeah, I don't recall.
 2        Q    Okay.  And so you don't recall
 3   whether any Headwater entity was involved
 4   with or communicated with ItsOn ABC.
 5             Is that right?
 6        A    No, I do recall an entity by the
 7   name of Headwater.  Those specific names, I
 8   don't recall.
 9        Q    Okay.
10        A    But there was a -- there was an
11   entity of Headwaters that did communicate
12   with ItsOn ABC.
13        Q    Okay.  Can you -- can you describe
14   for me generally what the communications were
15   from Headwater, as you recall that name, with
16   ItsOn ABC?
17        A    In general, my understanding was
18   they had some type of license with ItsOn Inc.
19   and they were a licensor and ItsOn Inc. was a
20   licensee.
21             And as part of our sales process,
22   we did have communications with
23   representatives of Headwater.
24        Q    Do you recall which representatives
25   you had communications with?
```

Bernie Murphy - August 13, 2024

1           A    I don't recall.  It wasn't

2     primarily me.  It was my colleagues that did

3     it.

4           Q    Mr. Mcomber, for example?

5           A    Yes, Nate Mcomber.

6           Q    Okay.  Do you recall being part of

7     any of those communications with Headwater?

8           A    I'm sure I may have been copied on

9     them but I don't recall them specifically.

10          Q    Can you tell me any more about your

11     recollection of this issue of a license as

12     you described it from Headwater to ItsOn

13     Inc.?

14          A    Yeah.  I don't have a whole lot of

15     insight on it, other than my understanding at

16     the time was they were a licensor and ItsOn

17     Inc. was a licensee.

18               And we were looking to monetize the

19     assets of ItsOn Inc. and typically we would

20     be working with licensors if we're going to

21     be transferring licenses to a buyer of the

22     assets.  That's normal course.

23          Q    And was it your understanding that

24     at the time of the formation of ItsOn ABC

25     that ItsOn Inc. still had a license from

Bernie Murphy - August 13, 2024

Page 49

```
 1          Q    Good afternoon, Mr. Murphy.

 2               Do you understand that you're still

 3     under oath?

 4          A    Yes, I do.

 5          Q    And earlier today you explained the

 6     purpose of the formation of ItsOn ABC, which

 7     included selling the assets of ItsOn Inc. for

 8     the benefit of ItsOn Inc.'s creditors.

 9     Correct?

10          A    Yes, that's correct.

11          Q    Given that objective, fair to say

12     that one of the activities undertaken by

13     ItsOn ABC was to gather up and receive the

14     assets of ItsOn Inc. so that it could begin

15     the process of attempting to sell them?

16     Right?

17          A    That's correct.

18          Q    Other than the individuals that we

19     talked about earlier today, Mr. Mcomber,

20     Mr. Maidy and Mr. Hernandez, do you recall

21     any other individuals that were involved in

22     the acquisition of the assets of ItsOn Inc.?

23          A    I don't recall.

24          Q    Were you involved in that

25     acquisition as well?
```

Bernie Murphy - August 13, 2024

1          A    I was managing that but not

2    carrying out the day-to-day activities of it,

3    no.

4          Q    And with respect to that part of

5    the project, can you give me a little bit

6    more description of what it means to have

7    managed that?

8          A    I would be managing the Assignee

9    team.  In this case, Nate Mcomber and

10    Nicholas Hernandez.

11          Q    All right.  So what did that

12    entail, like checking in with them about how

13    it was going, having them report to you,

14    just, you know --

15          A    That's exactly right.

16          Q    Okay.  And do you recall who from

17    ItsOn Inc. was involved in providing the

18    assets of ItsOn Inc.?

19          A    I don't recall.

20          Q    Do you know one way or the other

21    whether Sherwood Partners' representatives

22    visited the ItsOn offices to retrieve ItsOn's

23    physical servers and other assets?

24          A    I don't recall.

25          Q    Was there anybody at ItsOn ABC who

Bernie Murphy - August 13, 2024

Page 51

1        would know that?

2            A    No.

3            Q    All right.  You don't -- do you

4        have any reason to doubt that representatives

5        of ItsOn ABC visited the offices of ItsOn

6        Inc. to obtain the assets of ItsOn Inc.?

7                 MS. YOUNG:  Objection, calls for

8            speculation.

9            A    I don't have any reason to doubt

10       that we did.

11           Q    I mean, is that generally a

12       customary activity that would take place into

13       these circumstances?

14           A    Yes, it is.

15           Q    All right.  It would have been

16       customary, as part of that gathering up the

17       assets, to gather all of the assets that

18       ItsOn Inc. possessed?

19           A    Yes, it would.  If they're not sold

20       on site, then yes, it would be customary to

21       gather up all of the assets.

22           Q    And can you give me your

23       description based on your 23 years of doing

24       this kind of work, what would have been the

25       assets that would have been gathered up?

Bernie Murphy - August 13, 2024

Page 52

1          A    They would generally fall into two
2     categories.
3               One is the office equipment,
4     networking gear, types of assets, the hard
5     assets for the company, I will refer to them
6     as.
7               And the other would be the
8     intellectual property assets of the company.
9     And that would be defined as patents, files,
10    source codes, designs, specs and all of those
11    intellectual property types of assets.
12         Q    Okay.  And in the instance with
13    ItsOn Inc., do you have any reason to doubt
14    that you would have gathered up actual
15    hardware, like servers or hard drives, that
16    contain that intellectual property?
17         A    I don't know if we -- if it would
18    be customary but I don't know if we did in
19    this particular situation.
20         Q    Would it also be customary to
21    request access to any intellectual property
22    kept in the cloud and to pull that down for
23    ItsOn ABC?
24         A    Yes, that would be customary to do
25    so, either to pull it down or to sell it and

Bernie Murphy - August 13, 2024

Page 54

```
 1      ABC acquired from ItsOn Inc. back when it did
 2      that acquisition work in 2018?
 3           A    In part, yes.
 4           Q    Why do you say, "in part"?
 5           A    Because there was probably some
 6      assets that we did monetize as part of our
 7      process, such as equipment assets, office
 8      equipment and any other miscellaneous assets.
 9           Q    Things like furniture, for example?
10           A    Exactly right.
11           Q    Do you have a recollection of being
12      able to monetize any of the intellectual
13      property assets?
14           A    No, we did not.
15           Q    So with respect to the intellectual
16      property assets that ItsOn ABC acquired from
17      ItsOn Inc., is it your understanding that, to
18      this day, ItsOn ABC possesses those exact
19      same materials that it originally acquired
20      back in 2018?
21           A    We still have the folders that were
22      the assets of the transfer of the assets.
23           Q    Is there any particular document
24      that comes to mind that was ItsOn IP
25      documentation that ItsOn ABC acquired in 2018
```

Bernie Murphy - August 13, 2024

Page 55

1    but it knows it no longer has today?

2        A    Not that I'm aware of.

3        Q    So as far as you're aware, every

4    document corresponding to what you described

5    as ItsOn Inc. IP that was acquired in 2018 is

6    still in the possession of ItsOn ABC.

7            Is that right?

8        A    As far as I'm aware.

9        Q    Okay.  And as far as you're aware,

10   were all of those materials produced in

11   response to Samsung's subpoena in this

12   action?

13       A    I think they were made available as

14   part of the subpoena.

15       Q    Well, let's break that apart.

16           So in this -- in response to the

17   subpoena, ItsOn ABC produced around 1200

18   pages of documents.

19           Is that roughly squaring with your

20   understanding?

21       A    I don't know.

22       Q    Okay.

23           All right.  Well, I will represent

24   to you that your counsel produced to us

25   around 1200 pages of documents.

Bernie Murphy – August 13, 2024

Page 56

```
 1              So do you understand that those
 2    documents constitute some of the ItsOn Inc.
 3    intellectual property that ItsOn ABC acquired
 4    back in 2018?
 5         A    I don't know.
 6         Q    What ItsOn intellectual property do
 7    you feel ItsOn ABC, as you described, made
 8    available to Samsung in response to the
 9    subpoena?
10         A    All of the documents that we had in
11    a soft copy, and we provided, I will say the
12    ability to access certain folders that are
13    sitting on our servers that are labeled
14    intellectual property and other similar
15    folders that I believe, I assume, have
16    contents but I don't know that for sure.
17         Q    So these folders that you offered
18    to give access to, why did you not just
19    produce those as documents in response to the
20    subpoena?
21         A    Because in order to gain access to
22    those folders or files, you need a password.
23         Q    Okay.  And so did ItsOn ABC attempt
24    to gain access with a password but it was
25    unsuccessful?
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 844-483-2643

Bernie Murphy - August 13, 2024

Page 57

```
1            A     Our outside IT manager did so.

2            Q     So your outside IT manager

3      attempted to get access to those files, but

4      was unsuccessful.

5                  Is that right?

6            A     Correct.

7            Q     Okay.  And that outside IT manager,

8      that person did have something that appeared

9      to be the passwords and it just didn't work

10     or he didn't have any passwords at all; what

11     kind of situation did we have here?

12           A     I think he thought he had the

13     passwords on a fob that we had in our

14     possession, and those passwords, according to

15     them, did not work.

16           Q     All right.  So just to tie things

17     up here, all of the ItsOn IP that ItsOn ABC

18     possessed was either produced in response to

19     the subpoena, in part of the around 1200

20     pages that was produced to us, or it is

21     resident on a number of electronic files that

22     ItsOn ABC possesses but which you are unable

23     to gain access to because of password

24     constraints.

25                 Is that right?
```

Bernie Murphy - August 13, 2024

Page 58

```
 1          A    I believe that's correct.
 2          Q    Okay.  Is your IT person a skilled
 3    IT person?
 4          A    I think so.
 5          Q    Okay.  Have you used him for a
 6    while for those kinds -- for challenging IT
 7    work?
 8          A    He's been -- he's been retained by
 9    Sherwood for many years.
10          Q    All right.  So he's -- it sounds
11    like he's a pretty competent guy that you
12    guys have faith in and if someone could
13    reasonably obtain access to those documents,
14    he would have been able to do it?
15          A    In my opinion, yes.
16          Q    Do you recall whether ItsOn ABC
17    ever tried to gain access to those documents
18    that you're describing that currently today
19    you're unable to gain access to?
20          A    I don't know.
21          Q    When ItsOn ABC acquired the assets
22    of ItsOn Inc., where did it take those
23    assets?
24          A    I don't know for sure, but normal
25    course would be bring those back to the
```

Bernie Murphy - August 13, 2024

Page 64

```
1         Q    All right.  If you turn to page
2    ending in Bates 1065 and 1066, I just want to
3    focus on the e-mails on those two pages of
4    this Exhibit 5.
5         A    1065?
6         Q    Right.
7         A    (Witness reviewing.)
8              I'm ready to go.
9         Q    All right.  Great.
10             So there's a dialogue between
11   Mr. Lavine and Mr. Mcomber that ultimately
12   ends with Mr. Lavine writing, at 12:56 p.m.,
13   writing to Kathy as well as to Mr. Mcomber
14   and Mr. Hernandez, where Mr. Lavine explains
15   what ItsOn Inc. documents were kept on this
16   Aha! repository.
17             Do you see that?
18        A    I do.
19        Q    And Mr. Lavine writes, This is
20   where all of the product roadmaps and
21   requirements were done.
22             Do you see that?
23        A    Yes, I do.
24        Q    Okay.  And so do you know what
25   became of this Aha! account that had all of
```

Bernie Murphy - August 13, 2024

Page 65

1      ItsOn Inc.'s product roadmap and

2      requirements?

3          A    No, I do not.

4          Q    And you don't know, one way or the

5      other, whether ItsOn ABC took possession of

6      the materials in that ItsOn Inc. Aha!

7      account.  Correct?

8          A    Correct, I do not know.

9          Q    And I will represent to you that we

10     did not receive any materials in response to

11     our subpoena as part of the production.

12             And you don't separately have any

13     awareness of any particular materials that

14     you withheld for production of that type.

15             Is that correct?

16         A    That is correct.

17         Q    Okay.  You don't know whether ItsOn

18     ABC ultimately gained access to this ItsOn

19     Inc. Aha! account?

20         A    No, I do not.

21         Q    All right.  Now let's talk about a

22     different subject.

23             The subject being documents that

24     comprise ItsOn Inc. e-mails amongst company

25     employees at a company, like ItsOn Inc., that

Bernie Murphy - August 13, 2024

1    existed for roughly a decade from 2008 to

2    2018.

3            Do you understand that general

4    subject matter?

5        A    Yes, I do.

6        Q    Okay.  Do you know, one way or the

7    other, whether ItsOn ABC took possession of

8    ItsOn Inc.'s company e-mail?

9        A    I do not know.

10       Q    In what you described as the

11   customary process of taking possession of all

12   of the assets of a company like ItsOn Inc.,

13   would there be any reason to have worked to

14   separately exclude the collection of company

15   e-mails as part of the collection of ItsOn

16   Inc. assets?

17       A    Can you repeat that question?

18       Q    Sure.  I apologize.  It is a little

19   bit muddy.

20           I'm just trying to understand, if

21   ItsOn Inc. e-mail was on a particular server

22   and ItsOn ABC went to ItsOn's premise and

23   collected up the servers, ItsOn ABC would not

24   have taken special efforts to not take the

25   ItsOn Inc. company e-mail, would it?

Bernie Murphy - August 13, 2024

Page 67

```
 1        A    I don't know if we went through
 2   special efforts not to take it but what I
 3   would normally say is, we don't download and
 4   retain company e-mails and store those
 5   e-mails in perpetuity.  As a matter of
 6   business course, we don't do that.
 7        Q    Sure.
 8             So what about e-mails that would
 9   have been resident on a software platform
10   like G Suite?
11        A    Again, when we download
12   intellectual property assets, e-mails are
13   generally not part of the intellectual
14   property assets.
15             We generally are not selling
16   e-mails of the company or an e-mail server of
17   a company.
18        Q    Okay.  All right.  So --
19        A    We don't -- we don't retain e-mails
20   for an assignor's e-mail server as a matter
21   of course.
22        Q    Okay.  Got it.
23             And so you, at ItsOn ABC, certainly
24   wouldn't, it sounds like, have made the
25   representation to ItsOn Inc. that the e-mail
```

Bernie Murphy - August 13, 2024

Page 68

1    of ItsOn Inc. would be preserved in your

2    possession.    Right?

3         A    That would not be normal course.

4         Q    Got it.

5              And when ItsOn ABC took possession

6    of servers, does it then or did it then

7    actually download the contents of those

8    servers into its -- into its own

9    repositories?

10        A    That is often the case, yes.

11        Q    Can you walk me through that

12   process, so I understand it in a little bit

13   more detail?

14        A    I'm not -- I'm not the one that

15   normally does that here at Sherwood but if we

16   get servers from a company and those servers

17   contain either corporate records on them or

18   they contain intellectual property assets on

19   them, but that is usually downloaded in some

20   format and that is retained at the Assignee.

21        Q    Got it.

22              And then what is done with the

23   servers, the hardware that you collected from

24   which you conducted the download?

25        A    They're often sold off.

Bernie Murphy - August 13, 2024

1      Q    Okay.  And does ItsOn ABC still

2  possess any physical servers that were

3  collected from ItsOn Inc.?

4      A    My understanding is no.

5      Q    All right.  So just to finish off

6  the subject of e-mail collections, you don't

7  know -- ItsOn ABC doesn't know, one way or

8  the other, where the e-mail of ItsOn Inc. is

9  or if it exists anywhere at this time.

10  Right?

11      A    That is correct.

12      Q    And is it possible that -- well,

13  strike that.

14          Would ItsOn ABC have accommodated

15  an instruction from ItsOn Inc. to preserve

16  ItsOn Inc. company e-mail, if such a request

17  had been made?

18      A    I don't know.

19      Q    Is that a customary thing to have

20  transpired, in your experience?

21      A    No, it's not.

22      Q    And do you have any reason to

23  believe that there was some specific

24  instruction by ItsOn Inc. to please preserve

25  the e-mail of ItsOn Inc. in the hands of

Bernie Murphy - August 13, 2024

Page 72

```
1      of the subpoena.
2           Q    Part of the response to the
3      subpoena?
4           A    That is correct.
5           Q    All right.  So was everything that
6      you produced in response to Samsung's
7      subpoena a digitized version or did you
8      actually go and, you know, scan some hard
9      copy documents that you still had lying
10     around in the ItsOn Inc. designated area?
11          A    My understanding is everything was
12     already digitized.
13          Q    Okay.  And then what was done with
14     the physical documents of ItsOn Inc. after
15     they were digitized?
16          A    They're generally destroyed.
17          Q    Okay.  Do you know if ItsOn ABC
18     received any documents from ItsOn Inc. that
19     were connected to the cloud storage service
20     known as Box?
21          A    I don't know.
22          Q    Is there anyone else at ItsOn ABC
23     who would know that other than you?
24          A    No, there's not.
25          Q    Anyone else at Sherwood Partners
```

Bernie Murphy - August 13, 2024

Page 73

1    who would know that, other than you?

2         A    No.

3         Q    Same question with respect to ItsOn

4    Inc.'s G Suite Enterprise account, do you

5    know whether ItsOn ABC took possession of

6    such materials?

7         A    I don't know.

8         Q    And no one else at either ItsOn ABC

9    or Sherwood Partners would know the answer to

10   that.

11             Is that right?

12        A    I believe that's correct, yes.

13        Q    If you look at Exhibit 5, the Bates

14   number page ending in 1064 -- let me know

15   when you're there.

16        A    I am there.

17        Q    All right.  Do you see that it's an

18   e-mail from Jim Lavine to Nate Mcomber, the

19   subject is ItsOn G Suite Enterprise account?

20        A    Yes, I do.

21        Q    And Mr. Lavine writes that he

22   suggests that with respect to the G Suite

23   Enterprise account, that we don't let it

24   lapse as that is where all the docs are.

25             Do you see that?

Bernie Murphy - August 13, 2024

Page 74

1          A    Yes, I do.

2          Q    Okay.  And you don't know, one way

3     or the other, whether that account was

4     allowed to lapse.

5               Is that right?

6          A    That is correct.  I don't know.

7          Q    And you don't know, one way or the

8     other, whether ItsOn ABC took possession of

9     the docs that Mr. Lavine describes were kept

10    within the G Suite Enterprise account.

11              Is that right?

12         A    That's correct, I don't know.

13         Q    But certainly fair to say that in

14    the production of documents in response to

15    the Samsung subpoena, those 1200 pages don't

16    appear to contain the docs that would have

17    been maintained as Mr. Lavine describes in

18    the G Suite Enterprise account?

19              MS. YOUNG:  Objection, calls for

20         speculation.

21         A    Yeah, I don't know.

22         Q    Are you aware of anyone else,

23    outside of ItsOn ABC, being given access to

24    ItsOn Inc.'s documents during the asset

25    transfer process?

Bernie Murphy - August 13, 2024

Page 75

```
 1          A    I'm not aware of anybody else.
 2          Q    Are you aware of whether ItsOn ABC
 3    received any technical documents from ItsOn
 4    Inc. other than source code?
 5          A    I don't know.
 6          Q    It would have been customary to
 7    collect all of that, though.  Correct?
 8          A    That is correct.
 9          Q    Now, if you'll turn to the page
10    ending in 1075 of Exhibit 5 to your
11    deposition and let me know when you're there.
12               On that page there's an e-mail from
13    Mr. Lavine to Mr. Mcomber.  And in that
14    e-mail is -- I'll summarize, appears that
15    Mr. Lavine is describing documents that ItsOn
16    Inc. possessed and that could be gathered up
17    as part of the work for ItsOn ABC.
18               Do you agree with that?
19          A    Yes.
20          Q    Okay.
21          A    I do see that.
22          Q    Right.
23               Do you know whether any of the
24    documents described in this e-mail were, in
25    fact, gathered up and their possession taken
```

Bernie Murphy - August 13, 2024

Page 94

1    transitioning the assets to ItsOn ABC LLC?

2        A    He does appear to have been

3    involved from the exhibits that you've

4    presented here today.

5        Q    Okay.  And my understanding from

6    your counsel is that the passwords that

7    Mr. Lavine provided, ItsOn ABC has them, has

8    attempted to apply them to gain access to the

9    files that are not opening, but they do

10    not -- they do not work in gaining such

11    access.

12            Is that right?

13        A    Yeah.  I don't know if they were

14    provided by Jim Lavine but the passwords that

15    we apparently have do not work.

16        Q    Uh-huh.  Okay.

17        A    That is correct.

18        Q    All right.

19            MR. KODISH:  We're going to switch

20    gears and make a new exhibit.

21            This is Exhibit 9.

22            (Whereupon the above mentioned was

23    marked for Identification.)

24        Q    And it is a document produced by

25    ItsOn ABC, bearing Bates numbers 299 through

Bernie Murphy - August 13, 2024

```
1    deposition?
2         A    I believe we would have, as part of
3    the subpoena request.
4         Q    Thank you.
5              During the course of ItsOn ABC's
6    attempts to sell the ItsOn Inc. assets, did
7    the patents owned by a company called
8    Headwater come up in any respect that you
9    recall?
10             MS. YOUNG:  Objection as to form.
11        A    Yes, it did.
12        Q    Can you explain what you recall?
13        A    My recollection, that we had some
14   discussions with Headwater during the sales
15   process, in trying to get -- I believe it was
16   trying to get their consent as a licensor so
17   we could sell the assets to other third
18   parties.
19        Q    Do you recall who the discussions
20   were with at Headwater?
21        A    I do not.  I don't think I was
22   involved with those.  I believe -- I know
23   that Nate Mcomber was involved in those
24   discussions.
25        Q    Okay.  And do you remember how
```

Bernie Murphy - August 13, 2024

1    those discussions, yeah, ultimately came out?

2             Like what was the result of those

3    attempts to be -- persuade Headwater to do

4    what you were asking?

5        A    I think the -- the ultimate

6    conclusion we came to is we were not able to

7    get a transaction done with any buyers

8    throughout that sales process.

9        Q    Now, do you recall any particular

10   buyer from that at least 90 that you were in

11   touch with, ever making a significant

12   monetary offer for the assets of ItsOn at any

13   time?

14       A    As I think I've previously

15   mentioned as part of the testimony, there

16   were a couple of buyers that indicated some

17   economics.  I don't recall what they were.

18            My recollection, though, they were

19   not material enough to pay the secured

20   creditor off in full.

21       Q    Do you recall how much the secured

22   creditor was needed to be paid off in full?

23       A    It was multimillions, was my

24   recollection.

25       Q    Was it less than ten million?

Bernie Murphy – August 13, 2024

Page 121

1    is rather small.

2         Q    You can go ahead and blow it up.

3    You should be able to click the plus.

4         A    Okay.  I do see it.

5         Q    Okay.  Great.

6              This document was produced from

7    ItsOn ABC's files, this two-page document.

8              Can you tell me what it shows?

9         A    Sure.

10             It shows the income statement of

11   the company or the statement of operations,

12   it looks like, of ItsOn Inc. from 2017 for

13   the -- I'm assuming fiscal year for 2017 --

14        Q    Okay.

15        A    -- on a monthly basis and also a

16   quarterly basis.

17        Q    And as far as net income on the

18   last row of the document, bearing Bates

19   number 49, fair to say that ItsOn Inc. was

20   22.6 million in the red at that time?

21        A    Their net loss appears to be

22   22.6 million.  That is correct.

23        Q    And a similar set of numbers is

24   reflected on page 50 with the profit and loss

25   detail.

Bernie Murphy - August 13, 2024

```
 1        A    I mean, yes, they're on the e-mail,
 2   so they're involved in this e-mail
 3   communication.
 4        Q    This Exhibit 16, at the last
 5   e-mail, at 11:19 a.m., reflects that the
 6   parties were not able to move forward.
 7             Do you see that?
 8        A    I'm sorry.  Where is that, then?
 9        Q    The very first e-mail on the first
10   page, on document 858.
11        A    (Witness reviewing.)
12             Yes, I do see that.
13        Q    All right.  Do you have any
14   recollection of what transpired with respect
15   to the negotiations with Mr. Naik and the
16   company that he represented concerning, yeah,
17   the possible purchase of ItsOn Inc. beyond
18   what is reflected in these e-mails?
19        A    My general understanding was, we
20   were trying to get a transaction done with
21   one or more buyers, and Marben may have been
22   one of those buyers.
23             And because there was a
24   relationship between ItsOn Inc. and
25   Headwater, we needed, as I mentioned earlier
```

Bernie Murphy - August 13, 2024

1    in the testimony here, the deposition, that

2    we needed to get Headwater's consent as part

3    of the sale of ItsOn Inc.'s IP assets.

4        Q    All right.

5        A    And that consent was never -- was

6    never forthcoming.

7        Q    Okay, fine.

8            So that consent was never

9    forthcoming.  Not just in the context of

10    Marben but to the extent anyone else showed

11    interest, Headwater did not give consent in

12    that context either.  Correct?

13        A    Yeah.  I don't know if those other

14    conversations progressed far enough along

15    where we would have brought in Headwater for

16    those discussions, but ultimately, we never

17    got consent in those transactions or the

18    transactions never proceeded forward.

19        Q    All right.  So it sounds like your

20    memory right now is to the extent any

21    potential transactions moved to a material

22    extent that maybe Marben was the one that

23    went the furthest.

24            Is that fair?

25        A    There may have been others but I --

Bernie Murphy - August 13, 2024

1          (Brief recess taken.)

2          THE VIDEOGRAPHER:  Stand by,

3     everyone.  I will bring you in.

4          The time is 4:15 p.m. Pacific time.

5     We're back on the record.

6     Q    Hi, Mr. Murphy.

7          MR. KODISH:  I'm now going to

8     introduce perhaps one last exhibit,

9     Exhibit 20.

10          (Whereupon the above mentioned was

11     marked for Identification.)

12     Q    That's a document bearing Bates

13     number Assignee 856 through 857.

14     A    Okay.  I have that up.

15     Q    So this e-mail was sent from

16     Mr. Mcomber of ItsOn ABC, on February 14,

17     2020.

18          It's pretty short.  Take a look at

19     it.

20          And if you can tell me what is

21     being described in this e-mail, I would

22     appreciate it.

23     A    (Witness reviewing.)

24          Sure.  This is, I'm assuming, a

25     result of an investor in ItsOn, has either

Bernie Murphy - August 13, 2024

1    requested what we call an equity writeoff

2    letter or the status of the ABC estate, and

3    Nate Mcomber is communicating back to them

4    that we have run our process and as a result

5    of that, there is not going to be a

6    distribution that's going to be made

7    available to the shareholders of ItsOn Inc.

8            As a result of that, we're issuing

9    that investor what we refer to internally as

10   an equity writeoff letter, which is the

11   second part of this exhibit.

12       Q    Yeah.

13            What -- can you explain to us what

14   an equity writeoff letter is?

15       A    It means that there is no monies

16   that are going to be available for a

17   distribution to the shareholders of ItsOn

18   Inc.

19       Q    All right.  Thank you for that

20   description.

21            So to make sure I understand, this

22   Exhibit 20 shows that as of February 14,

23   2020, ItsOn ABC's efforts for the last

24   roughly two years to attempt to sell the

25   assets of ItsOn Inc. have borne no material

Bernie Murphy – August 13, 2024

Page 150

1    fruit and really have not led to any monies

2    coming in that could be distributed in any

3    significant amount to the creditors.

4            Is that right?

5    A    Yes, I would agree with that.

6    Q    Uh-huh.

7            And essentially, does this look

8    like ItsOn ABC is alerting a creditor and

9    really putting forth this possession that

10   it's the end of the line, there's no monies

11   coming from the attempts to sell ItsOn Inc.

12   assets?

13   A    Certainly as of this date, and that

14   is the case.

15   Q    And do you have any knowledge,

16   based on ItsOn ABC or for your work at

17   Sherwood, that there have been any attempts

18   since February of 2020 that have shown any

19   potential or reached any monies in

20   compensation or payment for the ItsOn Inc.

21   assets?

22   A    No, there has not been.

23   Q    Switching gears, are there any

24   documents that have not yet been produced

25   from ItsOn ABC or Sherwood Partners that --

Bernie Murphy - August 13, 2024

Page 162

```
1    some odd companies.   Correct?
2         A    That wouldn't be the normal course.
3              Just to clarify, ItsOn Inc., when
4    they did their General Assignment of the ABC,
5    they were effectively out of business.
6              So there isn't really anyone at
7    ItsOn Inc. to really update, just to clarify
8    that.
9         Q    Sure.   Yeah, that -- that's --
10        A    Typically, there's not a board of
11   directors.   There's no management.   ItsOn
12   Inc., for all intents and purposes, is no
13   longer operating.
14        Q    Thank you for that.
15             And we saw e-mails earlier today
16   with James Harris, for example.
17             Do you recall that name?
18        A    I do.
19        Q    And it's -- I take it from your
20   testimony a moment ago that you don't have
21   any recollection of updating ItsOn Inc. or
22   Headwater or any of the former employees of
23   those two entities, including James Harris,
24   specifically about providing materials to
25   Samsung, do you?
```

Bernie Murphy – August 13, 2024

Page 170

```
 1         A    It would not be the norm but I
 2    don't know that, one way or the other.
 3         Q    And so whatever interest they --
 4    that you received from them, that wouldn't be
 5    interest for purchasing the Headwater
 6    patents.  Fair?
 7         A    Yes, that is -- that's fair to say.
 8         Q    That wouldn't be interest in
 9    licensing the Headwater patents.  Fair?
10         A    Can you repeat that again?
11         Q    Yeah.
12              That also wouldn't be interest in
13    licensing the Headwater patents because
14    that's not what you were discussing with
15    them.  Fair?
16              MR. KODISH:  Objection, form.
17         A    I would say as a general comment
18    that's correct, but to the degree that a
19    buyer wants to acquire all of the
20    intellectual property assets of ItsOn Inc.,
21    and to the degree that Headwater has some
22    intellectual properties embedded into ItsOn
23    Inc.'s IP, then I would believe that a buyer
24    would need to license that IP that's owned by
25    Headwater.
```

Bernie Murphy - August 13, 2024

1          Said differently, we can't

2     arbitrarily transfer a license to a buyer if

3     that license is not transferable or

4     assignable.

5          Q    Got it.

6               I think that kind of might

7     transition into another topic I wanted to

8     touch on.

9               MR. MIRZAIE:  If we can go to

10     Exhibit 18.

11          Q    This is another document that you

12     discussed with Mr. Kodish today.

13               This begins in Bates number 861, I

14     think.

15          A    Okay.  I've got it up.

16          Q    And I think you were discussing

17     page 9, along with other pages, with

18     Mr. Kodish.

19               Do you recall that?

20               If you go to page 9, it ends -- at

21     the bottom it has Bates label 869.

22          A    Yes, I'm there.

23          Q    And I believe this was referred to

24     as an offer by -- by this entity earlier

25     today.

Bernie Murphy - August 13, 2024

Page 175

1    "file," you mean files?

2        Q   Yes.

3        A   Yes, I believe we have, through our

4    counsel.

5            MR. KODISH:  Objection to form.

6        Q   And as far as you're aware, Samsung

7    never visited or -- or inspected or asked to

8    come visit or inspect the files or folders.

9    Correct?

10           MR. KODISH:  Objection, form.

11       A   Not that I'm aware of.

12       Q   You wouldn't have said no to that

13   request.  Correct?

14       A   No.

15       Q   Based on your testimony today, ABC

16   has never destroyed a single document, as far

17   as you're aware, in the context of the scope

18   of this subpoena.  Correct?

19       A   No, not that I'm aware of.

20       Q   And ItsOn Inc. has certainly never

21   requested ABC to destroy a single document.

22   Correct?

23       A   Not that I'm aware of.

24       Q   In 2018, that was the year that you

25   initially -- that ABC initially reached out