# EXHIBIT 22

| Patent | Named Inventor(s) | Filed | Issued |
|---|---|---|---|
| 8,588,110 | Greg Raleigh | 2012-09-13 | 2013-11-19 |
| 9,639,811 | Greg Raleigh | 2013-01-15 | 2014-01-28 |
| 9,179,359 | Greg Raleigh; James Lavine; Alireza Raissinia | 2015-03-30 | 2015-11-03 |
| 9,647,918 | Greg Raleigh; Jeffrey Green; James Lavine; Vien-Phuong Nguyen | 2016-08-03 | 2017-05-09 |