# EXHIBIT 27

```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
2                         MARSHALL DIVISION

3   HEADWATER RESEARCH, LLC.,     ( CAUSE NO. 22:2-CV-422-JRG
                                  )
4           Plaintiff,            (
                                  )
5   vs.                           (
                                  )
6   SAMSUNG ELECTRONICS CO., LTD.,(
    et al.,                       ) MARSHALL, TEXAS
7                                 ( JANUARY 13, 2025
            Defendants.           ) 9:00 A.M.
8   _____

9
                              VOLUME 1
10
    _____
11
                         TRIAL ON THE MERITS
12

13       BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
14                       and a jury
    _____
15

16

17

18

19

20

21

22
                     SHAWN McROBERTS, RMR, CRR
23                    100 E. HOUSTON STREET
                     MARSHALL, TEXAS  75670
24                       (903) 923-8546
                shawn_mcroberts@txed.uscourts.gov
25
```

```
04:54   1   Q.   All right.  For example, you discussed the differences
        2   between ItsOn and Headwater with your counsel, but you were
        3   the CEO of both Headwater and ItsOn.  Correct, sir?
        4   A.   Yes, ma'am.
        5   Q.   Mr. David Johnson was the CFO of both Headwater and
        6   ItsOn.  Correct, Doctor?
        7   A.   Actually I misspoke.  I was not the CEO of Headwater; I
        8   was the CEO of ItsOn.  I had a different title at Headwater.
        9   Q.   Okay.  But you certainly had a title at both companies at
       10   the same time, Doctor.  Correct?
       11   A.   Yes, ma'am.
       12   Q.   All right.  Mr. Johnson, Mr. David Johnson, he was CFO of
       13   both Headwater and ItsOn.  Correct?
04:55  14   A.   I'm not remembering what his title was.  I know he was
       15   CFO at ItsOn.  He may have also been CFO of Headwater.  I'm
       16   not sure.
       17   Q.   So the composition -- when we talked about them being
       18   very different, the composition of the board of both companies
       19   it also largely overlapped.  Correct, Doctor?
       20   A.   There was an overlap, yes, ma'am.
       21   Q.   All right.  Both Headwater and ItsOn were provided legal
04:55  22   services by the exact same in-house counsel.  Correct, sir?
       23   A.   It was the same firm, ma'am.
       24   Q.   Okay.  And Headwater and ItsOn used email domains that
       25   were -- they were flexibly used by both employees -- by
```