# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD. § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants.* § | |

## ORDER

Before the Court is the Unopposed Motion to Extend Reply Deadline filed by the Samsung Defendants. **Dkt. No. 66.** Having considered the Motion, and noting that it is unopposed, the Court **GRANTS** the Motion.

It is **ORDERED** that Samsung's deadline to Reply in support of Samsung's Motion for sanctions is extended to March 4, 2025.

**SIGNED this 13th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE