# Exhibit 3

### Exhibit A – Proposed Constructions and Supporting Intrinsic and Extrinsic Evidence

A.   U.S. Patent No. 8,588,110

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1 | low-level policy agents<br><br>(Claims 12, 13) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at Abstract, 5:28-12:22, 36:63-78:28, 81:12-36, Figs. 9, 16, 18-21, 29, 38, 43A-43B, 44A-44B, and associated written description; claims 1-13.<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations<br><br>*Headwater v. Samsung*, No. 2:23-cv-00103-JRG-RSP (E.D. Tex.), Markman Order (Dkt. 118) and related pleadings / filings / declarations; including definitions and evidence regarding term "agent" | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 8:60-9:15; 13:49-14:43; 14:59-15:28; 26:53-27:30; 42:22-47; 48:4-37; 49:1-16; 53:15-50; 75:6-10; 83:52-84:9; 91:18-94:59; 95:27-64; 98:29-67; 104:66-105:37; claims 1, 12, 13.<br><br>**Extrinsic Evidence**<br>Telecom Dictionary (2007) [SAM-HW-3_00167856–00167858] |
| 2 | low-level policy rule<br><br>(Claim 12) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>*See* Intrinsic Evidence for Term #1 | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 8:60-9:15; 13:49-14:43; 14:59-15:28; 26:53-27:30; 42:22-47; 48:4-37; 49:1- |

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations | 16; 53:15-50; 75:6-10; 83:52-84:9; 91:18-94:59; 95:27-64; 98:29-67; 104:66-105:37; claims 1, 12.<br><br>**Extrinsic Evidence**<br>Telecom Dictionary (2007) [SAM-HW-3_00167856–00167858] |
| 3 | first service activity is non-critical<br><br>(Claim 9) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>*See* Intrinsic Evidence for Term #1<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations<br><br>*Headwater v. Verizon/T-Mobile/AT&T*, Nos. 2:23-cv-00352-JRG-RSP, 2:23-cv-00379-JRG-RSP, 2:23-cv-00377-JRG-RSP, 2:23-cv-00397-JRG-RSP, Markman Tentative, Forthcoming Markman Order, and related pleadings / filings / declarations; including findings and evidence regarding terms "service usage activity" and "background activity" | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 95:65-96:47; claims 1, 9. |
| 4 | means for obtaining, through a user interface of the wireless device, a user input specifying at | Plain and ordinary meaning<br><br>*Supporting Evidence:* | *Pursuant to § 112(6):*<br><br>Function: obtaining, through a user interface of the wireless device, a user input |

2

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | least an aspect of a first service policy<br><br>(Claim 26) | **Intrinsic Evidence**<br>'110 patent at Abstract, 5:28-12:22, 36:63-78:28, 81:12-36, Figs. 7, 9, 16, 18-21, 22A-B, 23-24, 46, and associated written description; claims 1, 27.<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations | specifying at least an aspect of a first service policy<br><br>Structure: a user interface and a processor configured to perform the algorithm steps of providing the user with information and accepting user choices or preferences on, e.g., service plan selection or change, and/or other service related information, settings, and/or options<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 26:43-45; 26:52-27:30; 27:31-36:64; 36:65-37:2; 65:41-51; Figs. 9-16, 42D and associated written description; claims 1, 26. |
| 5 | means for identifying that the wireless device is connected to the first wireless network<br><br>(Claim 26) | Plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>*See* Intrinsic Evidence for Term #4<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations | *Pursuant to § 112(6):*<br><br>Function: identifying that the wireless device is connected to the first wireless network<br><br>Structure: a processor configured to perform the algorithm steps of recognizing the type of network to which the device is currently connecting, e.g., by looking up the information in a local or network table |

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | *Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 26:43-45; 26:52-27:30; 27:31-36:64; 36:65-37:2; 52:4-13; Figs. 9-16 and associated written description; claims 1, 26. |
| 6 | means for identifying an intended, attempted, or successful data communication over the first wireless network, the intended, attempted, or successful data communication being associated with the first service activity<br><br>(Claim 26) | Plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>*See* Intrinsic Evidence for Term #4<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations | *Pursuant to § 112(6):*<br><br>Function: identifying an intended, attempted, or successful data communication over the first wireless network, the intended, attempted, or successful data communication being associated with the first service activity<br><br>Structure: a processor configured to perform the algorithm steps of implementing traffic inspection points between the applications and the networking stack application interface using a T-buffer at socket connections and feeding the side traffic into a traffic flow analyzer<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 26:43-45; 26:52-27:30; 27:31-36:64; 36:65-37:2; 53:51-55; 53:58-63; Figs. |

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | 9-16 and associated written description; claims 1, 26. |
| 7 | means for applying the first service policy<br><br>(Claim 26) | Plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>*See* Intrinsic Evidence for Term #4<br><br>**Extrinsic Evidence**<br>IPR2024-01337 and related pleadings / filings / declarations | *Pursuant to § 112(6):*<br><br>Function: applying the first service policy<br><br>Structure: a processor configured to perform the algorithm steps of performing a service control that reduces traffic speed for all applications and traffic types successively until the service usage projections are within service usage limits for the present service billing period<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'110 patent at 26:43-45; 26:52-27:30; 27:31-36:64; 36:65-37:2; 48:38-49:1; Figs. 9-16 and associated written description; claims 1, 26. |

5

B.     U.S. Patent No. 9,647,918

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 8 | the calling device application (Claims 1, 14) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'918 patent at Abstract, 23:18-24:7, 47:59-48:46, 62:10-64:25, 74:45-76:34, 93:1-94:67, 105:41-117:25; Figs. 3, 12-13, 21, 28-30, 31A-31B, 32, 35 and associated written description; claims 2-13.<br><br>**Extrinsic Evidence**<br>IPR2024-01396, -1397 and related pleadings / filings / declarations | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'918 patent at 124:28-63; 126:32-64; claims 1, 14. |