# EXHIBIT 1

1                    UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

3

4

   HEADWATER RESEARCH LLC,              :
5                                       :
                          Plaintiff,    :
6                                       :
               vs.                      : Case No.
7                                       : 2:23-CV-00641
   SAMSUNG ELECTRONICS, CO., LTD,       :
8  et al.,                              :
                                        :
9                         Defendants.   :
                                        x
10

11

12

13

            VIDEOTAPED DEPOSITION OF VIEN-PHUONG NGUYEN
14
                    Via Zoom Videoconference
15
                    Friday, February 7, 2025
16

17

18

19

20

21

22  Stenographically Reported by:
    JUSTYNE N. JOHNSON
23  RPR, CSR. No. 14301

24  Job No. 570342

25  Pages 1-118

| | | |
|---|---|---|
| 1 | deposition session begins.  And so here we go. | 13:06:12 |
| 2 | A     Mm-hmm. | 13:06:16 |
| 3 | Q     Would you please state your full name for the | 13:06:17 |
| 4 | deposition record? | 13:06:20 |
| 5 | A     Yep.  My full legal name is Vien-Phuong Nguyen. | 13:06:21 |
| 6 | Q     Who is your current employer, and what is your | 13:06:25 |
| 7 | title at that place of employment? | 13:06:28 |
| 8 | A     I'm currently working for Meta, and my -- as a | 13:06:29 |
| 9 | software engineer. | 13:06:34 |
| 10 | Q     Where is your primary residence or your legal | 13:06:35 |
| 11 | residence? | 13:06:38 |
| 12 | A     Yeah.  Fremont, California. | 13:06:39 |
| 13 | Q     And were you previously an employee of ItsOn? | 13:06:42 |
| 14 | A     Yes.  I was employed at ItsOn. | 13:06:47 |
| 15 | Q     What was your title at ItsOn and through what | 13:06:49 |
| 16 | dates were you employed at ItsOn? | 13:06:52 |
| 17 | A     I was software engineer.  And I was employed all | 13:06:55 |
| 18 | the way until closing, which would be December 2017. | 13:06:58 |
| 19 | Q     If you -- thank you. | 13:07:02 |
| 20 | Can you tell me what your beginning and ending | 13:07:04 |
| 21 | dates of employment were, understanding that you -- you | 13:07:07 |
| 22 | were there through the closing in December of 2017 at | 13:07:10 |
| 23 | ItsOn? | 13:07:13 |
| 24 | A     I start in 2010.  I can't remember exactly the | 13:07:14 |
| 25 | month, but probably somewhere in August, if I remember | 13:07:16 |

| | | |
|---|---|---|
| 1 | correctly. | 13:07:23 |
| 2 | Q Thank you. | 13:07:23 |
| 3 | Mr. Nguyen, have you been deposed before? Have | 13:07:26 |
| 4 | you participated in a deposition or court proceeding where | 13:07:28 |
| 5 | you were asked to testify? | 13:07:31 |
| 6 | A No. | 13:07:32 |
| 7 | Q All right. Well, there are a few protocols, I'll | 13:07:33 |
| 8 | call them, that -- that help things go a little easier for | 13:07:37 |
| 9 | everybody. If you'll indulge me for a moment, I would | 13:07:41 |
| 10 | like to talk through just a couple of them. These are, | 13:07:44 |
| 11 | again, for everybody's benefits. | 13:07:47 |
| 12 | The first one is I would like to make sure that | 13:07:49 |
| 13 | you understand the oath that you just took is the same | 13:07:51 |
| 14 | oath as would be administered if you appeared at the | 13:07:54 |
| 15 | courthouse in front of a judge and jury. Does that make | 13:07:57 |
| 16 | sense to you? | 13:08:01 |
| 17 | A Yep. Understood. | 13:08:01 |
| 18 | Q All right. During the course of the day when I | 13:08:02 |
| 19 | ask questions, if there's a question you do not | 13:08:04 |
| 20 | understand, if you'll let me know, I will try to clarify | 13:08:06 |
| 21 | it. Can you do that for me? | 13:08:09 |
| 22 | A Yes. | 13:08:10 |
| 23 | Q All right. If you answer the questions that I | 13:08:11 |
| 24 | ask, I -- would it be fair to understand that you, | 13:08:13 |
| 25 | yourself, understood my question and gave me a complete | 13:08:18 |

Transcript of Vien-Phuong Nguyen
Conducted on February 7, 2025                          45

| 1 | A    All right. | 13:50:09 |
|---|---|---|
| 2 | Q    All right.  So Lisa Stark-Berryman.  What was | 13:50:12 |
| 3 | Lisa Stark-Berryman's role at ItsOn? | 13:50:16 |
| 4 | A    Very similar to mine also on -- working on the | 13:50:19 |
| 5 | device-side software. | 13:50:22 |
| 6 | Q    Did Lisa Stark-Berryman also -- also work on the | 13:50:27 |
| 7 | network policy and accounting -type functions that -- | 13:50:31 |
| 8 | A    Yes. | 13:50:33 |
| 9 | Q    -- you described for the device? | 13:50:34 |
| 10 | A    Yes. | 13:50:35 |
| 11 | Q    Was there any distinction in the specific | 13:50:42 |
| 12 | responsibilities that you had as opposed to Nathan | 13:50:44 |
| 13 | Huntsberger and Lisa Stark-Berryman? | 13:50:46 |
| 14 | A    It's a small team start-up, so everybody do | 13:50:49 |
| 15 | everything essentially.  Some of us might have our forte | 13:50:52 |
| 16 | that we are better at but, generally, everybody do | 13:50:55 |
| 17 | everything. | 13:50:59 |
| 18 | Q    Did you have a moment earlier to look across | 13:51:04 |
| 19 | the -- the title and the abstract of the '918 patent that | 13:51:07 |
| 20 | I sent over? | 13:51:11 |
| 21 | A    18 -- okay.  That's the one with my name on it. | 13:51:12 |
| 22 | I look at the title. | 13:51:15 |
| 23 | Q    Would you take a moment and look at the abstract | 13:51:17 |
| 24 | as well? | 13:51:20 |
| 25 | A    Okay. | 13:51:21 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Vien-Phuong Nguyen
Conducted on February 7, 2025                        76

1    occasionally just to -- when -- because we usually have            14:43:11

2    these kind of architecture discussion out in the open in          14:43:16

3    the whiteboard area and Greg would swing by and sometime           14:43:19

4    chime in or have discussion.  I can't recall specific if           14:43:24

5    Greg -- if we chat about this particular piece, but he             14:43:27

6    occasionally chime in.  But I can't recall specific.               14:43:34

7    BY MR. GREEN:                                                      14:43:37

8        Q    As we sit here today, can you recall any specific        14:43:37

9    thing that -- that Greg Raleigh contributed to the ideas           14:43:40

10   described in the '918 patent?  Any specific thing?                 14:43:44

11       A    No.                                                       14:43:49

12       Q    All right.  As we sit here, can you recollect any         14:43:51

13   specific thing that Jim or James Lavine contributed to the         14:43:55

14   ideas described in the '918 patent?                                14:44:00

15       A    So he served fa- -- fairly similar role to Jeff           14:44:03

16   Green as in he were in charge of engineering for a time.           14:44:08

17   So also during that time, he was also involved with a lot          14:44:11

18   of the architectural decision on how the piece is going to         14:44:15

19   fit together.  So yeah.  He's -- he was fairly similar             14:44:19

20   role to Jeff Green for a time.                                     14:44:24

21       Q    All right.  So other than the individuals who are         14:44:26

22   named as inventors on the -- well, withdrawn.                      14:44:32

23            Can you think of anyone who was not listed as an          14:44:38

24   inventor on the '918 patent who nonetheless contributed            14:44:40

25   something to the ideas that are distributed in this                14:44:46

Transcript of Vien-Phuong Nguyen
Conducted on February 7, 2025                                    78

| | | |
|---|---|---|
| 1 | Nathan Huntsberger or James Fitsgerald that would have | 14:46:00 |
| 2 | knowledge on here as well than what's in the discussion. | 14:46:03 |
| 3 | BY MR. GREEN: | 14:46:07 |
| 4 | Q    And why do you say Nathan Huntsberger would | 14:46:07 |
| 5 | probably be someone who might have contributed to the | 14:46:11 |
| 6 | ideas in the '918 patent? | 14:46:14 |
| 7 | A    'Cause we -- we all also -- base we were the | 14:46:16 |
| 8 | early engineer in the company that work on the client | 14:46:19 |
| 9 | side.  We probably the first three.  And so we -- that | 14:46:22 |
| 10 | probably the earlier phase where all the -- the pieces | 14:46:25 |
| 11 | start shaping up. | 14:46:30 |
| 12 | Q    So when you say, "We were the first three early | 14:46:32 |
| 13 | engineers in the company," do you mean that yourself, | 14:46:34 |
| 14 | Nathan Huntsberger, and James Fitsgerald were the first | 14:46:36 |
| 15 | three engineers? | 14:46:40 |
| 16 | A    Yes.  There might -- I think Lisa came a little | 14:46:40 |
| 17 | bit later, but we were -- yeah, we were the first three or | 14:46:44 |
| 18 | four. | 14:46:47 |
| 19 | Q    And then based off the fact that yourself, | 14:46:47 |
| 20 | Mr. Nathan Huntsberger, and James Fitzgerald were first | 14:46:50 |
| 21 | three early-on engineers at ItsOn, is that the basis for | 14:46:54 |
| 22 | your recollection that Nathan Huntsberger and James | 14:46:57 |
| 23 | Fitsgerald contributed some -- to the ideas described in | 14:46:59 |
| 24 | the '918 patent? | 14:47:04 |
| 25 | A    Yes. | 14:47:05 |