# EXHIBIT 2

███████████████████

## Contact

www.linkedin.com/in/pnguyen (LinkedIn)
roostertech.net (Personal)

## Top Skills

android
c
java

# Phuong Nguyen

Software Engineer at Meta
Fremont, California, United States

## Summary

* Android/Linux developer with experiences from products conception to market support.
* JAVA / C / Networking (OSI Stack) / AOSP.
* Continuous integration, test automation

## Experience

**Meta**
Software Engineer
March 2018 - Present (7 years 1 month)
Menlo Park, California

App Health - Performance / Reliability / Efficiency

**ItsOn Inc**
Principal Software Engineer
August 2010 - December 2017 (7 years 5 months)
Redwood City, CA

* Android Framework Development:
Created integration hooks to provide carrier with accounting and control capabilities of voice/text/data in telephony stack, RIL.
Developed kernel modules to enforce app based data policies, account and report usage .
Customize AOSP to provide independently updatable system partition, extended sepolicy, init scripts.
Worked with OEM partners to integrate with various devices and chipsets.
Developed automated integration verification suite.

* Android Application Development:
General development with focus on life cycle architecture, caching, data persistence, back end communication
Analytics instrumentation and analysis (Firebase, BigQuery)
Developed wifi management and optimization with automatic captive portal detection and login.
Application footprint optimization (apk size, run time memory usage)

\* Android Continuous Integration:

Build and release infrastructure with multi asset and configuration variants support (Ant, Gradle, Jenkins, Proguard)

Automated testing infrastructure using emulator and mock server data for scaleable regression

Packet Motion
Senior Software Engineer
August 2006 - May 2011 (4 years 10 months)

Development: design and develop Gigabits rate linux-based appliances

• Hardware platform planning, Linux software platform customization,

• Design and develop core software framework for data decoding, extracting and policy

execution (Probe)

◦ Threading model for multi-cores processing platform to ensure data coherency and

optimized packet rate.

◦ Session and buffering management, TCP/IP processing, UDP defrag.

◦ Cross session data correlation and data persistence support.

• Testing utilities for simulating gigabits rate network traffic.

• Support utilities for statistic collection, debugging and field support.

Release Management:

• Build infrastructure for cross platform integrated C/Java build (Scons,ant, gcc, flex).

• Scripting for automated build, test, release and distribution system (python, Amazon AWS).

Deployment and Support:

• Scripting for automated software installation/upgrade (python).

• Sales support and phone/webex based customer support.

Xambala
Software Engineer
2003 - 2006 (3 years)

\*  Developed high speed XML schema validation solution on embedded platform. Worked with VP/Software to create a patented efficient schema data storage and access mechanism. Created Lex/Yacc based schema compilers.

\* Developed firmware library for multi threaded processor. Optimized firmware for cache misses, local memory usage.

* Developed network security application prototypes. Created a Network application policy manager entity that receives and interprets streaming
* Test and bring up of prototype FPGA, GA board.
* RTL testing through emulation

UC Santa Cruz
Research Assistant
November 2001 - July 2003 (1 year 9 months)

*  Set up and performs experiments in high resolution thermal imaging of integrated circuits.
* Developed perl modules for apache server as part of an education collaboration experiment.
* Produced group website and annual reprint book.

## Education

**CodePath**
iOS Development · (2017 - 2017)

**University of California, Santa Cruz**
B.S, Computer Engineering (Networking Track) · (1999 - 2003)