# EXHIBIT 3

# Lisa Stark

Artist in Baja California Sur, México
Santa Cruz, California, United States

## Contact

www.linkedin.com/in/lisastarkberryman (LinkedIn)

## Top Skills

Java
C
Android Development

## Summary

Almost 20 years of professional programming experience. In-depth experience with OS internals in Linux, Solaris, HP-UX, and several others. Languages include 'C', Java, C++, Python, Awk, and a variety of assembler languages. Professional experience in areas as diverse as operating system ports and user interfaces.

Recent areas of knowledge:
- Android APIs including VPN, telephony/connectivity and UI classes
- Android Linux kernel internals
- Android framework internals
- Docker
- Jira, Confluence, Maven, Ant, Eclipse, JMock
- Well-versed in Agile practices

Outstanding communication skills
Strong ability to ramp up and work independently
Excellent leadership skills and ability to mesh with many different personalities
Common-sense approach to planning and shipping product

---

## Experience

**Stark Paintings Baja**
Artist
July 2019 - Present (5 years 9 months)

**Cradlepoint, Inc.**
Sr. Software Engineer
April 2016 - July 2019 (3 years 4 months)
Los Gatos, CA

All things Android, multi-platform network client support.

**Pertino**
Software Engineer

April 2013 - September 2015 (2 years 6 months)
Los Gatos, CA

Responsibilities:

Lead architect for Android port. Designed and implemented the port of a custom VPN client from Linux/Windows/MacOSX platforms to Android. Work included:
- Designed and documented porting strategy
- Worked with another engineer on UI tasks
- Implemented VpnService portion of the client
- Implemented JNI layers to connect the native (C++) portion of the client with the Java front end and VpnService
- Implemented all platform-specific aspects of the native client

Story owner for several large client features (Geolocation, Machine Authentication, Optimal Routing). Work included:
- Planned and designed features with multiple teams
- Coordinated development efforts across multiple teams
- Implemented client code across all supported platforms (Linux/Windows/MacOSX)
- Worked closely with other engineers mentoring/implementing/debugging
- Planned and implemented automated tests for these features

Test automation, etc.
- Implemented celery/python-based tests for a variety of features
- Designed/implemented the Java/Android test framework for the Android client
- Implemented Docker-based Linux test framework
- Hacked an Android emulator framework to to support testing
- Implemented several small Android apps to aid in testing/demos

ItsOn, Inc.
2 years 11 months

Sr. Software Engineer
February 2011 - April 2013 (2 years 3 months)

Android Linux Kernel programming

Android programming

Software Engineer
June 2010 - February 2011 (9 months)

Android Linux kernel development, froyo (2.2)

Deterministic Networks
Sr. Software Engineer
1998 - 2002 (4 years)

Worked independently to port Linux to a M68xxx-based satellite modem. Rearchitected ethernet driver and network stack to transmit and receive real-time network traffic from analog satellite hardware.

Project lead and architect for porting DNI's Policy Agent from Windows to Solaris and HP-UX.  Responsibilities included writing project plan and design documents, implementing many user- and kernel-level modules, supervising two other engineers on the project, and communicating with the customer on a regular basis to discuss requirements and bugs.

ARM
Software Contractor
1997 - 1998 (1 year)

Responsible for porting JavaOS to Digital's StrongARM-based Network Appliance (DNARD). Work included ethernet, video, and audio drivers, interrupt management, exception handling, and memory management. In-depth use of the Open Firmware programmer's interface for both debugging tools and some memory management functions.

JavaSoft
Software Contractor
1996 - 1997 (1 year)

Working for JavaOS group, created x86 drivers in Java for ethernet, audio, video, and mouse. Fixed bugs in serial and keyboard drivers and  garbage collector, implemented multiple pixel depths in AW code, and  consulted on JDI/JBI (Java Driver/Boot Interface) and CommAPI  designs. Implemented parallel port driver on x86 platform. Worked on port of JavaOS to SPARC station.

Detente Technology
Software Engineer
1993 - 1997 (4 years)

Mountain Network Solutions
Sr. Software Engineer
September 1992 - June 1993 (10 months)

Unisys/Convergent
Sr. Software Engineer
January 1990 - July 1991 (1 year 7 months)

---

## Education

University of California, Davis
BA, Psychology · (1979 - 1984)