# EXHIBIT 4

███████████████████████

```
1              IN THE UNITED STATES DISTRICT COURT
2              FOR THE EASTERN DISTRICT OF TEXAS
3                       MARSHALL DIVISION
4                              x
5    HEADWATER RESEARCH LLC,    :
6           Plaintiff,          :
7        v.                     :  Case No.
8    SAMSUNG ELECTRONICS        :  2:23 CV 00641
9    CO., LTD and SAMSUNG       :
10   ELECTRONICS AMERICA,       :
11   INC.,                      :
12          Defendants.         :
13                              x
14
15   ████████████████████████████████████████
16
17      Videotaped Deposition of JAMES FRANCIS LAVINE
18                   Conducted Virtually
19               Thursday, February 13, 2025
20                     8:59 a.m. ET
21
22
23    Job No.: 570051
24    Pages: 1   130
25    Reported By: Courtney Petros, RPR, CSR
```

Transcript of James Francis Lavine
Conducted on February 13, 2025

43

| # | | Time |
|---|---|---|
| 1 | █████ | 09:57:03 |
| 2 | █████ | 09:57:05 |
| 3 | █████ | 09:57:09 |
| 4 | ███ | 09:57:13 |
| 5 | █████ | 09:57:15 |
| 6 | █████ | 09:57:18 |
| 7 | ████ | 09:57:20 |
| 8 | █ | 09:57:22 |
| 9 | █████ | 09:57:22 |
| 10 | █████ | 09:57:25 |
| 11 | ████ | 09:57:27 |
| 12 | █████ | 09:57:30 |
| 13 | ███ | 09:57:38 |
| 14 | ████ | 09:57:40 |
| 15 | █████ | 09:57:44 |
| 16 | █████ | 09:57:45 |
| 17 | █ | 09:57:47 |
| 18 | ███ | 09:57:48 |
| 19 | ████ | 09:57:49 |
| 20 | █ | 09:57:51 |
| 21 | ███ | 09:57:54 |
| 22 | ████ | 09:58:01 |
| 23 | █ | 09:58:05 |
| 24 | █████ | 09:58:06 |
| 25 | █████ | 09:58:10 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

46

| # | | Time |
|---|---|---|
| 1 | [redacted] | 10:00:38 |
| 2 | [redacted] | 10:00:43 |
| 3 | [redacted] | 10:00:46 |
| 4 | [redacted] | 10:00:50 |
| 5 | [redacted] | 10:00:50 |
| 6 | [redacted] | 10:00:52 |
| 7 | [redacted] | 10:00:55 |
| 8 | [redacted] | 10:00:57 |
| 9 | [redacted] | 10:00:59 |
| 10 | [redacted] | 10:00:59 |
| 11 | [redacted] | 10:01:00 |
| 12 | [redacted] | 10:01:04 |
| 13 | [redacted] | 10:01:07 |
| 14 | [redacted] | 10:01:09 |
| 15 | [redacted] | 10:01:11 |
| 16 | [redacted] | 10:01:14 |
| 17 | [redacted] | 10:01:19 |
| 18 | [redacted] | 10:01:20 |
| 19 | [redacted] | 10:01:22 |
| 20 | [redacted] | 10:01:27 |
| 21 | [redacted] | 10:01:30 |
| 22 | [redacted] | 10:01:32 |
| 23 | [redacted] | 10:01:34 |
| 24 | [redacted] | 10:01:45 |
| 25 | [redacted] | 10:01:56 |

Transcript of James Francis Lavine
Conducted on February 13, 2025                                47

| # | | Time |
|---|---|---|
| 1 | ███████████████ | 10:01:58 |
| 2 | ████████████████████ | 10:01:59 |
| 3 | ██████████████████████████ | 10:02:04 |
| 4 | ████████████████████████ | 10:02:09 |
| 5 | ██ | 10:02:12 |
| 6 | ████ | 10:02:13 |
| 7 | ████████████ | 10:02:13 |
| 8 | ██████████████ | 10:02:13 |
| 9 | ██████████████████ | 10:02:16 |
| 10 | ████████████████ | 10:02:18 |
| 11 | ██████████████████████ | 10:02:20 |
| 12 | ████████████████████ | 10:02:24 |
| 13 | ██████████████ | 10:02:26 |
| 14 | ██████████████████████ | 10:02:29 |
| 15 | ██████████████ | 10:02:31 |
| 16 | ████████████████████ | 10:02:33 |
| 17 | ██████████████████ | 10:02:36 |
| 18 | ██████████████████ | 10:02:41 |
| 19 | ████████████ | 10:02:42 |
| 20 | ██████████████ | 10:02:44 |
| 21 | ██████████████████████████ | 10:02:48 |
| 22 | ██████████████████████ | 10:02:51 |
| 23 | ████████████████ | 10:02:54 |
| 24 | ██████████████████ | 10:03:00 |
| 25 | ████████████████ | 10:03:04 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

50

| # | | Time |
|---|---|---|
| 1 | [redacted] | 10:05:25 |
| 2 | [redacted] | 10:05:26 |
| 3 | [redacted] | 10:05:29 |
| 4 | [redacted] | 10:05:32 |
| 5 | [redacted] | 10:05:35 |
| 6 | [redacted] | 10:05:39 |
| 7 | [redacted] | 10:05:41 |
| 8 | [redacted] | 10:05:42 |
| 9 | [redacted] | 10:05:44 |
| 10 | [redacted] | 10:05:46 |
| 11 | [redacted] | 10:05:54 |
| 12 | [redacted] | 10:05:57 |
| 13 | [redacted] | 10:06:00 |
| 14 | [redacted] | 10:06:00 |
| 15 | [redacted] | 10:06:03 |
| 16 | [redacted] | 10:06:04 |
| 17 | [redacted] | 10:06:07 |
| 18 | [redacted] | 10:06:17 |
| 19 | [redacted] | 10:06:20 |
| 20 | [redacted] | 10:06:23 |
| 21 | [redacted] | 10:06:24 |
| 22 | [redacted] | 10:06:26 |
| 23 | [redacted] | 10:06:30 |
| 24 | [redacted] | 10:06:33 |
| 25 | [redacted] | 10:06:35 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

51

| | | |
|---|---|---|
| 1 | ████████████████████████ | 10:06:36 |
| 2 | █ | 10:06:39 |
| 3 | ██████████████████████ | 10:06:40 |
| 4 | ██████████████████████████ | 10:06:46 |
| 5 | ████████████ | 10:06:49 |
| 6 | ██████ | 10:06:50 |
| 7 | ████████████████ | 10:06:59 |
| 8 | ████████████████ | 10:07:00 |
| 9 | ██ | 10:07:05 |
| 10 | ██████████████████████ | 10:07:05 |
| 11 | ████████████████████ | 10:07:08 |
| 12 | ██████████████████ | 10:07:12 |
| 13 | ██████ | 10:07:14 |
| 14 | ██████████████ | 10:07:16 |
| 15 | ██████████████████████████ | 10:07:17 |
| 16 | ████ | 10:07:20 |
| 17 | ████████████████ | 10:07:25 |
| 18 | ████ | 10:07:27 |
| 19 | ██ | 10:07:27 |
| 20 | ██████████████ | 10:07:27 |
| 21 | ████████████████████ | 10:07:30 |
| 22 | ████████████████ | 10:07:33 |
| 23 | ████████████████████ | 10:07:36 |
| 24 | ██████████████████████ | 10:07:51 |
| 25 | ████████████████████ | 10:07:55 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

52

| # | | Time |
|---|---|---|
| 1 | ███ | 10:07:58 |
| 2 | ████████████████ | 10:07:58 |
| 3 | ██ | 10:08:02 |
| 4 | ██ | 10:08:0 |
| 5 | ███████████████ | 10:08:02 |
| 6 | █████████████████ | 10:08:08 |
| 7 | ██████ | 10:08:11 |
| 8 | ████████ | 10:08:11 |
| 9 | ████████████ | 10:08:12 |
| 10 | ███████████████ | 10:08:15 |
| 11 | ██████████████ | 10:08:17 |
| 12 | ██ | 10:08:19 |
| 13 | ████████████ | 10:08:19 |
| 14 | ███ | 10:08:21 |
| 15 | ████████████ | 10:08:22 |
| 16 | ████████████████ | 10:08:36 |
| 17 | ██████████████ | 10:08:40 |
| 18 | ██████████ | 10:08:43 |
| 19 | ██ | 10:08:46 |
| 20 | ███████████████ | 10:08:49 |
| 21 | ██████ | 10:08:54 |
| 22 | ████ | 10:08:58 |
| 23 | ████████ | 10:09:01 |
| 24 | ████████████ | 10:09:02 |
| 25 | ████ | 10:09:10 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

53

| # | | Time |
|---|---|---|
| 1 | ████████████████ | 10:09:11 |
| 2 | ██████████████████████ | 10:09:14 |
| 3 | ██████████ | 10:09:17 |
| 4 | ████████████████████ | 10:09:19 |
| 5 | ████████████ | 10:09:21 |
| 6 | ██████████████████ | 10:09:23 |
| 7 | ████████████████████ | 10:09:26 |
| 8 | ██████████████████████ | 10:09:30 |
| 9 | ████████████ | 10:09:32 |
| 10 | ███ | 10:09:33 |
| 11 | ████████████████ | 10:09:34 |
| 12 | ████████████████████ | 10:09:45 |
| 13 | ██████████████████████ | 10:09:40 |
| 14 | █ | 10:09:44 |
| 15 | ██ | 10:09:44 |
| 16 | ████████████████████ | 10:09:45 |
| 17 | ████████ | 10:09:50 |
| 18 | ██████████████ | 10:09:51 |
| 19 | ██████████████████ | 10:10:10 |
| 20 | ████████████████████ | 10:10:13 |
| 21 | ██████████████████ | 10:10:16 |
| 22 | ██████████████████ | 10:10:20 |
| 23 | ██ | 10:10:23 |
| 24 | ██████████ | 10:10:23 |
| 25 | ████████████████████ | 10:10:29 |

Transcript of James Francis Lavine
Conducted on February 13, 2025

110

| | | |
|---|---|---|
| 1  | ■ | 12:01:00 |
| 2  | ■ | 12:01:00 |
| 3  | ■ | 12:01:02 |
| 4  | ■ | 12:01:07 |
| 5  | ■ | 12:01:07 |
| 6  | ■ | 12:01:14 |
| 7  | ■ | 12:01:16 |
| 8  | ■ | 12:01:20 |
| 9  | ■ | 12:01:25 |
| 10 | ■ | 12:01:27 |
| 11 | ■ | 12:01:29 |
| 12 | ■ | 12:01:32 |
| 13 | ■ | 12:01:36 |
| 14 | ■ | 12:01:37 |
| 15 | ■ | 12:01:41 |
| 16 | ■ | 12:01:44 |
| 17 | ■ | 12:01:47 |
| 18 | ■ | 12:01:50 |
| 19 | ■ | 12:01:54 |
| 20 | ■ | 12:01:59 |
| 21 | ■ | 12:02:01 |
| 22 | ■ | 12:02:02 |
| 23 | ■ | 12:02:02 |
| 24 | ■ | 12:02:03 |
| 25 | ■ | 12:02:17 |