# EXHIBIT 5

██████████████████████

# Sharon Strelitz

Computer Science Adjunct Faculty at Cabrillo College
Santa Cruz, California, United States

## Contact

www.linkedin.com/in/sharonstrelitz (LinkedIn)

## Top Skills

C++
C
Windows

## Summary

Android linux kernel drivers - packet filtering (since Jan. 2011)
Mobile Device Security  (since Jan. 2011)
9 years Windows network filter drivers development experience,  C, C++,  TDI,  Packet filtering
1 year Windows Professional Audio device driver development experience,  C/C++, COM interface
10 years product development experience from inception through delivery and support

Specialties: Android Linux and Windows device drivers development, Mobile Device Security, filter drivers, TDI network drivers,  traffic filters, professional audio device drivers

## Experience

**Cabrillo College**
Computer Science Adjunct Faculty
January 2017 - Present (8 years 3 months)
Aptos,  CA

**E-tech Academy Advisory Board (former Chair) - Watsonville High School**
Sr. Software Engineer
November 2010 - June 2017 (6 years 8 months)

Encouraging youth to consider tech as a career

**ItsOn Inc.**
Sr. Software Engineer
October 2009 - May 2012 (2 years 8 months)

Android linux kernel drivers - packet filtering (since Jan. 2011)
Mobile Device Security (since Jan. 2011)
Design and develop networking drivers on Windows using NDIS and WFP (Windows Filtering Platform).

WestCliff Software
Sr. Software Engineer, Freelance Consultant
February 2009 - October 2009 (9 months)

Juniper Networks
Sr. Software Engineer
April 2007 - January 2009 (1 year 10 months)

* Designed and developed NDIS intermediate driver and API package for WAN acceleration product on schedule with trouble free component integration.
* Responsible for WHQL driver signing. Signed 3 NDIS drivers on XP and VISTA 64 numerous times.
* C, C++, Windows XP, VISTA 32 and 64 Bit

Creative Technology Ltd. E-MU
Sr. Software Engineer
October 2005 - April 2007 (1 year 7 months)

* Design, develop and support Windows WDM Device Drivers for professional Audio Products used by musicians to record and mix their music.
* Firewire 1394 interface.
* I/O interfaces include: AC-3, S/PDIF, MIDI, Analog, Optical.
* Operating systems: Windows XP, VISTA and XP 64 bit
* Driver delivered on time and stable through product development.

Deterministic Networks, Inc.
Sr. Software Engineer
May 2000 - June 2005 (5 years 2 months)

Sr. Software Engineer - Networking QOS software.
* Designed, developed, documented and tested, TDI Windows shim for 98/NT/2K/XP. Drivers delivered successfully and on time.
* Lead Engineer on 2 major releases of Bandwidth Management Windows kernel driver. Design & develop packet scheduling and inspection algorithms.
* Layered Service Provider (Windows) developed for analysis of Winsock streams.
* SNMP client agent developed for Solaris.

University of California at Santa Cruz
Graduate Student - Networking Research
1997 - 2000 (3 years)

Graduate student in Networking Research Lab - Computer Science and Engineering

IBM
Programmer and Programming Manager
May 1980 - May 1997 (17 years 1 month)

* Lead Programmer on SQL Database financial application system using PL/1
* Lead Programmer on File Conversion programs in PL/1 on IBM Mainframe using MVS/TSO/JCL
* Architected then managed the design, development and installation of a heterogeneous, distributed Disk Head Manufacturing Shop Floor Control System.  System integrated and enhanced existing Series 1 and mainframe applications with new DB2 applications and a new PC LAN integrated with TV screens throughout the manufacturing floor.  System development spanned multiple engineerng departments and two years.  24x7 critical manufacturing system installed smoothly and successfully resulting in significant product yield improvements.

---

## Education

**University of California, Santa Cruz**
M.S. Computer Engineering, Networking · (1997 - 2000)

**University of California, Santa Cruz**
Bachelor's Degree, Mathematics · (1974 - 1979)