# EXHIBIT 6

```
                IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF TEXAS

                         MARSHALL DIVISION

--------------------------x

HEADWATER RESEARCH LLC,     :

             Plaintiff,     :

   v.                       :   Case No.:

T-MOBILE USA, INC. and      :   2:23-cv-00379-JRG-RSP

SPRINT CORP.,               :     (Lead Case)

             Defendants.    :

--------------------------x

HEADWATER RESEARCH LLC,     :

             Plaintiff,     :

   v.                       :   Case No.:

T-MOBILE USA, INC. and      :   2:23-cv-00377-JRG-RSP

SPRINT CORP.,               :     (Member Case

             Defendants.    :

--------------------------x

(Caption continued on next page)


         Video Deposition of ALIREZA RAISSINIA

                    Conducted Virtually

               Friday, February 14, 2025
```

| | | |
|---|---|---|
| 1 | interacted with Dr. Raleigh, the COO, the CTO, and | 13:15:07 |
| 2 | various engineers at ItsOn; is that correct? | 13:15:13 |
| 3 |     A    Correct. | 13:15:17 |
| 4 |     Q    Do you recall when, in 2010, you had, | 13:15:33 |
| 5 | essentially, stepped away from ItsOn and were | 13:15:36 |
| 6 | working exclusively at Headwater? | 13:15:40 |
| 7 |     A    I don't recall exactly when. | 13:15:45 |
| 8 |     Q    Would it have been sometime in 2010 | 13:15:47 |
| 9 | that you stepped back entirely from ItsOn and were | 13:15:48 |
| 10 | working exclusively at Headwater? | 13:15:53 |
| 11 |     A    I don't remember exact time. | 13:15:58 |
| 12 |     Q    Okay. | 13:16:00 |
| 13 |     A    It had to be, if I wrote it in my, you | 13:16:01 |
| 14 | know, LinkedIn, sometime there.  Must have been | 13:16:05 |
| 15 | then. | 13:16:09 |
| 16 |     Q    So your LinkedIn profile reflects that | 13:16:10 |
| 17 | sometime in 2010, you stepped back from your role | 13:16:15 |
| 18 | at ItsOn and began working exclusively at | 13:16:18 |
| 19 | Headwater, correct? | 13:16:21 |
| 20 |     A    Correct. | 13:16:22 |
| 21 |     Q    Sitting here today, you have no reason | 13:16:25 |
| 22 | to believe that timeline is inaccurate? | 13:16:26 |
| 23 |     A    I don't have a reason to believe that | 13:16:28 |
| 24 | it's inaccurate, no. | 13:16:29 |
| 25 |     Q    So as best as you know, sometime in | 13:16:31 |

| | | |
|---|---|---|
| 1 | watch technology, correct? | 17:17:56 |
| 2 | A    Correct. | 17:17:59 |
| 3 | Q    Is it fair to say that Headwater | 17:18:01 |
| 4 | patents were written to cover various ItsOn | 17:18:03 |
| 5 | technologies? | 17:18:06 |
| 6 | MR. MIRZAIE: Objection. Form. | 17:18:07 |
| 7 | A    ItsOn used Headwater technology. It | 17:18:14 |
| 8 | wasn't that Headwater created patents for ItsOn. | 17:18:16 |
| 9 | ItsOn used Headwater technology to develop product | 17:18:22 |
| 10 | and they had option to also create patents on | 17:18:26 |
| 11 | their own. | 17:18:32 |
| 12 | Q    And when ItsOn did create patents, | 17:18:33 |
| 13 | those patents were assigned to Headwater, correct? | 17:18:35 |
| 14 | A    I don't recall if that was the case. | 17:18:40 |
| 15 | Q    In any event, Headwater did not invent | 17:18:48 |
| 16 | any Samsung device or operating system technology, | 17:18:50 |
| 17 | correct? | 17:18:53 |
| 18 | MR. MIRZAIE: Objection. Form. | 17:18:54 |
| 19 | A    I don't have any recollection that it | 17:18:58 |
| 20 | did, no. | 17:18:59 |
| 21 | Q    Greg Raleigh was an executive at ItsOn | 17:19:05 |
| 22 | but did not work as an engineer at ItsOn, correct? | 17:19:07 |
| 23 | A    Correct. | 17:19:11 |
| 24 | Q    Greg Raleigh did not develop the ItsOn | 17:19:16 |
| 25 | technology that Headwater's patents were covering, | 17:19:17 |

```
 1   correct?                                                  17:19:20
 2           MR. MIRZAIE:  Objection.  Form.                   17:19:21
 3       A   You're talking about he, himself,                 17:19:24
 4   developing them?                                          17:19:26
 5       Q   He, himself, yes.                                 17:19:27
 6       A   No.  He didn't do that, no.  That's to            17:19:29
 7   my knowledge.  Unless he did it over the weekend.         17:19:34
 8   He did a lot of work, I know that for sure.               17:19:36
 9       Q   All right.  Let me just re-ask that               17:19:41
10   because there was a back-and-forth.                       17:19:43
11           Greg Raleigh did not develop the ItsOn            17:19:47
12   technology that Headwater's patents were covering,        17:19:49
13   correct?                                                  17:19:52
14           MR. MIRZAIE:  Objection.  Form.                   17:19:53
15       A   He didn't develop any ItsOn product, to           17:19:56
16   my knowledge, himself.                                    17:20:01
17       Q   You joined Headwater in, I think it's             17:20:07
18   December 2009.                                            17:20:10
19           Does that sound right?                            17:20:12
20       A   Sound right, yes.                                 17:20:15
21       Q   And I think you mentioned a moment ago,           17:20:18
22   after you joined Headwater in December 2009, you          17:20:22
23   worked with Greg Raleigh to file patent                   17:20:25
24   applications, correct?                                    17:20:28
25       A   Correct.                                          17:20:29
```