# EXHIBIT 7

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TEXAS
 3                    MARSHALL DIVISION
 4
   HEADWATER RESEARCH LLC,    )
 5                            )
        Plaintiff,            )
 6                            )
   VS                         ) Case No.
 7                            ) 2:23-CV-00641
   SAMSUNG ELECTRONICS CO.,   )
 8 LTD and SAMSUNG            )
   ELECTRONICS AMERICA, INC., )
 9                            )
        Defendants.           )
10
11        REMOTE VIDEOTAPED DEPOSITION OF
12                   JEFFREY GREEN
13                 February 22, 2025
14
15
16
17
18
19
20
21
22 Job No. 570052
23 Pages 1 - 99
24 Stenographically Reported by:
25 Susan S. Klinger, RMR-CRR, CSR
```

| | | |
|---|---|---|
| 1 | A  Not directly.  He reported indirectly. | 10:29:33 |
| 2 | Q  Could you explain that, please? | 10:29:41 |
| 3 | A  Yeah.  There was an individual called | 10:29:43 |
| 4 | Laurent Nguyen whose sort of team led and managed | 10:29:48 |
| 5 | the client, you know, handset team. | 10:29:53 |
| 6 | Q  Could you repeat that name one more time | 10:30:01 |
| 7 | for me? | 10:30:03 |
| 8 | A  Laurent Nguyen.  So L-a-u-r-e-n-t | 10:30:05 |
| 9 | N-g-u-y-e-n. | 10:30:14 |
| 10 | Q  So if I'm following correctly, then, | 10:30:14 |
| 11 | Mr. Phuong Nguyen was a member of the handset | 10:30:27 |
| 12 | engineering team? | 10:30:30 |
| 13 | A  Yes, correct. | 10:30:32 |
| 14 | Q  Would it surprise you if some of your | 10:30:33 |
| 15 | former colleagues at ItsOn described Mr. Phuong | 10:30:43 |
| 16 | Nguyen as a capable, competent and knowledgeable | 10:30:46 |
| 17 | software engineer? | 10:30:49 |
| 18 | A  It wouldn't surprise me if he was | 10:30:52 |
| 19 | described that way. | 10:30:54 |
| 20 | Q  Would you expect Mr. Nguyen to give honest | 10:30:57 |
| 21 | and truthful testimony in a deposition? | 10:31:01 |
| 22 | MR. KROEGER:  Object to form.  You can | 10:31:04 |
| 23 | answer. | 10:31:06 |
| 24 | A  I have no reason to believe he wouldn't | 10:31:06 |
| 25 | based on my interactions with him. | 10:31:11 |

| | | |
|---|---|---|
| 1 | record.  The time is 10:33. | 10:33:10 |
| 2 | (Recess, 10:33 to 10:34 a.m.) | 10:33:12 |
| 3 | VIDEOGRAPHER:  We are back on the record. | 10:34:22 |
| 4 | The time is 10:34. | 10:34:35 |
| 5 | Q  Mr. Lavine was on the engineering team; is | 10:34:37 |
| 6 | that correct? | 10:34:47 |
| 7 | A  Yes, he reported to me. | 10:34:47 |
| 8 | Q  Was Mr. Lavine on the handset or platform | 10:34:51 |
| 9 | side of the engineering team? | 10:34:57 |
| 10 | A  Neither.  He was, as I said, sort of | 10:34:59 |
| 11 | earlier he was responsible for working with the | 10:35:04 |
| 12 | carriers that we were engaged with and working | 10:35:07 |
| 13 | with the engineering team, so he was kind of like | 10:35:10 |
| 14 | the conduit. | 10:35:12 |
| 15 | Q  And did Mr. Lavine report directly to you? | 10:35:14 |
| 16 | A  He did. | 10:35:17 |
| 17 | Q  Would it surprise you if your former ItsOn | 10:35:18 |
| 18 | colleagues described Mr. Lavine as a capable, | 10:35:28 |
| 19 | competent and knowledgeable software engineer? | 10:35:32 |
| 20 | A  It would not surprise me. | 10:35:36 |
| 21 | Q  Was Mr. Lavine knowledgeable of | 10:35:37 |
| 22 | application programming interfaces? | 10:35:45 |
| 23 | A  Yes. | 10:35:47 |
| 24 | Q  Was Mr. Lavine knowledgeable with | 10:35:48 |
| 25 | measuring or tracking network usage data? | 10:35:53 |

| | | |
|---|---|---|
| 1 | 8,639,811 or the '811 patent. | 11:00:12 |
| 2 | Please let me know when you can see that. | 11:00:21 |
| 3 | MR. KROEGER: Steffen, we have been going | 11:00:32 |
| 4 | for about an hour. Would it be a good time for a | 11:00:34 |
| 5 | break sometime soon? | 11:00:37 |
| 6 | MR. LAKE: We can take a break now. | 11:00:38 |
| 7 | MR. KROEGER: 10 minutes? | 11:00:39 |
| 8 | MR. LAKE: Sounds great. | 11:00:40 |
| 9 | VIDEOGRAPHER: We are going off the | 11:00:42 |
| 10 | record. The time is 11:00 o'clock. | 11:00:43 |
| 11 | (Recess, 11:00 to 11:10 a.m.) | 11:00:45 |
| 12 | VIDEOGRAPHER: We are back on the record. | 11:09:34 |
| 13 | The time is 11:10. | 11:09:58 |
| 14 | Q  Mr. Green, do you have Exhibit 3, the copy | 11:10:01 |
| 15 | of U.S. Patent Number 8,639,811? | 11:10:08 |
| 16 | A  I do, yes. | 11:10:13 |
| 17 | Q  You are not a named inventor on this | 11:10:14 |
| 18 | patent; is that correct? | 11:10:19 |
| 19 | A  Correct. | 11:10:20 |
| 20 | Q  Have you reviewed the '811 patent prior to | 11:10:21 |
| 21 | today? | 11:10:26 |
| 22 | A  No, I have not. | 11:10:26 |
| 23 | Q  Please take the time if you need it, but | 11:10:28 |
| 24 | could you please briefly describe the invention | 11:10:34 |
| 25 | described in this patent? | 11:10:38 |

| | | |
|---|---|---|
| 1 | A   As far as I can tell from the limited | 11:10:40 |
| 2 | information on the abstract, my understanding is | 11:10:49 |
| 3 | that based on some level of user input would | 11:10:57 |
| 4 | determine a control policy on the wireless device | 11:11:05 |
| 5 | and that would control access to the -- the | 11:11:11 |
| 6 | wireless network and services. | 11:11:17 |
| 7 | Q   Did you work on control policies for | 11:11:22 |
| 8 | access to wireless network and services that were | 11:11:43 |
| 9 | based on user input? | 11:11:46 |
| 10 | A   Yes. | 11:11:48 |
| 11 | Q   Who else on the engineering teams at ItsOn | 11:11:51 |
| 12 | would have worked on control policies for | 11:11:56 |
| 13 | controlling access to the wireless network and | 11:12:02 |
| 14 | services based on user input? | 11:12:04 |
| 15 | A   That part of the client handset software | 11:12:06 |
| 16 | would have been worked on by most likely Laurent, | 11:12:13 |
| 17 | James and Nathan, and that is James Fitzgerald. | 11:12:20 |
| 18 | Q   Would anyone from the platform or server | 11:12:32 |
| 19 | side of the engineering team have contributed to | 11:12:36 |
| 20 | this invention? | 11:12:39 |
| 21 | A   I don't think so directly, no. | 11:12:40 |
| 22 | Q   Did anyone other than Laurent, James | 11:12:47 |
| 23 | Fitzgerald or Nathan Huntsberger contribute to the | 11:13:01 |
| 24 | invention described in this patent? | 11:13:05 |
| 25 | MR. KROEGER:  Object to form. | 11:13:11 |

Transcript of Jeffrey Green
Conducted on February 22, 2025                             44

| | | |
|---|---|---|
| 1 | A    That is correct. | 11:17:22 |
| 2 | Q    Have you reviewed the '359 patent prior to | 11:17:24 |
| 3 | today? | 11:17:29 |
| 4 | A    I have not, no. | 11:17:29 |
| 5 | Q    Could you briefly describe the invention | 11:17:31 |
| 6 | being described in this patent, the '359 patent? | 11:17:38 |
| 7 |         MR. KROEGER:  Object to form.  You can | 11:17:45 |
| 8 | answer. | 11:17:46 |
| 9 | A    Just give me a second, I'm reading the | 11:17:46 |
| 10 | abstract.  (Reviewing document.) | 11:17:49 |
| 11 |         It is describing how a policy can be | 11:18:16 |
| 12 | applied to a wireless circular network and wide | 11:18:17 |
| 13 | area network.  Specifically it looks like more of | 11:18:28 |
| 14 | the wide area network. | 11:18:30 |
| 15 | Q    Did you contribute to work regarding how | 11:18:34 |
| 16 | policies could be applied specifically to wireless | 11:18:53 |
| 17 | wide area networks? | 11:18:56 |
| 18 | A    In terms of the types of policies, | 11:18:59 |
| 19 | probably.  I don't recall exact specifics. | 11:19:14 |
| 20 | Q    Who in the ItsOn engineering teams would | 11:19:19 |
| 21 | have contributed to work regarding how policies | 11:19:30 |
| 22 | could be applied specifically to wireless wide | 11:19:33 |
| 23 | area networks? | 11:19:35 |
| 24 | A    It would be the same set of folks that I | 11:19:36 |
| 25 | mentioned earlier, Phuong, Nathan, maybe James | 11:19:47 |

| | | |
|---|---|---|
| 1 | Fitzgerald.  They would have contributed to some | 11:19:55 |
| 2 | of the coding around that. | 11:20:00 |
| 3 | Q  Was Mr. Lavine involved in working on | 11:20:32 |
| 4 | policies that could be applied specifically to | 11: 0:36 |
| 5 | wireless wide area networks? | 11:20:39 |
| 6 | A  He could have been, yes. | 11:20:43 |
| 7 | Q  What would the nature of his work have | 11:20:46 |
| 8 | been with regards to network policies affecting | 11:20:55 |
| 9 | wireless wide area networks? | 11:20:59 |
| 10 | A  Jim may have been involved in some of the | 11:21:03 |
| 11 | design work around it.  He wasn't hands on with | 11:21:05 |
| 12 | the keyboard coding, but he may have been involved | 11:21:10 |
| 13 | in the design thereof. | 11:21:14 |
| 14 | Q  Would Alireza Raissinia have been involved | 11:21:16 |
| 15 | in work with network policies affecting work | 11:21:27 |
| 16 | involving wireless wide area networks? | 11:21:29 |
| 17 | A  He may have been, I don't recall.  Ali | 11:21:32 |
| 18 | wasn't with ItsOn -- I don't think we overlapped | 11:21:40 |
| 19 | very long at all if I recall correctly. | 11:21:43 |
| 20 | Q  I'm sending in the chat function what will | 11:21:45 |
| 21 | be marked as Exhibit Number 5. | 11:22:01 |
| 22 | (Exhibit 5 marked.) | 11:22:02 |
| 23 | Q  This is a copy of U.S. Patent Number | 11:22:03 |
| 24 | 9,647,918, which I may refer to as the '918 | 11:22:08 |
| 25 | patent. | 11:22:13 |