# EXHIBIT 8

████████████████████████

| | |
|---|---|
| **From:** | Paul Kroeger <pkroeger@raklaw.com> |
| **Sent:** | Monday, March 3, 2025 2:46 PM |
| **To:** | Ashley Bolt |
| **Cc:** | Nick Gallo; rak_headwater@raklaw.com; [SERVICE FR] Samsung-Headwater |
| **Subject:** | Re: Headwater Research LLC v. Samsung Electronics America, Inc. et al (Case No: 2:23-cv-641) |

[This email originated outside of F&R.]

Ashley,

We oppose Samsung's proposed amendment as futile because it has no basis in fact or law.

Please let us know if you wish to discuss, otherwise we can deem the meet and confer completed.

Thanks,

Paul Kroeger
(213) 864-5532
pkroeger@raklaw.com

> On Mar 3, 2025, at 2:19 PM, Ashley Bolt <bolt@fr.com> wrote:
>
> Counsel,
>
> We need to meet and confer on this issue so that Samsung may seek appropriate relief. I will open the following link **tomorrow, March 4, at 12:30pm ET and again at 3pm ET**: https://fish.zoom.com/j/4048797229. If there is another time that works better, we are happy to consider it. If Headwater does not join and does not otherwise respond, we will note in the motion that Headwater failed to engage in the meet and confer process.
>
> Regards,
> Ashley
>
> ### Ashley A Bolt
> Principal ■ Fish & Richardson P.C.
>
> **M:** 256 335 9252 | bolt@fr.com
>
> ---
>
> **From:** Ashley Bolt <bolt@fr.com>
> **Sent:** Thursday, February 27, 2025 4:41 PM

1

**To:** Nick Gallo <gallo@fr.com>; rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Subject:** RE: Headwater Research LLC v. Samsung Electronics America, Inc. et al (Case No: 2:23-cv-641)

Counsel,

We have not heard back in response to Nick Gallo's email below, which requested a response by Wednesday, February 26. Please promptly provide Headwater's position or let us know your available times to meet and confer tomorrow, February 28.

Regards,
Ashley

## Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Nick Gallo <gallo@fr.com>
**Sent:** Monday, February 24, 2025 10:05 PM
**To:** rak_headwater@raklaw.com
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Subject:** Headwater Research LLC v. Samsung Electronics America, Inc. et al (Case No: 2:23-cv-641)

Counsel,

Samsung intends to file an amended answer raising an additional defense of improper inventorship. Samsung's basis for this amendment is new deposition testimony from Messrs. Lavine, Nguyen, Raissina, and Green regarding the inventorship of one or more of the asserted patents which revealed information previously unknown to Samsung prior to these depositions. As a courtesy, Samsung's contemplated Second Amended Answer is attached for your consideration. Please let us know by Wednesday, February 26th whether you oppose Samsung's amendment.

Regards,
Nick

## Nicholas A. Gallo

Associate ■ Fish & Richardson P.C.

**M:** 919 995 2134 | gallo@fr.com

```
***********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
***********************************************************************************
**************************************
```