IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS
AND EXHIBIT PAGE LIMITS ON A MOTION TO COMPEL DISCOVERY
REGARDING STANDING AND REAL PARTY IN INTEREST**

Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. ("Samsung") respectfully submit this motion to exceed page limits on its Motion to Compel Discovery Regarding Standing and Real Party in Interest, filed concurrently herewith. Samsung has conferred with Plaintiff Headwater Research LLC ("HWR"), who does not oppose this request.

Samsung seeks to exceed:

- The seven (7) page limit for discovery motions by two (2) pages, such that its motion to compel will be nine (9) pages total.

- The five (5) page limit for discovery motion exhibits by ninety-three (93) pages, such that the number of exhibits will be thirty (30) total.

Good cause exists for this request. Samsung's Motion to Compel seeks discovery regarding HWR's standing and RPI. This Motion is factually dense, setting forth the many corporate machinations ultimately culminating in the current shell plaintiff, HWR. Samsung seeks a modest two extra pages to (concisely) outline these facts for the Court's benefit and consideration. Further,

1

Samsung's motion is supported by/based on many state Secretary of State and tax filings, discovery requests/responses, privilege log entries, and correspondence between the parties. Samsung seeks to exceed the exhibit page limit to provide the Court with the relevant portions of these documents underlying this dispute.

| **Exhibit** | **Description** |
|---|---|
| 1. | Texas Form 308, HWR Application for Registration, dated July 17, 2018 |
| 2. | Excerpts from HWR's Second Amended Privilege Log, dated February 7, 2024 |
| 3. | HWR's 2022 Texas Franchise Tax report, dated March 24, 2022 |
| 4. | Texas Form 304, HWI's Application for Registration of a Foreign LLC, dated May 24, 2022 |
| 5. | HWI's California Registration of an Out-of-State LLC, dated April 13, 2022 |
| 6. | HWI's Delaware Certificate of Formation of an LLC, dated April 6, 2022 |
| 7. | HW Inv. I's Delaware Certificate of Formation of an LLC, dated April 7, 2022 |
| 8. | HW Inv. I's California Registration of an Out-of-State LLC, dated April 13, 2022 |
| 9. | IMP's California Articles of Organization of an LLC (dated May 16, 2022) and California Statement of Information of an LLC (dated December 4, 2023) |
| 10. | HWR Merger Sub's Delaware Certificate of Formation (dated May 24, 2022) and Certificate of Merger merging with and into HWR (dated June 21, 2022) |
| 11. | HWR's Delaware Certificate of Merger merging HERO Merger Sub with and into HWR (dated June 21, 2022); HWR's Delaware Certificate of Merger merging HWR Merger Sub with and into HWR (dated June 21, 2022); and HWR's Certificate of Conversion from a Delaware LLC to a Non-Delaware Entity (dated September 29, 2022) |
| 12. | HW Inv. II's Delaware Certificate of Formation, dated May 25, 2022 |
| 13. | HWR's Texas Certificate of Conversion, dated September 15, 2022 |
| 14. | HWI's 2023 Texas Franchise public tax filing |
| 15. | HWI's 2024 Texas Franchise public tax filing |
| 16. | HWR's 2023 Texas Franchise public tax filing |
| 17. | HWR's 2024 Texas Franchise public tax filing |
| 18. | Excerpts from HWR's Objections and Responses to Defendants' First Set of Requests for Admission, dated February 28, 2025 |
| 19. | IPR2023-01362 Patent Owner's Power of Attorney |
| 20. | Excerpts from Trial Transcript, dated January 17, 2025, from *HW1* (cover page mistakenly says January 16) |
| 21. | Email correspondence between Counsel, dated January 3 through January 20, 2025 |
| 22. | Email correspondence between Counsel, dated January 22 through January 28, 2025 |
| 23. | Email correspondence between Counsel, dated January 31 through February 4, 2025 |
| 24. | Email correspondence between Counsel, dated February 7 through March 10, 2025 |
| 25. | Excerpts from Headwater's Objections and Responses to Defendants' Second Set of Interrogatories, dated February 28, 2025 |
| 26. | Correspondence from Defendants' Counsel, dated March 3, 2025 |

| Exhibit | Description |
|---|---|
| 27. | Email correspondence between Counsel, dated March 12 through March 18, 2025 |
| 28. | Excerpts from the June 14, 2024 Deposition Transcript of Gregory Raleigh, from *HW2* |
| 29. | Excerpts from the March 7, 2024 Deposition Transcript of Gregory Raleigh, from *HW1* |
| 30. | Graphic timeline of events |

Dated: March 21, 2025

Respectfully submitted,

By: */s/ Thad C. Kodish*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Steffen C. Lake
GA Bar No. 512272
lake@fr.com
Ashley A. Bolt
GA Bar No. 231197
bolt@fr.com
**FISH & RICHARDSON P.C.**

        1180 Peachtree St. NE, Fl. 21
        Atlanta, GA 30309
        Telephone: (404) 892-5005

        Melissa R. Smith
        State Bar No. 24001351
        Melissa@gillamsmithlaw.com
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450

        Harry L. Gillam, Jr.
        State Bar No. 07921800
        **GILLAM & SMITH, LLP**
        102 N. College, Ste. 800
        Tyler, Texas 75702
        Telephone: (903) 934-8450

        Jon Hyland
        Texas Bar No. 24046131
        jhyland@hilgersgraben.com
        Grant K. Schmidt
        Texas Bar No. 24084579
        gschmidt@hilgersgraben.com
        **HILGERS GRABEN PLLC**
        7859 Walnut Hill Lane, Suite 335
        Dallas, Texas 75230
        Telephone: (972) 645-3097

        **ATTORNEYS FOR DEFENDANTS**
        **SAMSUNG ELECTRONICS CO., LTD. AND**
        **SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion.

*/s/ Thad C. Kodish*
Thad C. Kodish

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 21, 2025.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Thad C. Kodish*
Thad C. Kodish
