# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS AND EXHIBIT PAGE LIMITS ON A MOTION TO COMPEL DISCOVERY REGARDING STANDING AND REAL PARTY IN INTEREST

Before the Court is the Motion of Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. to exceed page limits and exhibit page limits on its Motion to Compel Discovery Regarding Standing and Real Party in Interest. Having considered the matter, and for good cause shown, the Court **GRANTS** this motion.

IT IS THEREFORE ORDERED that Samsung has the right to file its Motion to Compel Discovery Regarding Standing and Real Party in Interest not to exceed nine (9) pages, with exhibits not to exceed ninety eight (98) pages.