# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |

## ORDER

The Court issues this Order *sua sponte*. Samsung has recently filed two Motions to Compel. Dkt. Nos. 83, 85. The Court has scheduled a hearing regarding other discovery disputes for April 3, 2025. The Court intends to hear argument regarding these motions at that hearing as well.

Therefore, it is **ORDERED** that Headwater's deadline to file a response to these Motions is April 1, 2025.

**SIGNED this 22nd day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE