IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |

**ORDER**

Before the Court is the Samsung Defendants' Unopposed Motion to Exceed Page Limits and Exhibit Page Limits on a Motion to Compel Discovery Regarding Standing and Real Party in Interest. **Dkt. No. 84.** After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Samsung has leave to exceed the page limit for discovery motions by two pages, and leave to exceed the exhibit page limit by 93 pages.

**SIGNED this 22nd day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE