# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00641-JRG-RSP  **JURY TRIAL DEMANDED** |

## DECLARATION OF PAUL KROEGER IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO DEFENDANTS' OPPOSED MOTION TO AMEND ITS ANSWER TO ADD AN IMPROPER INVENTORSHIP DEFENSE

I, Paul Kroeger, declare and state as follows:

1.  I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Response to Samsung's Opposed Motion to Amend its Answer to Add an Improper Inventorship Defense. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.  Attached as Exhibit A is a true and correct copy of excerpts of the February 7, 2025 deposition transcript of Vien-Phuong Nguyen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2025, at Los Angeles, California.

*/s/ Paul Kroeger*
Paul Kroeger

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                                                      */s/ Paul Kroeger*
                                                      Paul Kroeger