# Exhibit A



# Transcript of Vien-Phuong Nguyen

**Date:** February 7, 2025
**Case:** Headwater Research LLC -v- Samsung Electronics Co, Ltd, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1                UNITED STATES DISTRICT COURT

 2          EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

 3

 4
    HEADWATER RESEARCH LLC,          :
 5                                   :
                   Plaintiff,        :
 6                                   :
          vs.                        : Case No.
 7                                   : 2:23-CV-00641
    SAMSUNG ELECTRONICS, CO., LTD,   :
 8  et al.,                          :
                                     :
 9                 Defendants.       :
    _____x
10

11

12

13
         VIDEOTAPED DEPOSITION OF VIEN-PHUONG NGUYEN
14
                  Via Zoom Videoconference
15
                  Friday, February 7, 2025
16

17

18

19

20

21

22  Stenographically Reported by:
    JUSTYNE N. JOHNSON
23  RPR, CSR. No. 14301

24  Job No. 570342

25  Pages 1-118
```

1
2
3      The Deposition of VIEN-PHUONG NGUYEN, was taken on
4  behalf of Defendants, all parties appearing remotely via
5  Zoom videoconference, beginning at 1:04 p.m., Pacific
6  time, on February 7, 2025, before JUSTYNE JOHNSON, RPR,
7  Certified Shorthand Reporter No. 14301.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1    APPEARANCES:
2
3      FOR PLAINTIFF
4          RUSS, AUGUST & KABAT LAW
5          BY:  PAUL KROEGER, ESQ.
6          Attorney at Law
7          12424 Wilsire Boulevard
8          12th Floor
9          Los Angeles, California 90025
10         Pkroeger@raklaw.com
11
12
13     FOR DEFENDANTS
14         FISH & RICHARDSON
15         BY:  CHRISTOPHER GREEN, ESQ.
16         Attorney at Law
17         1180 Peachtree Street NE
18         21st Floor
19         Atlanta, Georgia 30309
20         Cgreen@fr.com
21
22     Also Present:
23         Daniel Esparza, Videographer
24         Tae Hong
25         Kevin Collareno
```

1  APPEARANCES (Continued):
2
3    Also Present:
4        Jared Hartzman
5        Jason Wietholter
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1                          INDEX
2   WITNESS                                    EXAMINATION
3     VIEN-PHUONG NGUYEN
4              BY MR. GREEN........................8
5              BY MR. KROEGER...................106
6              BY MR. GREEN.....................113
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                    EXHIBITS

EXHIBIT         DESCRIPTION                      PAGE

EXHIBIT 1       Patent 8,588,110                 22

EXHIBIT 2       Patent 8,639,811                 24

EXHIBIT 3       Patent 9,179,359                 25

EXHIBIT 4       Patent 9,647,918                 26
```

1  light of the ItsOn software?  15:37:07
2  　　A　　I guess that's my interpretation since I -- I map  15:37:09
3  it exactly by how we built the software.  Because I -- I  15:37:12
4  understand, you know, that part -- that interpretation the  15:37:15
5  best.  15:37:18
6  　　Q　　Okay.  But, for instance, if an expert were to  15:37:18
7  testify in court that there would be another way to meet  15:37:21
8  the claim limitations, you wouldn't have any way to  15:37:23
9  dispute that; right?  15:37:26
10 　　MR. GREEN:  Objection.  Leading.  And lacks  15:37:28
11 foundation.  15:37:30
12 BY MR. KROEGER:  15:37:36
13 　　Q　　You can answer.  15:37:36
14 　　A　　I'm sure there's plenty of people that are  15:37:38
15 smarter than me, so...  15:37:40
16 　　Q　　And so if -- and so it's possible there might be  15:37:41
17 another way to interpret the claims and -- than -- than  15:37:44
18 how you testified earlier; correct?  15:37:47
19 　　A　　Sure.  Certainly.  15:37:49
20 　　Q　　And you were asked a lot of questions about the  15:37:52
21 ideas in the '918 patent.  The '918 patent is 118 pages;  15:37:55
22 correct?  15:38:03
23 　　A　　I would -- yeah.  118 page, yes.  15:38:05
24 　　Q　　And has -- if we look at the -- page 117, it has  15:38:09
25 128 columns of specification; correct?  15:38:13

| | | |
|---|---|---|
| 1 | A   That's correct. | 15:38:16 |
| 2 | Q   And is it true that you have not read all 128 | 15:38:17 |
| 3 | columns of the specification? | 15:38:21 |
| 4 | A   I only read what we were pointed to today. | 15:38:23 |
| 5 | Q   Okay.  And so is it fair to say that you are not | 15:38:27 |
| 6 | fully aware of all of the ideas that are in the '918 | 15:38:32 |
| 7 | patent? | 15:38:36 |
| 8 | MR. GREEN:  Objection.  Leading.  Calls for a legal | 15:38:36 |
| 9 | conclusion. | 15:38:39 |
| 10 | BY MR. KROEGER: | 15:38:39 |
| 11 | Q   And this is what -- are you aware of all of the | 15:38:40 |
| 12 | ideas that are in the '918 patent? | 15:38:43 |
| 13 | MR. GREEN:  Objection.  Leading. | 15:38:45 |
| 14 | THE WITNESS:  I don't know what the remaining parts | 15:38:49 |
| 15 | say because I haven't read it. | 15:38:52 |
| 16 | BY MR. KROEGER: | 15:38:53 |
| 17 | Q   Okay.  And when you were talking about the ideas | 15:38:53 |
| 18 | in the '918 patent, were you comparing it to your memories | 15:38:56 |
| 19 | of the ItsOn software? | 15:39:00 |
| 20 | A   Yes. | 15:39:01 |
| 21 | Q   And if there are differences between the ideas in | 15:39:02 |
| 22 | the '918 patent and the ItsOn software, do you know | 15:39:06 |
| 23 | what -- what those are, sitting here today? | 15:39:10 |
| 24 | MR. GREEN:  Objection.  Leading.  Calls for a legal | 15:39:11 |
| 25 | conclusion. | 15:39:19 |

1    THE WITNESS:  I mean, it's -- it's a loose mapping    15:39:19
2    between what was written there and, you know, what we    15:39:22
3    built.  So I -- I can't describe what we built in exact    15:39:25
4    detail, but I can only make a fuzzy mapping to what was    15:39:28
5    written here.    15:39:32
6    BY MR. KROEGER:    15:39:35
7         Q    And I think you agreed with Mr. Green that the    15:39:35
8    Android operating system changes over time; correct?    15:39:39
9         A    Yes.    15:39:43
10        Q    And have you done -- and you've not done any    15:39:45
11   analysis as to whether the Android operating system as it    15:39:48
12   exists today uses any of the claims of the '918 patent;    15:39:52
13   correct?    15:39:57
14        A    I haven't looked at the Android OS internal since    15:39:57
15   I left ItsOn because my new role operate in an entirely    15:40:02
16   different space.    15:40:05
17        Q    Do you know if -- and what is an "APK"?    15:40:10
18        A    Application package -- what's the case network?    15:40:14
19   I forgot.  Application package something.    15:40:19
20        Q    Okay.  And what is an APK used for typically?    15:40:20
21        A    So -- to package an app so that it can be    15:40:24
22   distributed typically to Google -- Google Play Store.    15:40:27
23        Q    Did ItsOn have an APK?    15:40:32
24        A    It has as a -- so there are many component to the    15:40:35
25   client-side software.  There are the part that I work on    15:40:40

| | | |
|---|---|---|
| 1 | heavily, which is the part integrated with OS itself.  So | 15:40:46 |
| 2 | those are big unto device itself.  But we also have an | 15:40:49 |
| 3 | APK, which is kind of like the user-facing agent, where | 15:40:53 |
| 4 | the user can interact with the software, that can push its | 15:40:56 |
| 5 | plan, they can look at account.  So that is an APK that's | 15:40:59 |
| 6 | shipped through the Play store.  Because that part, we | 15:41:04 |
| 7 | want to be in update regularly. | 15:41:06 |
| 8 | Q  Do you know if Samsung ever gained access to the | 15:41:07 |
| 9 | ItsOn APK? | 15:41:12 |
| 10 | MR. GREEN:  Objection.  Leading. | 15:41:12 |
| 11 | THE WITNESS:  I don't know what that referring to or | 15:41:16 |
| 12 | which level because we always provide all the software to | 15:41:18 |
| 13 | be -- for testing prior to any device release or major | 15:41:22 |
| 14 | update. | 15:41:26 |
| 15 | BY MR. KROEGER: | 15:41:26 |
| 16 | Q  Is there any reason -- so when you were at ItsOn, | 15:41:29 |
| 17 | you worked with Samsung; correct? | 15:41:33 |
| 18 | A  Yes.  I work -- | 15:41:35 |
| 19 | MR. GREEN:  Objection.  Leading. | 15:41:36 |
| 20 | BY MR. KROEGER: | 15:41:39 |
| 21 | Q  Did you work with Samsung while you worked at | 15:41:39 |
| 22 | ItsOn? | 15:41:41 |
| 23 | A  Yeah.  I work with the Samsung engineer mostly | 15:41:41 |
| 24 | for testing and, you know, fixing issues that come up. | 15:41:44 |
| 25 | Q  And as -- as far as you're aware, is there any | 15:41:47 |

```
                          )
STATE OF CALIFORNIA       )
                          )
```

CERTIFICATE OF REPORTER

I, JUSTYNE N. JOHNSON, do hereby certify that the witness in the foregoing deposition was by me duly affirmed to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me and was thereafter transcribed under my direction and supervision; that the foregoing is a full, complete and true record of said testimony; that the witness was given an opportunity to read and, if necessary, correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of the cause named in said caption.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of February, 2025.

_____*Justyne Johnson*_____
JUSTYNE N. JOHNSON, CSR NO. 14301