# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:23-cv-00641-JRG-RSP |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

### ORDER DENYING SAMSUNG'S OPPOSED MOTION TO AMEND ITS ANSWER TO ADD AN IMPROPER INVENTORSHIP DEFENSE

Before the Court is the Samsung Defendants' Opposed Motion to Amend its Answer to Add an Improper Inventorship Sefense. The Court, having considered the motion, is of the opinion that the motion should be DENIED.