IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00641-JRG-RSP **JURY TRIAL DEMANDED** |

### HEADWATER'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS AND EXHIBIT PAGE LIMITS AND TO EXCUSE LATE FILING FOR ITS OPPOSITION (DKT. 93) TO SAMSUNG'S MOTION TO COMPEL DISCOVERY REGARDING STANDING AND REAL PARTY IN INTEREST

Plaintiff Headwater Research LLC ("Headwater") submits this unopposed motion to exceed page limits and exhibit page limits and to excuse late filing for Headwater's Opposition (Dkt. 93) to Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.'s ("Samsung") Motion to Compel Discovery Regarding Standing and Real Party in Interest. Headwater has conferred with Samsung, who does not oppose this motion or the requested relief.

Headwater seeks to:

- exceed the seven-page limit for discovery motion briefing by two pages, such that its opposition is allowed to be nine pages total;

- exceed the five-page limit for exhibits to discovery motion briefing by ten pages, such its opposition exhibits are allowed to be fifteen pages total; and

- excuse the late filing of its opposition (several hours late at 4:43 AM CDT), such that the opposition will be deemed timely filed.

Headwater believes these requests are supported by good cause and would be in the interest of justice. As to page limits, the parties agreed to a mutual, modest two-page extension on the motion to compel (Dkt. 85) and opposition (Dkt. 93). Headwater relied on the parties' agreement and submitted a nine-page opposition to fully and fairly respond to Samsung's nine-page motion. For similar reasons, allowing Headwater a reciprocal extension on the page limit for exhibits is warranted. Headwater submitted only three exhibits totaling fifteen pages. The exhibits are excerpts of deposition testimony and interrogatory responses and were submitted as full-page versions to make them easier to read.

As to the late filing, the Court set an expedited deadline for Headwater's opposition of April 1, 2025 (Dkt. 87). Headwater regrets that the opposition was filed several hours late at 4:43 AM CDT on April 2, 2025. Headwater's counsel had unexpected scheduling conflicts (including travel delays on April 1, 2025) that interfered with their ability to timely file the opposition. Since the opposition was filed before the start of business hours on April 2, 2025, Headwater respectfully submits that excusing the late filing would be in the interest of justice.

Dated: April 2, 2025                    /s/ Marc Fenster

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740

Email: ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James A. Milkey
CA State Bar No. 281283
Email: jmilkey@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF CONFERENCE

Counsel for Headwater and counsel for Samsung have met and conferred in compliance with Local Rule CV-7(h). Samsung does not oppose this motion or the requested relief.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster