# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING HEADWATER'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS AND EXHIBIT PAGE LIMITS AND TO EXCUSE LATE FILING FOR ITS OPPOSITION (DKT. 93) TO SAMSUNG'S MOTION TO COMPEL DISCOVERY REGARDING STANDING AND REAL PARTY IN INTEREST**

Before the Court is Plaintiff Headwater Research LLC's ("Headwater") unopposed motion to exceed page limits and exhibit page limits and to excuse late filing for Headwater's Opposition (Dkt. 93) to Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.'s Motion to Compel Discovery Regarding Standing and Real Party in Interest. Having considered the matter, and for good cause shown, the Court **GRANTS** this motion.

IT IS THEREFORE ORDERED that Headwater's Opposition (Dkt. 93) is allowed a page-limit of nine pages and an exhibit page-limit of fifteen pages and is deemed timely filed.