# EXHIBIT 2

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,       (   CAUSE NO. 22:2-CV-422-JRG
                                )
        Plaintiff,              (
                                )
vs.                             (
                                )
SAMSUNG ELECTRONICS CO., LTD.,  (
et al.,                         )   MARSHALL, TEXAS
                                (   JANUARY 13, 2025
        Defendants.             )   9:00 A.M.
_____


                            VOLUME 1

_____

                       TRIAL ON THE MERITS


            BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                          and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                              LOS ANGELES
 3                            12424 WILSHIRE BOULEVARD
                              12TH FLOOR
 4                            LOS ANGELES, CA 90025
                              (310) 826-7474
 5                            BY: MR. MARC FENSTER
                                  MR. REZA MIRZAIE
 6                                MR. BRIAN LEDAHL
                                  MR. JASON WIETHOLTER
 7
                              JAMES N. PICKENS
 8                            ATTORNEY At LAW
                              1104 NW 88TH WAY
 9                            PLANTATION, FLORIDA  33322
                              (954) 637-2393
10
                              MILLER FAIR HENRY, PLLC
11                            1507 BILL OWENS PARKWAY
                              LONGVIEW, TEXAS  75604
12                            (903) 757-6400
                              BY:  MS. ANDREA FAIR
13
        FOR THE DEFENDANTS:   FISH & RICHARDSON PC - ATLANTA
14                            1180 PEACHTREE STREET NE
                              21ST Floor
15                            ATLANTA, GEORGIA  30309
                              (404) 724-2792
16                            BY:  MR. THAD KODISH

17                            FISH & RICHARDSON, PC -
                              WASHINGTON, DC
18                            1000 MAINE AVE., SW
                              SUITE 1000
19                            WASHINGTON, DC 20024
                              (202) 783-5070
20                            BY:  MR. MICHAEL McKEON

21                            GILLAM & SMITH, LLP
                              303 SOUTH WASHINGTON AVENUE
22                            MARSHALL, TEXAS  75670
                              (903) 934-8450
23                            BY:  MS. MELISSA SMITH

24      OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                              100 E. HOUSTON STREET
25                            MARSHALL, TEXAS  75670
                              (903) 923-8546
```

# INDEX

**EXAMINATION**

| Witness Name | Page |
|---|---|
| GREG RALEIGH, PH.D. | |
|     Direct By MS. FAIR | 174 |
|     Cross By MS. SMITH | 226 |
|     Redirect By MS. FAIR | 275 |

|  |  |  |
|---|---|---|
|  | 1 | A.   It looks like a presentation or something from some |
|  | 2 | point. |
|  | 3 | Q.   Actually I believe it's your website. |
|  | 4 | A.   Okay. |
|  | 5 | Q.   I've had an opportunity to Google Headwater yesterday |
|  | 6 | when I was preparing for this conversation.  Does that look |
|  | 7 | like your website? |
|  | 8 | A.   Yes, ma'am.  It's been a while since I looked at it. |
| 04:34 | 9 | Q.   Okay.  All right.  And when you take a look at your |
|  | 10 | website, we see, "Headwater is a focused team of highly |
|  | 11 | experienced engineers, scientists, technologists, dedicated to |
|  | 12 | inventing and developing significant technological |
|  | 13 | breakthroughs." |
|  | 14 |      Do you see that, sir? |
|  | 15 | A.   I do. |
|  | 16 | Q.   But the reality -- stepping aside from what you're |
|  | 17 | representing to the public, the world, the reality is it's you |
|  | 18 | and an office manager.  Correct? |
|  | 19 | A.   No, ma'am. |
| 04:35 | 20 | Q.   Operations manager.  I apologize.  Two employees. |
|  | 21 | Correct? |
|  | 22 | A.   Yes, two employees. |
|  | 23 | Q.   Okay.  And the operations are trying to get people to use |
|  | 24 | your patent.  Correct? |
|  | 25 | A.   That's not the whole story, ma'am. |

```
04:35   1   Q.   Well, you've got two employees at Headwater, Doctor.  One
        2   of them's an operations manager, and you told this jury that
        3   your main focus now is licensing.  Correct?
        4   A.   Yes, ma'am.
        5   Q.   All right.
        6   A.   That's our business model.
        7   Q.   All right.
        8              MS. SMITH:  You can take that slide down.
        9   Q.   (BY MS. SMITH)  Now, you founded Headwater back in
       10   California.  Correct?
       11   A.   Yes, ma'am; originally.
       12   Q.   Okay.  Originally.  But before suing Samsung in 2022, you
       13   rented a few rooms in Tyler, Texas.  Correct?
       14   A.   We moved a long time ago, ma'am, yes.
04:35  15   Q.   Was a long time ago before you sued Samsung in Texas?
       16   A.   Yes, ma'am.
       17   Q.   All right.  And you work there sometimes.  Fair?
       18   A.   Yes.
       19   Q.   A few times a year?
       20   A.   Something like that, ma'am.
       21   Q.   Well, you certainly -- you don't own a home in Texas
       22   currently, do you, sir?  Doctor.
       23   A.   No, ma'am.
       24   Q.   And you've never owned a home in Texas.  Correct?
       25   A.   No, ma'am.
```