# EXHIBIT 3

UNITED STATES
PATENT AND TRADEMARK OFFICE
uspto



# PTAB Trial Statistics
# FY24 End of Year Outcome Roundup
# IPR, PGR

Patent Trial and Appeal Board
Fiscal Year 2024



# Petitions filed by trial type

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

IPR
1,250
97%
1,288
Total
PGR
38
3%

Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).

uspto

# Petitions filed by technology

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

uspto



# Petitions filed by month
## (September 2024 and Prior 12 Months: Sept. 1, 2023 to Sept. 30, 2024)

# Institution rates by petition

## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)

# Institution rates by patent

## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)

Instituted
Denied
by Patent
64%
66%
69%
72%
74%
567
320
645
338
661
295
648
255
650
229
FY20
FY21
FY22
FY23
FY24
uspto

# Institution rates by technology

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.

# Settlements

## (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)

Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.

uspto®

# Outcomes by petition

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.

# Outcomes by patent

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.

# Outcomes by claim challenged

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

uspto®

# Claim outcomes

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

20,000
15,000
10,000
5,000
0
Claims in the Patents
24,483
Not Challenged
6,656
Challenged
17,827
Disclaimed
348
No DI
2,173
Denied
4,355
Instituted
10,951
Disclaimed
418
No FWD
3,642
Patentable
1,491
Unpatentable
5,400
"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.
30% of challenged claims and 49% of instituted claims were found unpatentable by a preponderance of the evidence.
uspto

13

# All patents: Fiscal Year 2024

## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

Events that end an AIA proceeding include final written decisions (FWD), settlements, dismissals, requests for adverse judgment, and denials of institution. A patent is listed in an FWD category if it ever received an FWD.

# All patents: All time

## (All time: Sept. 16, 2012 to Sept. 30, 2024)

11,272 patents challenged

3,509 patents at least partially invalidated by PTAB

1,176 patents fully invalidated by PTAB

10% of challenged patents were fully invalidated by PTAB (1,176 out of 11,272).

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE