# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**
**PENDING *INTER PARTES* REVIEW OF ALL ASSERTED PATENTS**

Before the Court is Defendants' Motion to Stay Pending *Inter Partes* Review.  Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.