# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § | |
| § | |
| v. § | Case No. 2:23-CV-0641-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. § | |

**Markman and Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
April 3, 2025

**OPEN: 9:00 am**                                                **ADJOURN: 11:35 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Karen Tyler |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready.  Melissa Smith introduced co-counsel, client representatives, and announced ready.

The Court heard argument on the one disputed term. Philip Wang presented argument on behalf of Plaintiff.  Christopher Green presented argument on behalf of Defendants.

The Court took the claim construction matter under submission.

The Court questioned whether there should be an evidentiary hearing on Defendants' Motion for Sanctions (Dkt. No. 59) instead of the briefing and asked counsel to confer during the break.

Thad Kodish argued Defendants' Motion for Sanctions (Dkt. No. 59).  Marc Fenster and Jason Wietholter responded. The parties agreed on holding an evidentiary hearing in the matter.  Mr. Fenster will check the availability of witnesses for May 1.  The Court set the evidentiary hearing for May 1, 2025, and will enter an order once the availability of the witnesses have been confirmed.

Thad Kodish argued Defendants' Motion to Compel Plaintiff's Accurate Responses Concerning Previously Admitted Facts (Dkt. No. 83).   The Court denied the Motion.

Christopher Green argued Defendants' Motion to Compel Discovery Regarding Standing and Real Party in Interest (Dkt. No. 85).   Marc Fenster responded.   The Court denied the Motion.

Case 2:23-cv-00641-JRG-RSP   Document 97   Filed 04/03/25   Page 2 of 2 PageID #: 6236