# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0641-JRG-RSP
Headwater Research LLC v. Samsung Electronics Co.
April 3, 2025     9:00 am

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| MARC FENSTER | HEADWATER |
| PHILIP WANG | " |
| JASON WIETHOLTER | " |
| ANDREA FAIR | " |
| ERIN ALPER | Samsung |
| THAD KODISH | " |
| CHRISTOPHER GREEN | " |
| MELISSA SMITH | " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |