UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED
MOTION TO FURTHER AMEND INFRINGEMENT CONTENTIONS**

Plaintiff Headwater Research LLC ("Headwater") respectfully moves to further amend its infringement contentions to identify additional products released and made public by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") only after service of the original infringement contentions. As the products were publicly released only after service of the infringement contentions, they could not have been included earlier. Headwater diligently identified these newly released products, and met and conferred with Samsung regarding the addition of these products to Headwater's contentions. Samsung does not oppose this motion. Thus, good cause supports Headwater's motion Local Patent Rule 3-6(b). *KAIST IP US LLC v. Samsung Elecs. Co., Ltd*., No. 2:16-CV-01314-JRG-RSP, 2018 WL 1806765, at *2 (E.D. Tex. Apr. 17, 2018) (the facts for amending infringement contentions include "(1) the reason for the delay and whether the party has been diligent; (2) the importance of what the court is excluding and the availability of lesser sanctions; (3) potential prejudice in allowing the amendment; and (4) the availability of a continuance to cure such prejudice."). The amendments

do not contain any substantive changes to Headwater's infringement theories. A redline of the amended infringement contentions to the prior infringement contentions is attached as Exhibit A. A clean version of the amended infringement contentions is attached as Exhibit B.

Thus, Headwater respectfully requests leave to amend its contentions as attached to this Motion at Exhibits A-B.

| | |
|---|---|
| Dated: April 4, 2025 | */s/ Marc Fenster* |
| | Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>James A. Milkey<br>CA State Bar No. 281283<br>Email: jmilkey@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>Qi (Peter) Tong<br>TX State Bar No. 24119042<br>Email: ptong@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 |

Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

Case 2:23-cv-00641-JRG-RSP   Document 100   Filed 04/04/25   Page 4 of 5 PageID #: 6244

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of April 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/ Marc Fenster*
                                                        Marc Fenster

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Headwater has complied with the meet and confer requirement in Local Rule CV-7(h) by meeting and conferring with counsel for Defendants, including Sara Fish.

                                                        /s/ *Marc Fenster*
                                                        Marc Fenster