# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-cv-00641-JRG-RSP **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER'S UNOPPOSED MOTION TO FURTHER AMEND INFRINGEMENT CONTENTIONS**

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Further Amend Infringement Contentions. The Court, having considered the motion, is of the opinion that the motion should be GRANTED