IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the Unopposed Motion to Further Amend Infringement Contentions filed by Plaintiff Headwater Research LLC. **Dkt. No. 100.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that Headwater has leave to amend its infringement contentions as described in its Motion.

**SIGNED this 5th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE