**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Noah C. Graubart, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  April 16, 2025

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Noah C. Graubart*
    Noah C. Graubart
    GA Bar No. 141862
    FISH & RICHARDSON P.C.
    1180 Peachtree St NE, 21st Floor
    Atlanta, GA 30309
    Phone: (404) 724-2820
    Fax: (404)892-5002
    Email: graubart@fr.com

**ATTORNEYS FOR DEFENDANTS**
**SAMSUNG ELECTRONICS CO., LTD AND**
**SAMSUNG ELECTRONICS AMERICA, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on April 16, 2025 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Noah C. Graubart*
Noah C. Graubart