# Exhibit 1

**From:** Ashley Bolt bolt@fr.com
**Subject:** RE: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN
**Date:** January 10, 2025 at 9:38 AM
**To:** pkroeger@raklaw.com
**Cc:** Sara Fish sfish@fr.com, [SERVICE FR] Samsung-Headwater SERVICEFRSamsung-Headwater@fr.com,
rak_headwater@raklaw.com, melissa@gillamsmithlaw.com, gschmidt@hilgersgraben.com, gil@gillamsmithlaw.com,
Jeannet Santos jsantos@fr.com

Paul,

As just stated regarding Messrs. Green and Lavine, although we understand trial is proceeding on Monday in the first case, we have plenty of bandwidth available to cover the other cases simultaneously. To the extent Headwater does not, as I mentioned below, that is a problem of its own making. Samsung intends to take the deposition of Mr. Nguyen as a named inventor before the close of claim construction discovery on February 7.

If you can promptly provide a deposition date for Mr. Nguyen in advance of February 7, there is no need for us to meet and confer. If not, we will need to find a time.

Regards,
Ashley

## Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Thursday, January 9, 2025 11:55 PM
**To:** Ashley Bolt <bolt@fr.com>
**Cc:** Sara Fish <sfish@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>; rak_headwater@raklaw.com; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Ashley,

Monday is the FIRST DAY OF TRIAL. We are not available

We may talk on Monday, January 20.

Paul Kroeger
(213) 864–5532
pkroeger@raklaw.com


On Jan 9, 2025, at 8:52 PM, Ashley Bolt <bolt@fr.com> wrote:

Paul,

To make sure I understand, is there no date in January on which Mr. Nguyen is available for a deposition?

To the extent Headwater is not available for a timely deposition of Mr. Nguyen, that is a problem of its own making. Headwater chose to file serial cases against Samsung and many other parties, and it must be prepared to keep up with the demands of those cases. Please respond tomorrow with reasonable dates for the deposition of Mr. Nguyen, or provide your availability to meet and confer on Monday so that Samsung may proceed with moving to compel.

Regards,
Ashley

### Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Thursday, January 9, 2025 11:24 PM
**To:** Ashley Bolt <bolt@fr.com>
**Cc:** Sara Fish <sfish@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
Cc: rak_headwater@raklaw.com<rak_headwater@raklaw.com>; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Ashley,

We are working to schedule the deposition in February.

Thanks for your patience

Paul Kroeger
(213) 864-5532
pkroeger@raklaw.com

> On Jan 9, 2025, at 8:11 PM, Ashley Bolt <bolt@fr.com> wrote:
>
> Paul,

We have been attempting to schedule a date for Mr. Nguyen's deposition since at least my email of November 26, in response to which you represented (on December 6) that Mr. Nguyen "has limited availability until the end of the year." Please promptly provide the next available day with 7 hours of availability for Mr. Nguyen and any sequential days with less than 7 hours of availability.

I reiterate that it is difficult to understand the inability to find one business day of 7 hours of Mr. Nguyen's time in the month of January, given his role as a named inventor on a patent now asserted by Headwater. February remains over three weeks away, and Samsung is prepared to take this deposition shortly.

Regards,
Ashley

### Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Monday, January 6, 2025 4:10 PM
**To:** Ashley Bolt <bolt@fr.com>
**Cc:** Sara Fish <sfish@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
Cc: rak_headwater@raklaw.com<rak_headwater@raklaw.com>; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Ashley,

Mr. Nguyễn ís no longer available in January. We are looking into his availability in February and will advise.

Thanks,

Paul Kroeger
(213) 864-5532
pkroeger@raklaw.com

> On Jan 6, 2025, at 12:47 PM, Ashley Bolt <bolt@fr.com> wrote:

Counsel,

Following up on the below. Samsung remains ready and available to proceed with the deposition of Mr. Nguyen. Please provide his availability for deposition in January, including the next available day with 7 hours of availability and any sequential days with less than 7 hours of availability.

Thanks,
Ashley

### Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Sara Fish <sfish@fr.com>
**Sent:** Monday, December 30, 2024 3:16 PM
**To:** pkroeger@raklaw.com
**Cc:** Ashley Bolt <bolt@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
**Cc:** rak_headwater@raklaw.com <rak_headwater@raklaw.com>; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** RE: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Counsel,

Please provide Mr. Nguyen's availability for deposition in January, including the next available day with 7 hours of availability and any sequential days with less than 7 hours of availability.  It is difficult to understand the inability to find one business day of 7 hours of Mr. Nguyen's time, given his role as a named inventor on a patent now asserted by Headwater.  If Mr. Nguyen does not have any such availability in the month of January, let us know what time you are available for a meet and confer regarding a motion to compel.  We are available to confer either this Thursday Jan 2nd or Friday Jan 3rd.

Thank you,

**Sara C. Fish**

Principal ■ Fish & Richardson P.C. ■ Mobile**:** 770 403 0377

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Wednesday, December 11, 2024 7:27 PM
**To:** Sara Fish <sfish@fr.com>
**Cc:** Ashley Bolt <bolt@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
Cc: rak_headwater@raklaw.com <rak_headwater@raklaw.com>;melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Sara,

Mr. Nguyễn does not have one day with seven hours available for the foreseeable future. We suggest that you start the deposition one of the offered 4-hour days and then continue on a second day for the rest of the time if needed.

Paul Kroeger
(213) 864–5532
pkroeger@raklaw.com

> On Dec 11, 2024, at 7:40 AM, Sara Fish <sfish@fr.com> wrote:
>
> Paul and all,
>
> Mr. Nguyen is a named inventor on an asserted patent in this case, and an inventor who has not previously been deposed in the prior matters, thus four hours of deposition availability is insufficient (and contrary to what is required by FRCP 30 and 45). Please provide Mr. Nguyen's availability in January for a day of up to full 7 hours of availability.
>
> Thank you,

**Sara C. Fish**
Principal ■ Fish & Richardson P.C. ■ Mobile: 770 403 0377

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Tuesday, December 10, 2024 2:01 PM
**To:** Sara Fish <sfish@fr.com>
**Cc:** Ashley Bolt <bolt@fr.com>; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
Cc: rak_headwater@raklaw.com<rak_headwater@raklaw.com>; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Correct, pacific time. Mr. Ngyuen is available from 1 pm - 5pm PT on Friday the 20th.
Paul Kroeger
(213) 864–5532
pkroeger@raklaw.com

> On Dec 9, 2024, at 12:19 PM, Sara Fish <sfish@fr.com> wrote:
>
> Hi Paul,
>
> What time could Mr. Nguyen be available to begin his deposition on the "afternoon" of December 20th? Would Mr. Nguyen be available for up to a full 7 hours of record

time from such start time? Please also confirm he is still located in California, thus all times are in Pacific Time.

Thank you,

**Sara C. Fish**
Principal ∎ Fish & Richardson P.C. ∎ Mobile**:** 770 403 0377

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Friday, December 06, 2024 3:42 PM
**To:** Ashley Bolt <bolt@fr.com>
**Cc:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>;
Cc: rak_headwater@raklaw.com<rak_headwater@raklaw.com>; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Shley,

With regard to Mr Nguyen he has limited availability until the end of the year. He has some availability on the afternoons Monday and Friday of the next two weeks.

Thanks,

       **Jason Wietholter**
       **Russ, August & Kabat**

12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 |
jwietholter@raklaw.com |
www.raklaw.com

----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

Begin forwarded message:

**From:** Ashley Bolt <bolt@fr.com>
**Subject: RE: Headwater v. Samsung, 2:23-**

**cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN**
**Date:** December 2, 2024 at 9:42:59 AM CST
**To:** "jwietholter@raklaw.com" <jwietholter@raklaw.com>, "[SERVICE FR] Samsung-Headwater" <SERVICEFRSamsung-Headwater@fr.com>
**Cc:** "rak_headwater@raklaw.com" <rak_headwater@raklaw.com>, "melissa@gillamsmithlaw.com" <melissa@gillamsmithlaw.com>, "gschmidt@hilgersgraben.com" <gschmidt@hilgersgraben.com>, "gil@gillamsmithlaw.com" <gil@gillamsmithlaw.com>, Jeannet Santos <jsantos@fr.com>

Counsel,

Following up on my November 26 message below, please provide

deposition availability for Mr. Nguyen in the month of December.

Thanks,
Ashley

### Ashley A Bolt

Principal ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Ashley Bolt <bolt@fr.com>
**Sent:** Tuesday, November 26, 2024 12:07 PM
**To:** jwietholter@raklaw.com; [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Cc:** rak_headwater@raklaw.com; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos <jsantos@fr.com>
**Subject:** RE: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

Counsel,

Given that Mr. Nguyen objects to the deposition time, date, and location as set forth in Samsung's subpoena, please provide his availability for a deposition within the next 2-3 weeks.

Thanks,
Ashley

### Ashley A Bolt

**Principal** ■ Fish & Richardson P.C.

**M:** 256 335 9252 | bolt@fr.com

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Monday, November 25, 2024 11:04 PM
**To:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Cc:** rak_headwater@raklaw.com; melissa@gillamsmithlaw.com; gschmidt@hilgersgraben.com; gil@gillamsmithlaw.com; Jeannet Santos

<jsantos@fr.com>

**Subject:** Re: Headwater v. Samsung, 2:23-cv-641: Samsung Notice and Subp to VIEN-PHUONG NGUYEN

[This email originated outside of F&R.]

Counsel,

Attached for service please find objections and responses to Samsung's subpoena to third party Vien-Phuong Nguyen.

```
******************************************************************************************************************
This email
message is for
the sole use of
the intended
recipient(s)
and may contain
confidential
and privileged
information.
Any
unauthorized
use or
disclosure is
prohibited. If
you are not the
intended
recipient,
please contact
the sender by
```

reply email and
destroy all
copies of the
original
message.
***************
***************
***************
***************
***************
***************
***************
***************
****




*************************
*************************
*************************
*************************
********************
This email message is for
the sole use of the
intended recipient(s) and
may contain confidential
and privileged
information. Any
unauthorized use or
disclosure is prohibited.
If you are not the
intended recipient, please
contact the sender by
reply email and destroy
all copies of the original
message.
*************************
*************************
*************************
*************************
*******************




**************************************
**************************************
**************************************
**********
This email message is for the sole use
of the intended recipient(s) and may
contain confidential and privileged
information. Any unauthorized use or
disclosure is prohibited. If you are
not the intended recipient, please
contact the sender by reply email and
destroy all copies of the original
message.
**************************************
**************************************

*****************************************
**********

**************************************************
**************************************************
*************************
This email message is for the sole use of the
intended recipient(s) and may contain
confidential and privileged information. Any
unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please
contact the sender by reply email and destroy all
copies of the original message.
**************************************************
**************************************************
*************************

************************************************************
************************************************************
****
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please
contact the sender by reply email and destroy all copies of
the original message.
************************************************************
************************************************************
****

**********************************************************************
******************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized
use or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**********************************************************************
******************************************************

******************************************************************************
******************************************
This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized use or
disclosure is prohibited. If you are not the intended recipient, please contact
the sender by reply email and destroy all copies of the original message.
******************************************************************************
******************************************

Case 2:23-cv-00641-JRG-RSP   Document 110-2   Filed 04/17/25   Page 17 of 19 PageID #: 6463