# Exhibit 3

| | |
|---|---|
| **From:** | Director_PTABDecision_Review |
| **To:** | rmirzaie@raklaw.com; axf-ptab@fr.com; jjh@fr.com; rchowdhury@fr.com; dchang@raklaw.com; ahayden@raklaw.com; nrubin@raklaw.com; jjm@fr.com; pwang@raklaw.com; jmilkey@raklaw.com |
| **Subject:** | IPR2024-01407 Director Review Request |
| **Date:** | Friday, April 4, 2025 11:23:00 AM |

Counsel,

Patent Owner's request for Director Review has been received in the above-referenced case.  Petitioner is authorized to submit a response limited to the issues raised in the Director Review request, of no more than five pages, to be filed within five business days of this email.  Any such response must be filed in P-TACTS, i.e., by selecting the "Other: Other" paper type and the paper must be titled "Authorized Response to Director Review Request" or it may not be considered.  No new evidence is permitted. No further briefing is authorized at this time.

The Director will determine whether review will be granted or denied and the parties will be notified of the result of the Director Review request.

Thank you.

IPR2024-01407
Ex. 3102