# Exhibit 7



Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

Thad Kodish
Principal
tkodish@fr.com
+1 404-724-2792 direct

June 18, 2024

<u>**Via E-mail**</u>

Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
Phone: 310-826-7474

Parker Bunt & Ainsworth
100 E Ferguson
Suite 418
Tyler, TX 75702
Phone: 903-531-3535

Re:    *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.,* **Case No. 2:23-cv-00641 (E.D. Tex.)**

Dear Counsel:

Samsung Electronics Co., Ltd. ("**Samsung**") has filed an *inter partes* review (IPR) petition (IPR2024-01051) with the Patent Trial and Appeal Board (PTAB) to address the validity of claims 1-30 of U.S. Patent No. 8,639,811 ("**the '811 Patent**").  The tables in attached Appendix A list all grounds, challenged claims, and references asserted in IPR2024-01051.

I write to inform you that Samsung hereby stipulates that, if the PTAB institutes IPR2024-01051, Samsung agrees not to pursue the same grounds (listed in Appendix A below) in the district court litigation.  *Apple, Inc. v. SEVEN Networks, LLC*, IPR2020-00156, Paper 10 at 19 (June 15, 2020); *see also Sand Revolution II, LLC v. Continental Intermodal Group-Trucking LLC*, IPR2019-01393, Paper 24 at 12 (June 16, 2020).

Sincerely,

Thad Kodish

Attorney for Samsung Electronics Co., Ltd.

SAMSUNG 1016



Page 2

## Appendix A – Grounds and Prior Art References Used in IPR2024-01051

| Ground | Claim(s) | §103 |
|---|---|---|
| 1A | **1, 3, 6, 8-11, 14, 19-20** | Rao |
| 1B | **2** | Rao-Panpaliya |
| 1C | **4, 13, 21, 23, 25** | Rao-Jones |
| 1D | **17** | Rao-Jones-Jajoo |
| 1E | **22** | Rao-Jones-Cole |
| 1F | **5** | Rao-Montemurro |
| 1G | **7** | Rao-Akhtar |
| 1H | **18** | Rao-Ramesh |
| 1I | **12, 15-16, 26-27, 29-30** | Rao-Freund |
| 1J | **28** | Rao-Freund-Bedi |
| 2 | **1, 24** | Rao-Pregont-Jones |

### List of References

| Reference Name | Details |
|---|---|
| Rao | U.S. Pat. App. Pub. No. 2006/0039354 |
| Panpaliya | U.S. Pat. No. 8,400,491 |
| Jones | U.S. Pat. No. 8,285,850 |
| Jajoo | U.S. Pat. App. Pub. No. 2008/0162981 |
| Cole | U.S. Pat. App. Pub. No. 2008/0080458 |
| Montemurro | U.S. Pat. App. Pub. No. 2009/0207817 |



Page 3

| Reference Name | Details |
|---|---|
| Akhtar | U.S. Pat. App. Pub. No. 2009/0185527 |
| Ramesh | U.S. Pat. App. Pub. No. 2009/0228951 |
| Freund | U.S. Pat. No. 5,987,611 |
| Bedi | U.S. Pat. App. Pub. No. 2010/0281154 |
| Pregont | U.S. Pat. App. Pub. No 2007/0032230 |