# Exhibit 8

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## SAMSUNG'S P.R. 4-1 LIST OF PROPOSED TERMS FOR CONSTRUCTION

Pursuant to Patent Rule 4-1 and the Court's Docket Control Order (Dkt. No. 44), Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") identify the following list of claim terms, phrases, or clauses which Samsung contends should be construed or found indefinite by the Court or governed by 35 U.S.C. § 112(6).

Samsung's list was compiled based in part on Plaintiff Headwater Research, LLC's ("Headwater") apparent view of the scope of the claims as identified in Headwater's P.R. 3-1 infringement contentions and accompanying claim charts served on May 15, 2024, and as purportedly amended on August 20, 2024, and again on November 1, 2024. Headwater's P.R. 3-1 contentions are inadequate and fail to properly identify how Samsung's accused instrumentalities meet certain elements of the asserted claims. Samsung reserves the right to modify the list below based on any supplemental contentions served by Headwater should Headwater seek to amend its contentions.

In addition, Samsung's list was compiled prior to receiving Headwater's proposed list of terms to be construed or Headwater's proposed claim constructions. Accordingly, Samsung

reserves the right to modify the list below in light of Headwater's list of terms for construction or proposed claim constructions. Samsung also reserves the right to include within its list of proposed terms for construction the terms included on Headwater's list of proposed claim terms for construction. Samsung will work with Headwater on the preparation of a joint claim construction and prehearing statement pursuant to Patent Rule 4-3 and the Court's Docket Control Order.

I. **U.S. Patent No. 8,588,110**

Proposed Terms for Construction:

| Claim Term | Claim(s) | Indefinite |
|---|---|---|
| the first wireless network | 26, 27 | X |
| low-level policy agents | 12, 13 | X |
| low-level policy rule | 12 | X |
| the interface | 19 | X |
| first service activity is non-critical | 9 | X |
| identify[ing] an intended, attempted, or successful data communication | 1, 3, 4, 26, 27 | X |

Claim(s) Governed by 35 U.S.C. § 112(6): Claim 26

II. **U.S. Patent No. 8,639,811**

Proposed Terms for Construction: None

Claim(s) Governed by 35 U.S.C. § 112(6): None

III. **U.S. Patent No. 9,179,359**

Proposed Terms for Construction:

| Claim Term | Claim(s) | Indefinite |
|---|---|---|
| the applied WWAN differential traffic control policy | 1, 27 | X |
| the differential traffic control policy | 3, 4, 5, 6, 21, 22 | X |
| the type of network connection | 7, 8 | X |
| the application of the stored WWAN differential traffic control policy | 17, 18, 19, 20 | X |
| the WWAN differential traffic control policy | 25 | X |

Claim(s) Governed by 35 U.S.C. § 112(6): None

### IV. U.S. Patent No. 9,647,918

Proposed Terms for Construction:

| Claim Term | Claim(s) | Indefinite |
|---|---|---|
| application association information | 7, 18 | X |
| the calling device application | 1, 14 | X |
| to reconcile wireless network data usage for each of the plurality of device applications | 1, 14 | |
| the at least one wireless network | 1, 19 | X |
| the media object network data transfers | 1, 2, 4, 13, 14, 15, 19 | X |
| the service classification agent | 6 | X |

Claim(s) Governed by 35 U.S.C. § 112(6): None

Dated: December 5, 2024

Respectfully submitted,

By: */s/ Sara C. Fish*
Ruffin B. Cordell
TX Bar No. 04820550
rbc@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Sara C. Fish
GA Bar No. 873853
sfish@fr.com
Christopher O. Green
GA Bar No. 037617
cgreen@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
**FISH & RICHARDSON P.C.**

        1180 Peachtree St. NE, Fl. 21
        Atlanta, GA 30309
        Telephone: (404) 892-5005

        Melissa R. Smith
        State Bar No. 24001351
        melissa@gillamsmithlaw.com
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450

        Harry L. Gillam, Jr.
        State Bar No. 07921800
        **GILLAM & SMITH, LLP**
        102 N. College, Ste. 800
        Tyler, Texas 75702
        Telephone: (903) 934-8450

        Jon Hyland
        Texas Bar No. 24046131
        jhyland@hilgersgraben.com
        Grant K. Schmidt
        Texas Bar No. 24084579
        gschmidt@hilgersgraben.com
        **HILGERS GRABEN PLLC**
        7859 Walnut Hill Lane, Suite 335
        Dallas, Texas 75230
        Telephone: (972) 645-3097

        **ATTORNEYS FOR DEFENDANTS**
        **SAMSUNG ELECTRONICS CO., LTD. AND**
        **SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail on December 5, 2024.

        */s/ Sara C. Fish*
        Sara C. Fish