UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING SAMSUNG'S OPPOSED MOTION FOR ENTRY OF ESI ORDER**

Before the Court is the Samsung Defendants' Opposed Motion For Entry of ESI Order.

The Court, having considered the motion, is of the opinion that the motion should be DENIED.