# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　　*Defendants*. | Civil Action No. 2:23-cv-00641-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (all together, the "parties") respectfully file this Joint Motion to Amend the Docket Control Order entered in the above-captioned case and would show the Court as follows:

The parties have been diligently working to complete discovery but have encountered unavoidable conflicts and other circumstances that provide good cause to modify the schedule as set forth in Exhibit A. The parties are on track to complete nearly all party and third-party depositions in advance of the current close of fact discovery. However, a notable exception is that the previously scheduled deposition of Plaintiff's sole 30(b)(6) witness, Dr. Greg Raleigh, needed to be postponed due to illness, and the first mutually available date for Samsung's counsel and Dr. Raleigh is May 23, 2025. Because that deposition will occur after the current deadline for opening expert reports and the parties wish to avoid burdening the Court and one another with motions practice regarding supplementation of expert reports, the parties respectfully seek a brief extension of the expert report deadlines and, relatedly, a three-day extension to the deadline for dispositive

motions and *Daubert* motions. This short extension to the dispositive/*Daubert* motions deadline would still ensure that briefing is completed on July 31, 2025, which is 33 days before the Pretrial Conference scheduled for September 2, 2025.

Accordingly, the parties respectfully request that the Court grant this Joint Motion and enter the accompanying Third Amended Docket Control Order. *See* Ex. A.

| | |
|---|---|
| Dated: May 13, 2025 | Respectfully submitted, |
| | |
| */s/ Thad C/ Kodish* | */s/ Marc Fenster* |
| Ruffin B. Cordell | Marc Fenster |
| TX Bar No. 04820550 | CA State Bar No. 181067 |
| Michael J. McKeon | Reza Mirzaie |
| DC Bar No. 459780 | CA State Bar No. 246953 |
| mckeon@fr.com | Brian Ledahl |
| FISH & RICHARDSON P.C. | CA State Bar No. 186579 |
| 1000 Maine Avenue, SW, Ste 1000 | Ben Wang |
| Washington, D.C. 20024 | CA State Bar No. 228712 |
| Telephone: (202) 783-5070 | Paul Kroeger |
| Facsimile: (202) 783-2331 | CA State Bar No. 229074 |
| | Neil A. Rubin |
| Thad C. Kodish | CA State Bar No. 250761 |
| GA Bar No. 427603 | Kristopher Davis |
| tkodish@fr.com | CA State Bar No. 329627 |
| Christopher O. Green | James S. Tsuei |
| GA Bar No. 037617 | CA State Bar No. 285530 |
| cgreen@fr.com | Philip Wang |
| Sara C. Fish | CA State Bar No. 262239 |
| GA Bar No. 873853 | James Milkey |
| FISH & RICHARDSON P.C. | CA State Bar No. 281283 |
| 1180 Peachtree St. NE, Fl. 21 | Jason M. Wietholter |
| Atlanta, GA 30309 | CA State Bar No. 337139 |
| Telephone: (404) 892-5005 | RUSS AUGUST & KABAT |
| Facsimile: (404) 892-5002 | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| Melissa R. Smith | Telephone: 310-826-7474 |
| State Bar No. 24001351 | rak_headwater@raklaw.com |
| Melissa@gillamsmithlaw.com | |
| GILLAM & SMITH, LLP | Andrea L. Fair |
| 303 South Washington Avenue | TX State No. 24078488 |
| Marshall, Texas 75670 | MILLER FAIR HENRY PLLC |
| Telephone: (903) 934-8450 | 1507 Bill Owens Parkway |

- 3 -

Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys For Plaintiff,*
*Headwater Research LLC*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of May 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster