IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:23-CV-00641-JRG-RSP **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Brendan F. McLaughlin of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic service of all papers in this action.

Brendan F. McLaughlin may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine, S.W., Suite 1000, Washington D.C. 20024; Telephone: (202) 783-5070; Facsimile: (202) 783-2331; Email: BMcLaughlin@fr.com.

Dated: May 13, 2025

Respectfully submitted,

By */s/ Brendan F. McLaughlin*
Brendan F. McLaughlin
DC Bar No. 1671658
Email: BMcLaughlin@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

*Attorney for Defendants
Samsung Electronics Co., LTD and
Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 13, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Brendan F. McLaughlin*