# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00641-JRG-RSP |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO DISMISS
## COUNT 2 OF PLAINTIFF'S COMPLAINT

Before the Court is the parties' Joint Motion to Dismiss Count 2 of Plaintiff's Complaint (Dkt. 1), which asserts infringement of U.S. Patent No. 8,639,811. Having considered the matter, the Court GRANTS the motion and orders that Count 2 of Plaintiff's Complaint (Dkt. 1) is dismissed with prejudice.