IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss Count 2 of Plaintiff's Complaint (the "Motion") filed by Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. ("Defendants"). (Dkt. No. 131.) In the Motion, the parties request dismissal of Count 2 of Headwater's Complaint, which asserts infringement of the U.S. Patent No. 8,639,811 ("the '811 patent") WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Count 2 of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So Ordered this**

**Jun 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE