# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |

## ORDER

The Court has scheduled an evidentiary hearing for Wednesday June 18, 2025, at 9:00 a.m. on Samsung's Motion for Sanctions Under Fed. R. Civ. P. 37 (e)(1). The Court has recently decided what appears to be an identical issue in *Headwater Research LLC v. Verizon Communications Inc., et al.*, Dkt. No. 299. In light of that ruling, the Court **ORDERS** the Parties to file a Joint Notice, by Monday June 16, 2025, at 3 pm, setting forth their positions on the necessity of holding this evidentiary hearing.

**SIGNED this 13th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE