# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § § | |
| v. | § | Case No. 2:23-CV-0641-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |

| | | |
|---|---|---|
| KRISTA JACOBSEN, | § § § § | |
| v. | § | Case No. 2:25-mc-0004-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |

**Evidentiary and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**June 18, 2025**

**OPEN:    11:29 a.m.**                                      **ADJOURN:   1:01 p.m.**

ATTORNEYS FOR PLAINTIFF:          See attached.

ATTORNEY FOR DEFENDANTS:          See attached.

LAW CLERK:          Nate Gershengorin

COURT REPORTER:          Shelly Holmes

COURTROOM DEPUTY:          Wendy Asbel

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready.   Tom Gorham introduced co-counsel and announced ready.

The Court heard argument on Defendants' Motion for Sanctions (Dkt. No. 59).   Noah Graubart argued for Defendants.   Marc Fenster argued for Plaintiff.

Next, James Tsuei argued Plaintiff's Motion to Quash *or, Alternatively, to Transfer this Proceeding to the Eastern District of Texas Pursuant to Fed. R. Civ. P. 45(f)* (Dkt. No. 1 in 2:25mc4).   Mike McKeon responded for Defendants.   The Court made rulings and will enter an Order.