# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0641-JRG-RSP
Headwater Research LLC v. Samsung Electronics Co., Ltd., et al.
2:25-MC-0004-JRG-RSP
Jacobsen v. Samsung Electronics Co., Ltd., et al.
June 18, 2025      9:00 am

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Erin Alper | Samsung |
| Thad Kodish | " |
| Mike McKeon | " |
| Brendan McLaughlin | " |
| Noah Graubart | " |
| Tom Gorham | " |
| Andrea Fair | Headwater |
| Philip Wang | " |
| James Tsuei | " |
| Kris Davis | " |
| Marc Fenster | " |
| Reza Mirzaie | " |