# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## <u>JOINT MOTION TO AMEND DOCKET CONTROL ORDER</u>

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (all together, the "parties") respectfully file this Joint Motion to Amend the Docket Control Order entered in the above-captioned case and would show the Court as follows:

The parties have been diligently working to complete expert discovery in advance of the expert discovery, *Daubert*, Motions to Strike, and Motions for Summary Judgment deadlines, but have encountered unavoidable conflicts and other circumstances that provide good cause to modify the schedule as set forth in Exhibit A. Expert discovery is currently set to close on July 1, 2025, and the parties' opening *Daubert*, Motions to Strike, and Motions for Summary Judgment deadline is currently set for July 3, 2025. Samsung's technical expert, Dr. Daniel Schonfeld, is out of the country and unavailable for deposition until July 9 and 10, and Headwater's expert, Dr. Groehn, is similarly out of the country due to a family issue and unavailable until the week of July 7, after the current deadline for opening *Daubert* and Summary Judgment motions. To give the parties additional time to schedule depositions, to keep the briefing schedule consistent among issues and

experts, and, given the intervening July 4th holiday, the parties request an extension to the expert discovery deadline from July 1 to July 11, and the *Daubert*, Motions to Strike, and Motions for Summary Judgment deadlines, from July 3 to July 14 for opening briefs, and from July 21 to July 28 for opposition briefs. The parties do not request an extension on any other deadlines.

Accordingly, the parties respectfully request that the Court grant this Joint Motion and enter the accompanying Fourth Amended Docket Control Order. *See* Ex. A.

Dated: June 23, 2025

*/s/Katherine H. Reardon*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
SERVICEFRSamsung-Headwater@fr.com

Thad C. Kodish
GA Bar No. 427603
Sara C. Fish
GA Bar No. 873853
Christopher O. Green
GA Bar No. 037617
Benjamin K. Thompson
GA Bar No. 633211
Steffen C. Lake
GA Bar No. 512272
Ashley A. Bolt
GA Bar No. 231197
Erin P. Alper
GA Bar No. 940408
Peter Hong (*pro hac vice*)
GA Bar No. 365188
Katherine H. Reardon
NY Bar No. 5196910
**FISH & RICHARDSON P.C.**

Respectfully submitted,

*/s/Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

- 2 -

1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
SERVICEFRSamsung-Headwater@fr.com

John-Paul Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
SERVICEFRSamsung-Headwater@fr.com

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Harry L. Gillam, Jr.
State Bar No. 07921800
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230

**ATTORNEYS FOR DEFENDANTS,
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

Andrea L. Fair
TX State No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
HEADWATER RESEARCH LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served June 24, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Katherine H. Reardon*
Katherine H. Reardon

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/Katherine H. Reardon*
Katherine H. Reardon