# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Samsung's Opposed Motion for Leave to Amend its Answer to Add an Improper Inventorship Defense. **Dkt. No. 76.** Plaintiff Headwater Research LLC opposes the Motion on the grounds that it is futile. Dkt. No. 89. First, the Court finds that Samsung has shown good cause to amend under Rule 16(b), particularly since Headwater does not dispute this. *See* Dkt. No. 90 at 1. Second, the Court finds that the motion to amend should be granted under the liberal requirements of Rule 15(a). Accordingly, the Court **GRANTS** the Motion.

**SIGNED this 3rd day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE