# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00641-JRG-RSP |
| v. | **JURY DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**DECLARATION OF MARC FENSTER IN SUPPORT OF
PLAINTIFF HEADWATER RESEARCH LLC'S MOTION TO STRIKE
PORTIONS OF THE EXPERT OPINIONS OF DR. DAN SCHONFELD**

1. I, Marc Fenster, declare as follows.

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Motion to Strike Portions of the Expert Opinions of Dr. Dan Schonfeld. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of the opening report of Samsung's technical expert, Dr. Dan Schonfeld, dated June 4, 2025.

4. Attached as Exhibit 2 is a true and correct copy of the rebuttal report of Samsung's technical expert, Dr. Dan Schonfeld, dated June 20, 2025.

5. Attached as Exhibit 3 is a true and correct copy of Samsung's Fifth Supplemental Objections and Responses to Headwater Research LLC's First Set of Interrogatories, dated May 16, 2025.

6. Attached as Exhibit 4 is a true and correct copy of Headwater's First Set of Interrogatories to Samsung, dated September 13, 2024.

7. Attached as Exhibit 5 is a true and correct copy of a statutory disclaimer for certain claims of U.S. Patent No. 9,179,359, dated January 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2025 at Marshall, Texas

By: */s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster