# Exhibit 5

Doc Code: STAT.DISCLMR
Document Description: Statutory Disclaimers per Manual of Patent Examining Procedure(MPEP) 1490

PTO/SB/43 (11-23)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DISCLAIMER IN A PATENT UNDER 37 CFR 1.321(a)

Name of Patentee: **Headwater Research LLC**
Docket Number (optional): **RALEP032C1C2**
Patent Number: **9,179,359**
Date Patent Issued: **Nov. 3, 2015**
Title of Invention: **WIRELESS END-USER DEVICE WITH DIFFERENTIATED NETWORK ACCESS STATUS FOR DIFFERENT DEVICE APPLICATIONS**

Patentee hereby disclaims:

☑ the following complete claim(s) in the above-identified patent: Claims 1-25 and 27-29.

☐ the terminal part of the term of the above-identified patent beginning on the date: _____.

☐ the entire term of the above-identified patent.

The disclaimer is binding on the patentee and its successors or assigns.

The extent of patentee's ownership interest in the above-identified patent is: 100%.

The fee for this disclaimer is set forth in 37 CFR 1.20(d) and is being paid in the following manner:

☐ payment by the USPTO patent electronic filing system.

☑ the Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 50-0731.

☑ payment by credit card. Form PTO-2038 is attached.

☐ a check in the amount of the fee is enclosed.

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on form PTO-2038.

The undersigned is:

☐ patentee. If patentee is a juristic entity, the undersigned is authorized to act on behalf of the juristic entity.

☑ attorney or agent of record.

Signature: **/Farshad Farjami/**
Date: **January 2, 2025**
Name (printed/typed): **Farshad Farjami**
Practitioner registration number: **41014**

<u>Note</u>: See 37 CFR 1.4(d) for signature requirements and certifications.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. If filing the completed form by mail, send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*