# Exhibit U

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### OPENING REPORT OF DR. DAN SCHONFELD



*Id*. at Fig. 32.

185.   The virtual tags are sent to the app usage/flow mapping engine 3214, which forwards them to the usage and classification reconciliation engine 3216. *Id*. at 117:12-16. This engine reconciles usage data from multiple sources and stores the results in the usage and classification datastore 3218. *Id*. at 117:16-24. These records are accessible via a user interface engine 3220 or an application interface engine 3222. *Id*. The proxy service manager 3206 may include a service classification and accounting agent that identifies the requesting app, inspects traffic characteristics such as protocol, destination, or network type, and classifies usage accordingly. *Id*. at 117:53-118:8.

## XII.   PRIORITY DATES OF THE ASSERTED PATENTS

186.   I understand that Headwater contends the Asserted Patents are entitled to the following priority dates:

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| Asserted Patents | Claimed Priority Date |
|---|---|
| U.S. Patent No. 8,588,110 | January 28, 2009 |
| U.S. Patent No. 9,179,359 | May 25, 2010 |
| U.S. Patent No. 9,647,918 | January 24, 2011 |

187. For purposes of performing my analysis in this Report, I have used Headwater's above-offered priority dates for the Asserted Patents. I reserve the right to revise my opinions should Headwater later attempt to rely on a different priority date.

188. I provide additional opinions on the priority dates associated with each patent in the patent-specific sections.

## XIII. CONCEPTION AND REDUCTION TO PRACTICE

189. I understand that Headwater contends the Asserted Patents are entitled to a conception date of on or before January 28, 2009, which is the filing date of U.S. Patent Provisional Application 61/206,354 ("'354 Application").[12] I further understand that Headwater contends constructive reduction to practice of each of the Asserted Patents occurred no later than the filing date of the application that led to their issuance. I have reviewed the evidence identified by Headwater as supporting the alleged conception date and it is my opinion that none of the evidence relied on by Headwater sufficiently supports this alleged conception date. Furthermore, the '354 Application lacks written description support for the Asserted Patents, rendering it unavailable for use to establish the conception date of the Asserted Patents.[13]

190. In support of its contention, I understand that Headwater points to the following evidence: HW_00012031-HW_00012035; HW_00011315-HW_00011319; HW_00012021; HW_00011321; HW_00012062-HW_00012066; HW_00011411-HW_00011415;

---

[12] Headwater's Response to Samsung's Interrogatory No. 1 (10/16/2024).
[13] Headwater also does not appear to be relying on the '354 Application for its alleged priority dates for the '359 and '918 patents, suggesting that Headwater is aware that the '354 Application lacks adequate written description for the asserted claims of these patents.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Date: June 4, 2025

_____
Dan Schonfeld Ph.D.