# Exhibit X



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/435,564 | 01/24/2011 | | 220 | RALEP046+ | | |

**CONFIRMATION NO. 6704**

21912
VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD #200
CUPERTINO, CA 95014

**FILING RECEIPT**


*OC000000046074262*

Date Mailed: 02/22/2011

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

    Gregory G. Raleigh, Woodside, CA;

**Power of Attorney:**
Michael Schallop--44319

**If Required, Foreign Filing License Granted:** 02/17/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/435,564**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

    FRAMEWORK FOR DEVICE ASSISTED SERVICES

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international

page 1 of 3

patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). This license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and

Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**<u>NOT GRANTED</u>**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

Doc Code: TR.PROV
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (04-07)
Approved for use through 06/30/2010 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

### Inventor(s)

Inventor 1                                                                [Remove]

| Given Name | Middle Name | Family Name | City | State | Country | i |
| --- | --- | --- | --- | --- | --- | --- |
| Gregory | G. | Raleigh | Woodside | CA | US | |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [Add]

| Title of Invention | FRAMEWORK FOR DEVICE ASSISTED SERVICES |
| --- | --- |
| Attorney Docket Number (if applicable) | RALEP046+ |

### Correspondence Address

Direct all correspondence to (select one):

| ⦿ The address corresponding to Customer Number | ◯ Firm or Individual Name |
| --- | --- |
| Customer Number | 21912 |

| The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. |
| --- |
| ⦿ No. |
| ◯ Yes, the name of the U.S. Government agency and the Government contract number are: |

EFS - Web 1.0.1

Doc Code: **TR.PROV**
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (04-07)
Approved for use through 06/30/2010 OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Entity Status

Applicant claims small entity status under 37 CFR 1.27

◯ Yes, applicant qualifies for small entity status under 37 CFR 1.27

◉ No

## Warning

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

## Signature

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Schallop/ | | | Date (YYYY-MM-DD) | 2011-01-24 |
|---|---|---|---|---|---|
| First Name | Michael | Last Name | Schallop | Registration Number (If appropriate) | 44319 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten. Accordingly, pursuant to the requirements of the Act, please be advised that : (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.









# Framework for Device Assisted Services (DAS)
## Provisional Patent Application









# Proxy Service Function Service Usage Classification



- It is becoming increasingly important to associate device access network services usage (e.g. network data services usage, voice services usage, etc.) to the applications (e.g. application, widget, service, process, embedded object, or any combination of these, etc.) that are using the services.  This information is used in a variety of ways, including but not limited to:
  - Classifying service usage to assist a user to understand one or more aspects of service usage
    - e.g. Notifying a user about which applications are consuming service usage, or how much service usage one or more applications are consuming (e.g. amount of usage)
  - Classifying service usage for the purpose of service control policy enforcement
    - e.g. traffic control, QoS control, QoS channel setup, application based service classification or usage controls, etc.
  - Classifying service usage for the purpose of service charging accounting
- Various embodiments disclosed herein provide a way for device software agents, integrated into the device in addition to an operating system or as an integral set of functions in an operating system, to track network service usage through a proxy service function back to an originating application that utilizes the proxy service function to assist in transferring data between a network and the application (e.g. application, widget, service, process, embedded object, or any combination of these, etc.).

# Proxy Service Function Service Usage Classification Cont'd



- In some existing device OS, a proxy service function is used to manage the network service flows between the network and an application (e.g. application, widget, service, process, embedded object, or any combination of these, etc.) and the proxy service is stored in the OS as the application responsible for using services rather than the application actually using the network service.

  - For example, in the Android OS, there exists a "media service" OS library software program function that manages the network stack interface for download of network data (typically, but not limited to multi-media data). The device makes a request to the media service which then performs various network stack interface functions to transfer the network data between the device application and the networks. The media service can also process media files to determine how best to decode the multi-media and play the multi-media on the device UI (e.g. determine the media filing coding standard [MP3, MP4, OGG, H.264, VP8, etc.] decode the media, select a player for the media [e.g. libstagefright (an Android streaming service library function), a 3rd party or OEM media player, etc.] and send the decoded media to the media player for UI playback). In the case of the media service, the data flows to the network can be classified by various device service usage monitoring agents (e.g. a kernel agent in the network stack) as belonging to the media service, not the originating application, and the OS provides no mechanism for tracking the usage back to the originating application.

  - Another example in the Android OS is the "media" OS library software program that is used by applications such as the Android browser, Android store app downloader, the Gmail client, OS updater, etc. The media function manages network data transfers for such applications, allowing an application to launch a data transfer request and then continue other operations while the media service is managing the network data transfer. In the case of the media function, the data flows to the network can be classified as belonging to the media function, not the originating application, and the OS provides no Techniques/Mechanisms of tracking the usage back to the originating application

  - As another example, some higher level library software functions or framework software functions provide proxy server client functions that encapsulate native application traffic to send application flows to a network proxy server for further network traffic processing, and this proxy client function sits above the network stack. Examples of this include the Android.net library function, the Apache library function, and the Java.net library function, 3rd party proxy server client functions or tunneling protocol functions, and other proxy server client functions or tunneling protocol functions.

  - As another example, there are system services (e.g. DNS, certificate management, etc.) for many OS (e.g. Windows 7 and other Windows versions). Similar to the above, these OS functions manage data transfer with the OS network stack interface for an originating application and the device network stack service flows can be classified back to these OS functions, but not to the originating applications.

# Android Media Service Data Flow Classification Embodiments



A. Techniques/Mechanisms to identify an application name, i.d., process, etc. for an application (e.g. application, widget, service, process, embedded object, or any combination of these, etc.) that requests from a media service manager a data transfer (data transfer request) that includes a network resource identifier (e.g. IP address, url, remote file name/address, stream name, object name, or any combination of these identifiers) that identifies a source (or a proxy to the source) of the data to be transferred or a data object to be transferred,

   1. Where the Techniques/Mechanisms to identify the originating application is provided by a software agent (the Service Classification and Accounting Agent) that monitors and stores the application name, i.d., process, etc. for each application that requests a data transfer from the media service manager or that conducts a data transfer with the media service manager,

      i. Where the Service Classification and Accounting Agent is implemented by including a requesting application storing function in the media services manager

         a. Where the Service Classification and Accounting Agent further identifies and stores information about the network resource identifier along with the entry specifying the requesting application name, i.d. process, etc.,

B. Techniques/Mechanisms within the media service manager to transfer the requested data from the network resource identifier by mapping the transfer request and network resource identifier into one or more data flow connections communicated through a device networking stack (and, in some embodiments, managing the resulting flow of data between the network and device stack and/or between the network stack and the application),

C. Techniques/Mechanisms to identify the resulting network data flows,

   1. Where the Techniques/Mechanisms to identify the resulting network data flows is provided by a Service Classification and Accounting Agent that monitors and records the resulting network data flow identifiers (e.g. data flow tag, IP address, TCPIP identifier, layer 7 identifier, socket tuple, etc.),

# Android Media Service Data Flow Classification Embodiments Cont'd



D.    Techniques/Mechanisms to associate the resulting network data flows back to the application name,
    i.d., process, etc. (e.g. UID in Android),
      1.    Where the Techniques/Mechanisms to associate the resulting network data flows back to the
          application name, i.d., process, etc. are provided by a Service Classification and Accounting
          Agent that inspects the resulting network data flows to determine a match between with one or
          more aspects of the network resource identifier stored in association with the requesting
          application name, i.d., process, etc.,
      2.    Where the Techniques/Mechanisms to associate the resulting network data flows back to the
          application name, i.d., process, etc. are provided by a Service Classification and Accounting
          Agent that tracks the data flow from the interface between the media service manager and the
          application, through each stage of media service manager data flow processing to the resulting
          network data flow between the media service manager and the network stack,
           I.    (Virtual Tagging) Where the tracking is accomplished by identifying and  recording, at each
             traffic processing step within the media services manager, an association between the
             traffic flows at once side of the traffic processing step and the traffic flows at the other side
             of the traffic processing step.
                a.    And if there are more than one traffic processing step, following the associations
                   made for each step to create an association for all steps.
           II.    (Literal Tagging) Where the tracking is accomplished by tagging the data flows at one side
             of the media service manager traffic processing and identifying the tag at the other side of
             the media service manager traffic processing.
E.    Techniques/Mechanisms to create an accounting record for the resulting network data flow usage, or
    Techniques/Mechanisms to enforce a network traffic control policy on the resulting network data flows,
    or Techniques/Mechanisms to create a service usage notification for the resulting network data flow
    usage.
F.    The results of the service usage classification and/or accounting can be stored in a local device (or
    OS) data base.  The results of the service usage classification and/or accounting can be provided to a
    device (or OS) UI function for the purpose of displaying usage classifications to a user.  The results of
    the service usage classification and/or accounting can be provided to other applications, OS service
    functions, other device software functions, or network based service classification and/or accounting
    functions.

# Media Service Classification  in ANDROID





LEGEND:

■ = Service Classification and Accounting Agent (shown inside of Media Services framework library function)

Note: In this embodiment, items 400 and 500 are inside the App Info and Classification functions.

# Proxy Service Classification in Android







LEGEND:

= Service Classification and Accounting Agent (shown inside of various Proxy Service framework library functions)

Note: In this embodiment, items 400 and 500 are inside the ItsOn Service.

PROPRIETARY AND CONFIDENTIAL | Covered under NDA with Headwater Partners I LLC and

# Proxy Service Manager



- In some embodiments, a proxy network service manager refers to an intermediary data flow function in a device operating system that sits on a data path between a device application and a device networking stack interface to provide a level of network service abstraction from the network stack interface, a higher level service function above the network stack interface, enhanced or special traffic processing functions, media service transfer management, file download service, HTTP proxy service functions, QoS differentiation, or other similar or related higher level traffic processing.

- Example Proxy Service Managers include the following:  media service manager (e.g. android media service library function), email service manger, DNS function, software download service manager, media download manager, data download service manager, Android "media" library function, Android.net library function, Jave.net library function, Apache library function, other similar software/library functions or services in other device operating systems, SMTP/IMAP/POP proxy, HTTP proxy, IM proxy, VPN service manager, SSL proxy, etc.

# Generalized OS Proxy Service Data Flow Classification Embodiment



A.   Techniques/Mechanisms to identify an application name, i.d., process, etc. for an application (e.g. application, widget, service, process, embedded object, or any combination of these, etc.) that requests from a proxy service manager a data transfer (data transfer request) that includes a network resource identifier (e.g. IP address, url, remote file name/address, stream name, object name, or any combination of these identifiers) that identifies a source (or a proxy to the source) of the data to be transferred or a data object to be transferred,

    1.   Where the Techniques/Mechanisms to identify the originating application is provided by a Service Classification and Accounting Agent that monitors and stores the application name, i.d., process, etc. for each application that requests a data transfer from the proxy service manager or that conducts a data transfer with the proxy service manager,

        i.   Where the Service Classification and Accounting Agent is implemented by including a requesting application storing function in the proxy services manager

            a.   Where the Service Classification and Accounting Agent further identifies and stores information about the network resource identifier along with the entry specifying the requesting application name, i.d. process, etc.,

B.   Techniques/Mechanisms within the proxy service manager to transfer the requested data from the network resource identifier by mapping the transfer request and network resource identifier into one or more data flow connections communicated through a device networking stack (and possibly managing the resulting flow of data between the network and device stack and/or between the network stack and the application),

C.   Techniques/Mechanisms to identify the resulting network data flows,

    1.   Where the Techniques/Mechanisms to identify the resulting network data flows is provided by a Service Classification and Accounting Agent that monitors and records the resulting network data flow identifiers (e.g. data flow tag, IP address, TCPIP identifier, layer 7 identifier, socket tuple, etc.),

# Generalized OS Proxy Service Data Flow Classification Embodiment Cont'd

D.     Techniques/Mechanisms to associate the resulting network data flows back to the application name,
  i.d., process, etc. (e.g. UID in Android),
  1.     Where the Techniques/Mechanisms to associate the resulting network data flows back to the
    application name, i.d., process, etc. are provided by a Service Classification and Accounting
    Agent that inspects the resulting network data flows to determine a match between with one or
    more aspects of the network resource identifier stored in association with the requesting
    application name, i.d., process, etc.,
  2.     Where the Techniques/Mechanisms to associate the resulting network data flows back to the
    application name, i.d., process, etc. are provided by a Service Classification and Accounting
    Agent that tracks the data flow from the interface between the media service manager and the
    application, through each stage of media service manager data flow processing to the resulting
    network data flow between the media service manager and the network stack,
    I.     (Virtual Tagging) Where the tracking is accomplished by identifying and  recording, at each
      traffic processing step within the media services manager, an association between the
      traffic flows at once side of the traffic processing step and the traffic flows at the other side
      of the traffic processing step.
      a.     And if there are more than one traffic processing step, following the associations
        made for each step to create an association for all steps.
    II.     (LiteralTagging) Where the tracking is accomplished by tagging the data flows at one side
      of the media service manager traffic processing and identifying the tag at the other side of
      the media service manager traffic processing.
E.     Techniques/Mechanisms to create an accounting record for the resulting network data flow usage, or
  Techniques/Mechanisms to enforce a network traffic control policy on the resulting network data flows,
  or Techniques/Mechanisms to create a service usage notification for the resulting network data flow
  usage
F.     The results of the service usage classification and/or accounting can be stored in a local device (or
  OS) data base.  The results of the service usage classification and/or accounting can be provided to a
  device (or OS) UI function for the purpose of displaying usage classifications to a user.  The results of
  the service usage classification and/or accounting can be provided to other applications, OS service
  functions, other device software functions, or network based service classification and/or accounting
  functions.

# OS Proxy Service Data Flow Classification Detailed Example Embodiment



**Virtual Tagging Detailed Embodiment Description**

Note that the number of detailed embodiments are numerous and this detailed description is provided for instructive purposes and not to indicate any limitation to the general embodiments described herein.

A.    Pandora application calls the Media Service Function with a Network Resource Indicator (NRI) that includes a Pandora url with song identifier included in the url descriptor. Pandora receives back from Media Service Function a media object handle descriptor so that the Pandora app can control playback etc by sending commands back to Media Service for that handle descriptor (e.g. pause on xyz song handle, play xyz song handle, etc).

B.    Media Service Function initiates HTTP download by calling libstagefright which conducts the HTTP song download process.  At some point in the download process the Media Service Function begins playback with a media player under the control of the media service function and in accordance with the Pandora app playback commands for the media object handle for the song being played back.

C.    A Classification and Accounting Agent Function 210 included in the Media Service Function writes the NRI descriptor into a table located in Application Usage/Flow Mapping 320 and also associates the NRI with the Pandora app by writing a Pandora app identifier descriptor into the same table entry within 320. This table entry is then communicated to Usage/Classification Reconciliation 400.

D.    The Classification and Enforcement Agent 310 identifies the network data flows (e.g. socket [IP address, destination port, source port, protocol] indexed packet flows) originating from the Media Service Function (and/or possibly the libstagefright function originating the flows), identifies the NRI via packet flow layer 7 inspection, logs the service usage accounting for these packet flows.

E.    The Classification and Enforcement Agent 310 writes into a table entry the following associations: (i) identifier for the Media Service Function originating the flows (and/or possibly the identifier for libstagefright function originating the flows), (ii) the NRI, the (iii) service usage classification for these flows and accounting for these flows, and (iv) possibly the service usage accounting for these flows. This table entry is then communicated to Usage/Classification Reconciliation 400.

F.    Usage/Classification Reconciliation 400 then uses these two table entries, which both have common entries for the NRI and the Media Service Function (and/or possibly the libstagefright function) to make the association between the Pandora app and the service usage classification and possibly the service usage accounting.  These parameters may then be written into Usage/Classification Data Base 500.

# Proxy Service Manager (e.g., Media Service Library in Android) Classification Mapping using virtual tagging



Proxy Service Manager (e.g. Media Service Library in Android) Classification Mapping using in-band/literal tagging





# Proxy Client Counter Embodiments



- In some embodiments, the Proxy Service Manager can perform application identification & classification, usage monitor and counting.  This allows service usage to be classified and associated with an application prior to proxy processing.  Classification can be accomplished with a software agent (the Service Classification and Accounting Agent) added to the Proxy Service Manager software program (or library function).  The Service Classification and Accounting Proxy Agent can identify which application requested or is processing the data transfer with the network and include this as part of the data flow classification for the data transfer.  The Service Classification and Accounting Proxy Agent can inspect the traffic to determine other parameters such as network destination (e.g. domain, url, network address, IP address, traffic flow identifier, port address, etc.) or type of traffic (e.g. data or voice, network protocol [e.g. TCPIP, UDP, native IP, HTTP, SSL, etc.).  The Service Classification and Accounting Proxy Agent can also classify the traffic with other parameters such as active network, network state (network busy state, time of day, type of network [3G/4G/WiFi/etc.].  The Service Classification and Accounting Proxy Agent may also monitor service usage and account for traffic.
- In some embodiments, the Proxy Service Manager includes a Service Classification and Accounting Proxy Agent that uses a flow tracking function as discussed in a previous embodiment description to associate the requesting application network service flows between the requesting application and the Proxy Service Manager and tracks these flows through the traffic processing or other service processing that takes place in the Proxy Service Manager and the tracks the network service flows into the OS network stack interface.  The Service Classification and Accounting Proxy Agent can then provide the classification and/or usage accounting results to the Usage Classification and Reconciliation Agent which can then reconcile the service classification and usage that is reported by the Proxy Service Manger Service Classification and Accounting Proxy Agent against classification and/or usage accounting results that are reported by other agents on other parts of the data path between the requesting application and the network (e.g. a Service Classification and Accounting Driver Agent located in the network stack driver that is discussed in various embodiments in other patents filed by these inventors).
- The results of the service usage classification and/or accounting can be stored in a local device (or OS) data base.  The results of the service usage classification and/or accounting can be provided to a device (or OS) UI function for the purpose of displaying usage classifications to a user.  The results of the service usage classification and/or accounting can be provided to other applications, OS service functions, other device software functions, or network based service classification and/or accounting functions.

# Proxy Client Counter Figure





# Proxy Encapsulation DPI Embodiments



- In some embodiments,  the Proxy Service Manager encapsulates the received frames (or packets) by adding its own header and trailer fields.  The encapsulated frames (or packets) traffic is then forwarded with a header (possibly trailer) to a network proxy server or proxy gateway.  The encapsulated frames are then forwarded to the Network stack where the Service Classification and Accounting Driver Agent inspects the traffic to classify and possibly account for it.

- In some embodiments, the classification includes the Service Classification and Accounting Driver Agent steps of first determining that the frame (or packet) is a packet with a proxy forwarding destination specification, determine the Inspection Range of Proxy Encapsulated Frame within the encapsulated frame traffic (this is the encapsulated packet byte offset where the destination information and/or other classification information from the original requesting application packet is located), then inspecting this byte offset range to determine the classification of the original requesting application traffic, and then associating the classification or usage accounting with the original packet information and/or the requesting application.

- The results of the service usage classification and/or accounting can be stored in a local device (or OS) data base.  The results of the service usage classification and/or accounting can be provided to a device (or OS) UI function for the purpose of displaying usage classifications to a user.  The results of the service usage classification and/or accounting can be provided to other applications, OS service functions, other device software functions, or network based service classification and/or accounting functions.

# Proxy Encapsulation DPI Figure





# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | FRAMEWORK FOR DEVICE ASSISTED SERVICES |
| **First Named Inventor/Applicant Name:** | Gregory G.  Raleigh |
| **Filer:** | Michael J. Schallop |
| **Attorney Docket Number:** | RALEP046+ |
| Filed as Large Entity | |

**Provisional Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional application filing | 1005 | 1 | 220 | 220 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **220** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9290419 |
| **Application Number:** | 61435564 |
| **International Application Number:** | |
| **Confirmation Number:** | 6704 |
| **Title of Invention:** | FRAMEWORK FOR DEVICE ASSISTED SERVICES |
| **First Named Inventor/Applicant Name:** | Gregory G. Raleigh |
| **Customer Number:** | 21912 |
| **Filer:** | Michael J. Schallop/Veronica Pula |
| **Filer Authorized By:** | Michael J. Schallop |
| **Attorney Docket Number:** | RALEP046+ |
| **Receipt Date:** | 24-JAN-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 16:27:51 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 220 |
| RAM confirmation Number | 3250 |
| Deposit Account | 500685 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Provisional Cover Sheet (SB16) | RALEP046plus_Application_Data_Sheet.pdf | 999985 <br> fd9ea700ec570bf2e27f9eb26390271f41326f5 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Specification | RALEP046plus_App.pdf | 806032 <br> 3a9d2e1f18384eb16057ba0b7c666eaa392f5459 | no | 17 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 29289 <br> a3d2cbde7a4920e6a15c8e832bf4443c337dcbab | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1835306 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.