# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING AND GRANTING PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' STANDING DEFENSE

Before the Court is Defendants' Motion to Dismiss for Lack of Standing. The Court, having considered the motion, is of the opinion that this motion should be DENIED.

Also before the Court is Plaintiff Headwater Research LLC's Cross-Motion for Partial Summary Judgment as to Defendants' Standing Defense. The Court, having considered the motion, is of the opinion that this motion should be GRANTED.