# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00641-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF PLAINTIFF HEADWATER'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING AND PLAINTIFF'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' STANDING DEFENSE**

I, Kristopher Davis, declare and state as follows:

1.      I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Sur-reply to Defendants' Motion to Dismiss for Lack of Standing and Plaintiff's Reply in Support of Its Cross-Motion for Partial Summary Judgment as to Defendants' Standing Defense. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Exhibits A through BB were previously submitted with Headwater's opposition to Samsung's motion to dismiss and Headwater's cross-motion for summary judgment, filed on July 28, 2025. *See* Dkt. 169, 170.

3.      Attached as **Exhibit CC** is a true and correct copy of the Deposition Transcript of Gregory Raleigh, dated May 23, 2025.

4.      Attached as **Exhibit DD** is a true and correct copy of excerpts from the Deposition Transcript of Jeffrey Green, dated February 22, 2025.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2025, at Marshall, Texas.


*/s/ Kristopher Davis*
Kristopher Davis