# EXHIBIT DD



# Transcript of Jeffrey Green

**Date:** February 22, 2025
**Case:** Headwater Research LLC -v- Samsung Electronics Co, Ltd, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TEXAS
 3                  MARSHALL DIVISION
 4  HEADWATER RESEARCH LLC,   )
 5         Plaintiff,         )
 6  VS                        )  Case No.
 7                            )  2:23-CV-00641
    SAMSUNG ELECTRONICS CO.,  )
 8  LTD and SAMSUNG           )
    ELECTRONICS AMERICA, INC.,)
 9                            )
         Defendants.          )
10
11       REMOTE VIDEOTAPED DEPOSITION OF
12                  JEFFREY GREEN
13                February 22, 2025
14
...
22  Job No. 570052
23  Pages 1 - 99
24  Stenographically Reported by:
25  Susan S. Klinger, RMR-CRR, CSR
```

**Page 2**

```
                    February 22, 2025

     REMOTE VIDEOTAPED DEPOSITION OF JEFFREY GREEN,
produced as a witness at the instance of the
Defendants, and duly sworn, was taken in the
above-styled and numbered cause on the 22nd of
February, 2025, from 10:01 to 13:16, before Susan
S. Klinger, RMR-CRR, CSR in and for the States of
Texas and California, reported by stenographic
method, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record
or attached hereto.
```

**Page 3**

```
                    A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
    Paul Kroeger, Esquire
    RUSS AUGUST & KABAT
    12424 Wilshire Boulevard, 12th Floor
    Los Angeles, California  90025
    310.826.6991

ON BEHALF OF THE DEFENDANT:
    Steffen Lake, Esquire
    FISH & RICHARDSON, PC
    1180 Peachtree Street NE
    21st Floor
    Atlanta, Georgia  30309
    404.892.5005

Also Present:
    John Gugarty, videographer
```

**Page 4**

```
                       I N D E X

WITNESS                                         PAGE
JEFFREY GREEN
EXAMINATION BY MR. LAKE                           5

                       E X H I B I T S
No.           Description
Exhibit 1     Subpoena                            11
Exhibit 2     U.S. Patent 8,588,110               36
Exhibit 3     U.S. Patent 8,639,811               39
Exhibit 4     U.S. Patent 9,179,359               43
Exhibit 5     U.S. Patent 9,647,918               45
```

**Page 5**

```
1            P R O C E E D I N G S
2        VIDEOGRAPHER:  Here begins Media Number 1
3   in the videotaped deposition of Jeff Green in the
4   matter of Headwater Research, LLC v. Samsung
5   Electronics Company Limited, et al, in the United
6   States District Court for the Eastern District of
7   Texas, Marshall Division, Case Number
8   2:23-CV-00641.
9        Today's date is February 22, 2025.  The
10  time on the video monitor is 10:01.  The remote
11  videographer today is John Gugarty representing
12  Planet Depos.  All parties of this video
13  deposition are attending remotely.
14       Would counsel please voice-identify
15  themselves and state whom they represent?
16       MR. LAKE:  Steffen Lake on behalf of
17  Samsung.
18       MR. KROEGER:  Paul Kroeger on behalf of
19  plaintiff Headwater and the witness, Mr. Green.
20       VIDEOGRAPHER:  The court reporter today is
21  Susan Klinger also representing Planet Depos.  The
22  witness will now be sworn.
23            JEFFREY GREEN,
24  having been first duly sworn testified as follows:
25            EXAMINATION
```

**Page 6**

```
1   BY MR. LAKE
2       Q  Good morning, Mr. Green.
3       A  Good morning.
4       Q  Could you please start by stating your
5   full name for the record?
6       A  Yeah, Jeffrey Martin Green.
7       Q  And who is your current employer,
8   Mr. Green?
9       A  My current employer is a company called
10  Arctic Wolf.
11      Q  And where is your primary residence?
12      A  Nashville, Tennessee.
13      Q  And I know that you have taken at least or
14  you have sat for at least one deposition before
15  because I took that one, but have you had any
16  other depositions besides that?
17      A  I've had a second deposition, yes.
18      Q  In what case was your other deposition?
19      A  It was a case with AT&T and Verizon.
20      Q  Could you briefly describe the general
21  subject matter of your deposition?
22      A  It was around a patent, if I'm recalling
23  correctly, around the service design center.
24      Q  Have you ever offered testimony at a
25  trial?
```

**Page 7**

```
1       A  Have I offered, no, I've not been to a
2   trial.
3       Q  I apologize, have you ever testified at
4   trial before?
5       A  No.
6       Q  So I'm sure you are starting to get the
7   hang of this deposition procedure a little bit by
8   now, but do you mind if we just run through the
9   preliminaries to make sure we're on the same page
10  for today?
11      A  Sure.
12      Q  So you understand that you're testifying
13  under oath and under the penalty of perjury in the
14  United States?
15      A  I do.
16      Q  The same as if you were testifying live in
17  a United States courtroom, correct?
18      A  Correct.
19      Q  If at any point today you don't fully
20  understand a question that I'm asking, will you
21  let me know and give me an opportunity to rephrase
22  that question?
23      A  Sure.
24      Q  So then is it fair that if you do answer a
25  question, I can assume that you understood the
```

**Page 8**

```
1   question?
2       A  Yes.
3       Q  On behalf of our court reporter today, I
4   will just ask that you give a verbal answer for
5   all of my questions.  Sometimes it is normal to
6   give a head nod or an uh-huh answer, but it will
7   be easier on our reporter if you could just give a
8   clear, verbal answer to each question; is that
9   fair?
10      A  Yes.
11      Q  And on that tone for our court reporter,
12  let's both do our best to not talk over one
13  another.  I will do my best to let you finish your
14  answer completely before I begin my next question,
15  and I would ask that you let me complete my
16  question before starting to answer.  Does that
17  sound okay?
18      A  Yes.
19      Q  I will try to give you a break about every
20  hour or so, but if you need one for any other
21  reason, please let me know and I can try to make
22  room for one as soon as possible.  But I will just
23  note that if there is a question pending I will
24  need an answer for that question before we can go
25  to a break.
```

**17**

1 unless I was -- I was required to do so.
2    Q So you would prefer not to; is that fair?
3    A I have -- I have a very demanding job and
4 it keeps me extremely busy.
5    Q That is completely understandable.
6      So I understand you are being represented
7 by Headwater's lawyers from the law firm of Russ
8 August & Cabot today; is that correct?
9    A That is correct.
10   Q How did you come to be represented by the
11 law firm of Russ August?
12   A I had a discussion with Paul sometime back
13 -- I forget the timeline and, you know, decided to
14 let them represent me instead of, you know,
15 finding other counsel.
16   Q Did you consider finding other counsel to
17 represent you?
18   A No.
19   Q Are you paying your lawyers to represent
20 you during this testimony?
21   A I am not.
22   Q Do you know who is paying your lawyers?
23   A I do not, no.
24   Q Would it surprise you if Headwater was
25 paying your lawyers to represent you today?

**18**

1    A I don't know the arrangement they have to
2 be honest whether they're being paid by Headwater
3 or on contingency or something. I don't honestly
4 know, so...
5    Q If I recall correctly in your last
6 deposition you testified that you were employed by
7 ItsOn from October of 2010 through March of 2013;
8 is that correct?
9    A I believe that's correct, yes.
10   Q And did you have a particular position or
11 a particular title while working at ItsOn?
12   A Yeah, I was running the engineering team
13 and product management team at the time.
14   Q Were you working in both of those roles
15 simultaneously?
16   A Yes.
17   Q What were your roles for each of those
18 positions? We can start with engineering team.
19   A For the engineering team, you know, I was
20 working with engineers to facilitate the building
21 of the product, you know, coding the product,
22 testing the product. The usual kind of
23 engineering-type responsibilities.
24   Q And what were your roles as manager of the
25 product management team?

**19**

1    A There it was really defining, like, the
2 roadmap. Defining the features and releases
3 with -- with the product management folks.
4    Q Could you briefly describe for me what you
5 mean by product roadmaps?
6    A Yeah. A roadmap is a set of releases
7 that, you know, would have groupings of features
8 in them that we would be aiming to deliver, you
9 know, either on the platform or either on the
10 handset.
11   Q When you distinguish between a handset and
12 -- I'm sorry, I have forgotten to open up the
13 realtime transcript. Can you remind what that
14 other word was you used?
15   A I used the word platform.
16   Q Could you describe for me the distinction
17 between platform and handset?
18   A Typically we refer to the software, you
19 know, that goes on an Android device to -- to
20 perform the functions that -- that they needed to
21 perform in terms of, you know, managing data and
22 so on and so forth and voice, et cetera. We refer
23 to that as the handset, but you could think of it
24 as a mobile phone.
25     The platform was, you know, back-end some

**20**

1 servers where the server software was running that
2 communicated with the mobile device, the handset.
3    Q And did you have distinct teams of
4 engineers that would work on either the handset
5 side or the platform side?
6    A We did, yes. We had a server team and a
7 handset client team.
8    Q And those teams consisted of engineers?
9    A They did, yes.
10   Q Do you have any familiarity with a
11 gentleman by the name of Andre Iancu? That is
12 spelled I-a-n-c-u.
13   A That name isn't familiar to me, that I
14 recall.
15   Q Do you have any familiarity with a
16 gentleman by the name of Jonathan Kagan,
17 K-a-g-a-n?
18   A I'm not familiar. I don't recall anyone
19 by that name.
20   Q Do you have any familiarity with a
21 gentleman by the name of Roger Sippl, S-i-p-p-l?
22   A I have met Roger Sippl, yes.
23   Q In what context did you meet Mr. Sippl?
24   A I got introduced to him by Greg Raleigh.
25 Roger was, I believe, an investor in ItsOn. I'm