# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
PLAINTIFF HEADWATER'S SUR-REPLY TO SAMSUNG'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUE PRECLUSION**

I, Kristopher Davis, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Sur-reply to Samsung's Motion for Partial Summary Judgment of Issue Preclusion. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Exhibits A and B were previously submitted with Headwater's opposition to Samsung's motion, filed on July 28, 2025. *See* Dkt. 176.

3. Attached as **Exhibit C** is a true and correct copy of excerpts from the Trial Transcript in *Headwater Research LLC v. Samsung Electronics Co. Ltd.*, No. 2:22-cv-00422-JRG-RSP (E.D. Tex. 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2025, at Marshall, Texas.

*/s/ Kristopher Davis*
Kristopher Davis