UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**EXHIBITS 1-3**

Plaintiff Headwater Research LLC hereby submits the attached exhibits to Plaintiff Headwater Research LL'S Motions *In Limine* Dkt. No. 200.

Dated:  August 11, 2025        Respectfully submitted,

                    */s/Reza Mirzaie*
                    Marc Fenster
                    CA State Bar No. 181067
                    Reza Mirzaie
                    CA State Bar No. 246953
                    Brian Ledahl
                    CA State Bar No. 186579
                    Ben Wang
                    CA State Bar No. 228712
                    Paul Kroeger
                    CA State Bar No. 229074
                    Neil A. Rubin
                    CA State Bar No. 250761

Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Adam Hoffman
CA State Bar No. 218740
Dale Chang
CA State Bar No. 248657
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
Ryan Lundquist
CO State Bar No. 56449
Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

/s/ *Reza Mirzaie*
Reza Mirzaie