IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' OPPOSED[1] MOTION FOR LEAVE
TO FILE ADDITIONAL MOTION *IN LIMINE***

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully request leave to file a sixth opposed motion *in limine*, in addition to the five motions allowed by the Court's Standing Order. Samsung has included the proposed sixth motion *in limine* within its Omnibus Motion *in Limine*, filed contemporaneously herewith.

Samsung's proposed sixth motion *in limine* requests relief consistent with that sought by one aspect of Samsung's pending *Daubert* motion as to Headwater's damages expert, Stephen Dell. Dkt. 153 at 8-10. In that motion, Samsung has requested that the Court exclude Mr. Dell's opinions concerning ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. *Id.* Because those ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, they are not comparable for purposes of the hypothetical negotiation and are irrelevant to alleged damages here. *Id.* In its proposed sixth motion *in limine*, Samsung merely requests that the Court

---

[1] After the required conference, Headwater stated "Headwater will take no position" on this motion for leave.

extend that requested relief to preclude Headwater from eliciting testimony concerning the same ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from other witnesses beyond Mr. Dell.

Good cause exists to grant leave for at least four reasons. First, because the relief requested in Samsung's proposed sixth motion *in limine* is consistent with relief already sought in Samsung's pending *Daubert* motion concerning Mr. Dell, briefing and adjudicating this sixth motion *in limine* will not require either the parties or the Court to expend significant additional resources. Second, Samsung has briefed all six of its motions *in limine* within the Court's fifteen-page limit, meaning granting this motion will not expand the amount of total briefing. Third, this case presents unique circumstances, in that the trial in this matter will be the third between the parties—and the fifth Headwater trial—before this Court in 2025. As a result of that history, Samsung is aware of a greater than typical number of objectionable areas of evidence and argument that Headwater is likely to present at trial, necessitating an additional motion *in limine*. Fourth, Headwater has forced Samsung to utilize its allotment of five opposed motions *in limine* on issues that should not be controversial in view of the parties' prior trials. In particular, as detailed in Samsung's Motion *in Limine* No. 5, Headwater refuses to remove from its proposed trial exhibit list the very same documents Judge Gilstrap expressly precluded Headwater from referencing during a prior trial.

Thus, for the foregoing reasons, Samsung respectfully requests that the Court grant Samsung leave to file a sixth opposed motion in *limine*.

PUBLIC VERSION

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| | By: */s/ Noah C. Graubart* |

        Ruffin B. Cordell
        TX Bar No. 04820550
        Michael J. McKeon
        DC Bar No. 459780
        mckeon@fr.com
        Jared Hartzman
        DC Bar No. 1034255
        hartzman@fr.com
        **FISH & RICHARDSON P.C.**
        1000 Maine Avenue, SW, Ste 1000
        Washington, D.C. 20024
        Telephone: (202) 783-5070
        Facsimile: (202) 783-2331

        Thad C. Kodish
        GA Bar No. 427603
        tkodish@fr.com
        Christopher O. Green
        GA Bar No. 037617
        cgreen@fr.com
        Sara C. Fish
        sfish@fr.com
        GA Bar No. 873853
        Benjamin K. Thompson
        GA Bar No. 633211
        bthompson@fr.com
        Steffen C. Lake
        GA Bar No. 512272
        lake@fr.com
        **FISH & RICHARDSON P.C.**
        1180 Peachtree St. NE, Fl. 21
        Atlanta, GA 30309
        Telephone: (404) 892-5005
        Facsimile: (404) 892-5002

        Melissa R. Smith
        State Bar No. 24001351
        Melissa@gillamsmithlaw.com
        Harry L. Gillam, Jr.
        State Bar No. 07921800
        gil@gillamsmithlaw.com
        **GILLAM & SMITH, LLP**

303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-925

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC**

4

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have met and conferred on August 11, 2025 in compliance with Local Rule CV-7(h). After the conference, Plaintiff stated it takes no position on this motion.

*/s/ Noah C. Graubart*
Noah C. Graubart

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 11, 2025. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Noah C. Graubart*
Noah C. Graubart