IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00641-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), provide notice that in the trial of the above-captioned matters, Samsung may rely on one or more of the prior art references identified in this Notice, either alone or in combination.

Samsung has already provided notice to Plaintiff Headwater Research LLC ("Headwater") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists. Samsung expressly incorporates herein by reference all of the publications, patents, systems, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials. To be clear, Samsung expressly discloses its intent to rely on any and all prior art patents, publications, and/or systems disclosed in Samsung's Opening Expert Report on Invalidity. Samsung also reserves the right to rely on any description of the prior art within the specifications of the asserted patents or items of prior art cited on their face. Samsung reserves the right to amend and/or supplement this Notice to add items to this

statement that were inadvertently omitted.  In addition to each of the following identified prior art references, Samsung may rely on the applicant's admitted prior art for each of the Asserted Patents.

## I.  Prior Art to Asserted 8,588,110

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 5,987,611 (SAMSUNG_PRIORART0006975) | May 6, 1997 | Nov. 16, 1999 | Gregor Freund | Zone Labs, Inc. |
| 6,754,470 (SAMSUNG_PRIORART0009196) | Aug. 31, 2001 | Jun. 22, 2004 | Keith Hendrickson; William Maguy; Paul Prehn; Nick Stamos | Telephia, Inc. |
| 7,821,985 (SAMSUNG_PRIORART0001989) | Mar. 13, 2006 | Oct. 26, 2010 | Friedrich van Megen; Ivo W. Salmre; Wolfgang Manousek | Microsoft Corporation |
| 9,265,003 (SAM-HW00683406) | Nov. 13, 2006 | Feb. 16, 2016 | Wen Zhao; Isabel Mahe | Qualcomm Incorporated |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0223495 (SAMSUNG_PRIORART0008946) | Mar. 13, 2006 | Oct. 5, 2006 | Tia Manning Cassett; Kenny Fok; Eric Chi Chung Yip |
| 2008/0083013 (SAM-HW00683117) | Jul. 16, 2007 | Apr. 3, 2008 | Hesham Sollman; Vincent Park; David R. Mazlk; Mathew Scott Corson |
| 2009/0207817 (SAMSUNG_PRIORART0001403) | Feb. 15, 2008 | Aug. 20, 2009 | Michael Montemurro; Nicholas Alfano; John-Luc Bakker; Richard George; Brian Alexander Oliver |

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2009/0207817 (SAMSUNG_PRIORART0001403) | Feb. 15, 2008 | Aug. 20, 2009 | Michael Montemurro; Nicholas Alfano; John-Luc Bakker; Richard George; Brian Alexander Oliver; |
| 2010/0115048 (SAMSUNG_PRIORART0001503) | Mar. 14, 2008 | May 6, 2010 | Francis J. Scahill |
| 2012/0117478 (SAMSUNG_PRIORART0009126) | Nov. 9, 2010 | May 10, 2012 | Kiran Kumar Vadde; Kevin A. Chin |

C.  **Non-Patent Publications**

| Title | Publication Date | Page Nos. |
|---|---|---|
| Affidavit of Frank-White (SAM-HW00980465) and Exhibit A | Feb. 22, 2024 | All |
| android-1.0-base.zip (SAMSUNG_PRIORART0005487) | - | All |
| BlackBerry Bold 9000 - Full phone specifications (SAM-HW-3_00178275) | - | All |
| BlackBerry Bold 9000 Smartphone Version: 4.6 User Guide (BB_HWvSamsung_00037234) | - | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream) (SAMSUNG_PRIORART0005399) | Sept. 24, 2021 | All |
| Product Requirements BlackBerry Device Software (BB_HWvSamsung_00044915) | Feb. 8, 2008 | All |
| Research In Motion - [web.archive.org] Press Release re Rim introduces Blackberry Bold Smartphone (SAM-HW-3_00178329) | May 12, 2008 | All |
| The (updated) history of Android _ Ars Technica (SAMSUNG_PRIORART0005375) | Oct. 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued (SAMSUNG_PRIORART0005420) | July 27, 2010 | All |
| T-Mobile G1 User Guide (SAMSUNG_PRIORART0005177) | Sept. 8, 2008 | All |
| T-Mobile G1_ CNET reviews the first-ever Android phone - CNET (SAMSUNG_PRIORART0005458) | Sept. 21, 2018 | All |
| T-Mobile webpage: T-Mobile G1 with Google Black purchase page (SAM-HW00718238) | Nov. 8, 2008 | All |

D.  **Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge |
|---|---|
| Android OS 1.0 | 2008 |
| BlackBerry Bold 9000 Running BlackBerry OS 4.6, and photos | 2008 |
| BlackBerry OS 4.6 | 2008 |
| T-Mobile G1 Running Android OS 1.0, and photos | 2008 |

E.  **Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| Android v. 1.0 | Jeff Sharkey |
| BlackBerry Bold 9000 running BlackBerry OS 4.6; BlackBerry OS 4.6 | Luke Stafford |
| T-Mobile G1 operating Android v. 1.0 | Hannah Sifuentes |

## II.  Prior Art to Asserted 9,179,359

### A. U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,754,470 (SAMSUNG_PRIORART0009196) | 08/31/2001 | Jun. 22, 2004 | Keith Hendrickson; William Maguy; Paul Prehn; Nick Stamos | Telephia, Inc. |
| 7,821,985 (SAMSUNG_PRIORART0001989) | 03/13/2006 | 10/26/2010 | Friedrich van Megen; Ivo W. Salmre; Wolfgang Manousek | Microsoft Corporation |
| 9,265,003 (SAM-HW00683406) | 11/13/2006 | 02/16/2016 | Wen Zhao; Isabel Mahe | Qualcomm Incorporated |

### B. U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0223495 (SAMSUNG_PRIORART0008946) | Mar. 13, 2006 | Oct. 5, 2006 | Tia Manning Cassett; Kenny Fok; Eric Chi Chung Yip |
| 2008/0083013 (SAM-HW00683117) | Jul. 16, 2007 | Apr. 3, 2008 | Hesham Sollman; Vincent Park; David R. Mazlk; Mathew Scott Corson |

4

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2009/0207817 (SAMSUNG_ PRIORART0001403) | Feb. 15, 2008 | Aug. 20, 2009 | Michael Montemurro; Nicholas Alfano; John-Luc Bakker; Richard George; Brian Alexander Oliver; |
| 2010/0115048 (SAMSUNG_ PRIORART0001503) | Mar. 14, 2008 | May 6, 2010 | Francis J. Scahill |
| 2011/0019574 (SAMSUNG_ PRIORART0001557) | Mar. 10, 2008 | Jan. 27, 2011 | Szabolcs Malomsoky; Daniel Orincsay; Geza Szabo |
| 2012/0117478 (SAMSUNG_ PRIORART0009126) | Nov. 9, 2010 | May 10, 2012 | Kiran Kumar Vadde; Kevin A. Chin; Barish Srinivasan; Omar M. Maabreh |
| 2012/0117478 (SAMSUNG_ PRIORART0009126) | Nov. 9, 2010 | May 10, 2012 | Kiran Kumar Vadde; Kevin A. Chin |

### C. Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| Affidavit of Frank-White (SAM-HW00980465) and Exhibit A | Feb. 22, 2024 | All |
| Android Compatibility Definition: Android 1.6 (HW_00092334) | - | All |
| android-sdk-sources-for-api-level-4-master.zip (SAMSUNG_PRIORART0005056) | - | All |
| APK Files (HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013) | - | All |
| Application Fundamentals_Android Developers_web.archive.org (SAM-HW-3_00178270) | June 27, 2009 | All |
| BlackBerry Bold 9000 - Full phone specifications (SAM-HW-3_00178275) | - | All |
| BlackBerry Bold 9000 Smartphone Version: 4.6 User Guide (BB_HWvSamsung_00037234) | - | All |
| BlackBerry Bold 9700 - Full phone specifications_www.gsmarena.com (SAM-HW-3_00178459) | - | All |
| BlackBerry Bold 9700 Smartphone Version: 5.0 User Guide (BB_HWvSamsung_00037650) | - | All |

5

| Title | Publication Date | Page Nos. |
|---|---|---|
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream) (SAMSUNG_PRIORART0005399) | Sept. 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4 (SAM-HW00678150) | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is (HW_00092365) | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is" (GOOG-HEADWATER-00000092) | May 27, 2009 | All |
| platform_frameworks_base-android-1.6_r1.2.zip (SAMSUNG_PRIORART0005350) | - | All |
| Product Requirements BlackBerry Device Software (BB_HWvSamsung_00044915) | Feb. 8, 2008 | All |
| Research In Motion - [web.archive.org] Press Release re Rim introduces Blackberry Bold Smartphone (SAM-HW-3_00178329) | May 12, 2008 | All |
| RIM BlackBerry Bold 9000_Device Specs (SAM-HW-3_00178331) | - | All |
| RIM BlackBerry Bold 9700 NA (RIM Onyx) I Device Specs I Phone (SAM-HW-3_00178334) | - | All |
| src_com_android_settings_SyncSettings (SAM-HW-3_00178337) | 2008 | All |
| The (updated) history of Android _ Ars Technica (SAMSUNG_PRIORART0005375) | Oct. 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued (SAMSUNG_PRIORART0005420) | July 27, 2010 | All |
| T-Mobile G1 User Guide (SAMSUNG_PRIORART0005177) | Sept. 8, 2008 | All |

D.     **Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge |
|---|---|
| Android OS 1.6 | 2009 |
| BlackBerry Bold 9000 Running BlackBerry OS 4.6, and photos | 2008 |
| BlackBerry Bold 9700 Running BlackBerry OS 5.0, and photos | 2009 |
| BlackBerry OS 4.6 | 2008 |
| BlackBerry OS 5.0 | 2009 |
| T-Mobile G1 Running Android OS 1.6, and photos | 2009 |

E.     **Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| Android v. 1.6 | Jeff Sharkey |
| BlackBerry Bold 9000 running BlackBerry OS 4.6; BlackBerry OS 4.6 | Luke Stafford |

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| BlackBerry Bold 9700 running BlackBerry OS 5.0; BlackBerry OS 5.0 | Luke Stafford |
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |

### III.   Prior Art to Asserted 9,647,918

#### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,578,077 (SAMSUNG_PRIOR ART0001862) | Dec. 29, 1997 | Jun. 10, 2003 | Gregory Rakoshitz; Aseem Vaid; Atul Pandit; Sanjeev Putta | Novell, Inc. |
| 6,754,470 (SAMSUNG_PRIOR ART0009196) | 08/31/2001 | Jun. 22, 2004 | Keith Hendrickson; William Maguy; Paul Prehn; Nick Stamos | Telephia, Inc. |
| 7,821,985 (SAMSUNG_PRIOR ART0001989) | 03/13/2006 | 10/26/2010 | Friedrich van Megen; Ivo W. Salmre; Wolfgang Manousek | Microsoft Corporation |
| 9,143,547 (SAMSUNG_PRIOR ART0009339) | Aug. 25, 2014 | Sep. 22, 2015 | Justin Middleton; David Mendenall; Andres Atkins; Mandar Arun Khadilkar | Microsoft Technology Licensing. L.L.C. |
| 9,265,003 (SAM-HW00683406) | 11/13/2006 | 02/16/2016 | Wen Zhao; Isabel Mahe | Qualcomm Incorporated |

7

B.   **U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0223495 (SAMSUNG_PRIORART0008946) | Mar. 13, 2006 | Oct. 5, 2006 | Tia Manning Cassett; Kenny Fok; Eric Chi Chung Yip |
| 2008/0083013 (SAM-HW00683117) | Jul. 16, 2007 | Apr. 3, 2008 | Hesham Sollman; Vincent Park; David R. Mazlk; Mathew Scott Corson |
| 2009/0207817 (SAMSUNG_PRIORART0001403) | Feb. 15, 2008 | Aug. 20, 2009 | Michael Montemurro; Nicholas Alfano; John-Luc Bakker; Richard George; Brian Alexander Oliver; |
| 2010/0115048 (SAMSUNG_PRIORART0001503) | Mar. 14, 2008 | May 6, 2010 | Francis J. Scahill |
| 2012/0117478 (SAMSUNG_PRIORART0009126) | Nov. 9, 2010 | May 10, 2012 | Kiran Kumar Vadde; Kevin A. Chin |

C.   **Foreign Patents**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| EP Patent Publication No. 1 850 575 A1 (SAMSUNG_PRIORART0006951) | Apr. 27, 2006 | Oct. 31, 2007 | Michal Rybak |

D.   **Non-Patent Publications**

| Title | Publication Date | Page Nos. |
|---|---|---|
| 54b6cfa9a9e5b861a9930af873580d6dc20f773c - platform_frameworks_base - Git at Google (SAMSUNG_PRIORART0009427) | - | All |
| Android 2.2 User's Guide (GOOG-HDWTR641-00000001) | May 20, 2010 | All |
| Android 2.2 User's Guide (SAMSUNG_PRIORART0013117) | May 20, 2010 | All |
| Audio and Video _ Android Developers (SAMSUNG_PRIORART0013455) | Dec. 8, 2010 | All |
| ConnectivityManager _ Android Developers (SAMSUNG_PRIORART0013458) | July 26, 2010 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Declaration of June Anne Munford (Internet Archive) and Appendices 1–24 (SAMSUNG_PRIORART0013584) | May 15, 2025 | All |
| MediaPlayer _ Android Developers (SAMSUNG_PRIORART0013473) | Dec. 13, 2010 | All |
| MediaPlayer _ Android Developers2 (SAMSUNG_PRIORART0013486) | May 24, 2010 | All |
| Microsoft - WhatsNewInWM65 (windows mobile) (SAMSUNG_PRIORART0003067) | June 2009 | All |
| Nexus One User Guide (SAMSUNG_PRIORART0000001) | March 15, 2010 | All |
| platform_frameworks_base-android-2.2_r1.zip (SAMSUNG_PRIORART0005353) | - | All |
| platform_frameworks_base-android-2.3_r1.zip (SAMSUNG_PRIORART0005354) | - | All |
| refs_tags_android-2.2_r1 - platform_frameworks_base - Git at Google (SAMSUNG_PRIORART0012027) | - | All |
| Reto Meier - Professional_Android_Application_Development (Nov 2008) (SAMSUNG_PRIORART0008323) | 2009 | All |
| Sprint User Guide Samsung, Intrepid, (SAMSUNG_PRIORART0005879) | Oct. 6, 2019 | All |
| TrafficStats _ Android Developers (SAMSUNG_PRIORART0013549) | Nov. 25, 2010 | All |
| TrafficStats _ Android Developers (SAMSUNG_PRIORART0013552) | June 3, 2010 | All |
| Windows Mobile 6.5.3 Standard DTK.msi (SAMSUNG_PRIORART0009411) | - | All |

E.  **Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge |
|---|---|
| Android OS 2.2 | 2010 |
| Google Nexus One, Running Android OS 2.2, and photos | 2010 |
| Samsung Intrepid, Running Windows Mobile v. 6.5, and photos | 2009 |
| Windows Mobile v. 6.5, and photos | 2009 |

F.  **Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| Android OS 2.2 | Jeff Sharkey |
| Google Nexus One, Running Android OS 2.2 | Michelle True |
| Samsung Intrepid, Running Windows Mobile 6.5 | Hannah Sifuentes |
| Windows Mobile 6.5 | Patrick Gogerty |

Dated: September 5, 2025

Respectfully submitted,

By: */s/ Benjamin K. Thompson*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
Brendan F. McLaughlin
DC Bar No. 1671658
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
SERVICEFRSamsung-Headwater@fr.com

Thad C. Kodish
GA Bar No. 427603
Sara C. Fish
GA Bar No. 873853
Christopher O. Green
GA Bar No. 037617
Benjamin K. Thompson
GA Bar No. 633211
Steffen C. Lake
GA Bar No. 512272
Ashley A. Bolt
GA Bar No. 231197
Noah C. Graubart
GA Bar No. 141862
Erin P. Alper
GA Bar No. 940408
Peter Hong (*pro hac vice*)
GA Bar No. 365188
Katherine H. Reardon
NY Bar No. 5196910
Kevin Collareno (*pro hac vice*)
GA Bar No. 914951
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
SERVICEFRSamsung-Headwater@fr.com

10

John-Paul Fryckman
CA Bar No. 317591
Francis J. Albert (*pro hac vice*)
CA Bar No. 247741
**FISH & RICHARDSON P.C.**
12860 El Camino Real Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
SERVICEFRSamsung-Headwater@fr.com

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 5, 2025. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Benjamin K. Thompson*