**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-641-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through April 6, 2025, in the amount of $2,437.33 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                    $1,218.67

Defendants:                               $1,218.66

**SIGNED this 12th day of September, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE