IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br>*and* SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § <br><br>CASE NO. 2:23-CV-00641-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Headwater Research LLC ("Plaintiff") and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants"). (Dkt. No. 233.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 30th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE